# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| BRANDON HAMMAN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:25-cv-00736 |
| CITY of CARBONDALE, et al | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice

to the United States District Court for the Southern District of Illinois in order to appear as counsel

of record in this case on behalf of Mr. Brandon Hamman.

In support of this motion, I state:

1.     I am an attorney licensed to practice law and a member in good standing in the

State(s) of DC                              . The state and federal bar numbers issued

to me are: 1740309                          .

2.     I am familiar with the law, facts, and procedures relating to the subject matter of this

litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: APRIL 30, 2025
_____
Date

201 MARYLAND AVE NE
_____
Street Address

WASHINGTON, DC 20002
_____
City, State, Zip

_____
Signature of Movant

LIAM ROSS HARRELL
_____
Printed Name