Exhibit 2



# Exhibit 3



**Exhibit 4**



# Exhibit 5



**Exhibit 7**



**Carbondale City Attorney's Office**
200 S. Illinois Avenue
P.O. Box 2047
Carbondale, IL 62902-2047
Phone (618) 549-5302
Fax (618) 457-3283
www.explorecarbondale.com

April 29, 2025

Liam R. Harrell
Associate counsel
American Center for Law & Justice
201 Maryland Avenue
Washington, DC 20002

Dear Mr. Harrell:

My office is in receipt of your April 22, 2025 letter received on April 25, 2025, demanding assurances that your client can conduct certain activity. As my office represents the City, I am unable to provide any letter of support to his activities. Attached are the current ordinances in effect.

If you have any questions or concerns, please feel free to contact my office.

Sincerely;

Lenoard Snyder

**Exhibit 8**



# Exhibit 9



# Exhibit 10



# Exhibit 11



# Exhibit 12

