# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Brandon Hamman | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case Number: **3:25-cv-00736-NJR** |
| City of Carbondale, et al. | ) |
| *Defendant(s)* | ) Judge: Nancy J. Rosenstengel |

## NOTICE OF MANUAL FILING

Please take notice that <u>Plaintiff</u> has manually filed the following document or item: <u>Exhibits 1 and 6 referenced in the motion to support a preliminary injunction</u>

This document has not been filed electronically because:

☐ The document or item cannot be converted to an electronic format.

☐ <u>Plaintiff</u> is excused from filing this document or item by court order.

☑ Other: The videos are of considerable length and the files are too large for electronic transfer.

The document or item has been manually served on all parties.

_Kely E. M'Gee_
Name

<u>American Center for Law & Justice</u>
Firm
<u>201 Maryland Ave NE</u>
Address
<u>Washington, D.C., 20002</u>
City, State, Zip
<u>202-641-9169</u>
Phone
<u>kmcgee@aclj.org</u>
E-mail