**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| *BRANDON HAMMAN,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:25-cv-00736 |
| | ) | |
| *The CITY OF CARBONDALE, an* | ) | |
| *Illinois municipal corporation, JOHN* | ) | |
| *LENZINI, in his individual and official* | ) | |
| *capacities, and LEONARD JAMIE* | ) | |
| *SNYDER in his individual and official* | ) | |
| *capacities,* | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW A. Courtney Cox of Sandberg Phoenix & von Gontard and hereby enters his appearance on behalf of Defendants City of Carbondale, an Illinois municipal corporation; John Lenzini, in his individual and official capacities; and Lenoard (misspelled in Complaint as Leonard) Jamie Snyder in his individual and official capacities and request all future notices be issued to counsel at the address below.

SANDBERG PHOENIX & von GONTARD P.C.

By:    */s/ A. Courtney Cox*
A. Courtney Cox, #6182590
John L. Gilbert, #954101
Philip J. Lading, #6271659
101 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
618-659-9861
618-659-9862 (Fax)
Email: ccox@sandbergphoenix.com
Email: jgilbert@sandbergphoenix.com
Email: plading@sandbergphoenix.com

40044839.v1

*Attorneys for Defendants*
*City of Carbondale, an Illinois municipal*
*corporation, John Lenzini, in his individual and*
*official capacities, and Lenoard Jamie Snyder*
*in his individual and official capacities*

## Certificate of Service

The undersigned certifies that on the  23rd day of May 2025 the foregoing was filed electronically with the Clerk of the Court and was served upon all counsel of record via the court's electronic service to the following:

Kelsey E. McGee
Stuart J. Roth
Nathan J. Moelker
Liam R. Harrell
American Center for Law & Justice
P.O. Box 90555
Washington, DC 2009-0555

*Counsel for Plaintiff*

*/s/ A. Courtney Cox*

40044839.v1