# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *BRANDON HAMMAN,*<br><br>    Plaintiff,<br><br>v.<br><br>*The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER in his individual and official capacities,*<br><br>    Defendants. | Cause No. 3:25-cv-00736 |

## ENTRY OF APPEARANCE

COMES NOW John L. Gilbert of Sandberg Phoenix & von Gontard and hereby enters his appearance on behalf of Defendants City of Carbondale, an Illinois municipal corporation; John Lenzini, in his individual and official capacities; and Lenoard (misspelled in Complaint as Leonard) Jamie Snyder in his individual and official capacities and request all future notices be issued to counsel at the address below.

                                            SANDBERG PHOENIX & von GONTARD P.C.

                            By:   */s/ John L. Gilbert*
                                     A. Courtney Cox, #6182590
                                     John L. Gilbert, #954101
                                     Philip J. Lading, #6271659
                                     101 W. Vandalia Street, Suite 300
                                     Edwardsville, IL 62025
                                     618-659-9861
                                     618-659-9862 (Fax)
                                     Email: ccox@sandbergphoenix.com
                                     Email: jgilbert@sandbergphoenix.com
                                     Email: plading@sandbergphoenix.com

40045956.v1

*Attorneys for Defendants*
*City of Carbondale, an Illinois municipal corporation, John Lenzini, in his individual and official capacities, and Lenoard Jamie Snyder in his individual and official capacities*

### Certificate of Service

The undersigned certifies that on the 23rd day of May 2025 the foregoing was filed electronically with the Clerk of the Court and was served upon all counsel of record via the court's electronic service to the following:

Kelsey E. McGee
Stuart J. Roth
Nathan J. Moelker
Liam R. Harrell
American Center for Law & Justice
P.O. Box 90555
Washington, DC 2009-0555

*Counsel for Plaintiff*

/s/ John L. Gilbert