IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *BRANDON HAMMAN,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:25-cv-00736-NJR |
| | ) |
| *The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER in his individual and official capacities,* | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION REGARDING DEFENDANTS' RESPONSE PLEADING DEADLINES

COMES NOW Defendants, by and through their undersigned counsel, and following consultation with and after obtaining consent of counsel for Plaintiff, by agreement move this Court for entry of the Order submitted simultaneously herewith setting forth a June 10, 2025, response date for Defendants to file their Response to Plaintiff's Motion for A Preliminary Injunction and Incorporated Memorandum of Points and Authorities in Support (Document #8 herein), and for a July 10, 2025, responsive pleading date for Defendants to file responsive pleadings to Plaintiff's Complaint (Document #1 herein), and for such other and further relief as this Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ A. Courtney Cox*
A. Courtney Cox, #6182590
John L. Gilbert, #954101
Philip J. Lading, #6271659
101 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
618-659-9861
618-659-9862 (Fax)
Email: ccox@sandbergphoenix.com
Email: jgilbert@sandbergphoenix.com
Email: plading@sandbergphoenix.com

*Attorneys for Defendants*
*City of Carbondale, an Illinois municipal corporation, John Lenzini, in his individual and official capacities, and Lenoard Jamie Snyder in his individual and official capacities*

**Certificate of Service**

The undersigned certifies that on the 30th day of May 2025 the foregoing was filed electronically with the Clerk of the Court and was served upon all counsel of record via the court's electronic service to the following:

Kelsey E. McGee
Stuart J. Roth
Nathan J. Moelker
Liam R. Harrell
American Center for Law & Justice
P.O. Box 90555
Washington, DC 2009-0555

*Counsel for Plaintiff*

*/s/ A. Courtney Cox*

40076427.v1