IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *BRANDON HAMMAN,* | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:25-cv-00736-NJR ) |
| *The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER in his individual and official capacities,* | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **AGREED ORDER**

Above Matter comes before the Court for entry of an Agreed Order on Defendants' Agreed Motion Regarding Defendants' Response Pleading Deadlines, for good cause shown and by agreement of the parties herein, this Court GRANTS Defendants' Motion. Defendants shall file their Response to Plaintiff's Motion for a Preliminary Injunction and Incorporated Memorandum of Points and Authorities in Support (Document #8) by or before June 10, 2025. Defendants shall file their responsive pleadings to Plaintiff's Complaint (Document #1) by or before July 10, 2025.

SO ORDERED.

DATE:_____          _____
                                         JUDGE