

PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 23-57
PARCEL: 15-21-409-017
DATE: 3/29/2023

| | | |
|---|---|---|
| 1 | ZONING DISTRICT: | BPR, Primary Business — Commercial Sign |
| 2 | BUSINESS NAME: | Carbondale Community Arts |
| 3 | SIGN ADDRESS: | 607 S Illinois Ave |
| 4 | APPLICATION TYPE: | Temporary Sign |
| 5 | LAND USE/SIGN TYPE: | Temporary Sign |
| 6 | SIGN OWNER: | Carolyn Deane |
| 7 | ADDRESS: | info@artspace304.org |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | n/a |
| | ADDRESS: | n/a |

| | | | | |
|---|---|---|---|---|
| 9 | BUSINESS SQ. FT.: | 2000.00 ft2 | CENTERLINE OF STREET DISTANCE: | 31.00' |
| | MAX SURFACE AREA: | n/a | LINEAR FRONTAGE (BPR ONLY): | 69.00 ft2 |
| 10 | NUMBER OF UNITS: | 0 | BUILDING FRONTAGE: | 69.00' |
| 11 | ENTERPRISE ZONE: | Yes | MAX SURFACE AREA (BPR ONLY): | 69.00 ft2 |
| 12 | FREESTANDING SIGN: | No | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | N/A |
| 14 | ROTATING SIGN: | No | WHAT RPM: | N/A |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SIGN HEIGHT(FT): | 4.00' | 0.00' | SIGN LENGTH(FT): | 8.00' | 0.00' |
| | SIGN HEIGHT(IN): | 0.00'' | 0.00'' | SIGN LENGTH(IN): | 0.00'' | 0.00'' |
| | PROP. SIGN AREA: | 28.00 ft2 | | | | |
| | ALLOWED SIGN AREA: | 32.00 ft2 | | EXISTING SIGN SQUARE FEET: | n/a | |

| | | |
|---|---|---|
| 17 | GROUND TO BOTTOM OF SIGN: | 0.00' |
| 18 | GROUND TO TOP OF SIGN: | 4.00' |
| 19 | DESCRIPTION OF PROPOSED SIGN: | temporary sign, "Coming Fall - Art 607" |

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ______________________

CITY STAFF REVIEW:

DATE: 3/29/2023 FEE: $5.00

APPROVED BY: Sydney Simmerman

DENIED BY: ______________ REASON: ______________

**EXHIBIT A**



PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 24-04
PARCEL: 15-21-181-017
DATE: 5/31/2023

1 ZONING DISTRICT: R-1-8, Low Density Residential | Residential Sign

2 BUSINESS NAME: Presbyterian Pre School

3 SIGN ADDRESS: 310 S University Ave

4 APPLICATION TYPE: Temporary Sign

5 LAND USE/SIGN TYPE: Schools, Government Buildings, Churches, Public Auditoriums

6 SIGN OWNER: Kimberly Tyra

7 ADDRESS: 310 S University Ave

8 SIGN CONTRACTOR AND/OR ERECTOR: 0

ADDRESS: 0

9 BUSINESS SQ. FT.: ______ CENTERLINE OF STREET DISTANCE: ______

MAX SURFACE AREA: 50.00 ft2 LINEAR FRONTAGE (BPR ONLY): ______

10 NUMBER OF UNITS: 0 BUILDING FRONTAGE: 250.00'

11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): ______

12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No

13 ILLUMINATION CHANGES: No HOW OFTEN: 0

14 ROTATING SIGN: No WHAT RPM: 0

15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No

16 SIGN HEIGHT(FT): 4.00' SIGN LENGTH(FT): 6.00'

SIGN HEIGHT(IN): 0.00'' SIGN LENGTH(IN): 0.00''

PROP. SIGN AREA: 24.00 ft2

ALLOWED SIGN AREA: 50.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2

17 GROUND TO BOTTOM OF SIGN: 0.00'

18 GROUND TO TOP OF SIGN: 4.00'

19 DESCRIPTION OF PROPOSED SIGN:

"Now Accepting Applications"

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ______

CITY STAFF REVIEW:

DATE: 5/31/2023 FEE: $5.00

APPROVED BY: Sydney Simmerman

DENIED BY: ______ REASON: ______



PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 19-11
PARCEL: 15-21-181-019
DATE: 6/12/2018

1 ZONING DISTRICT: R-3 High Density Residential Residential Sign
2 BUSINESS NAME: Presbyterian Preschool
3 SIGN ADDRESS: 309 West Walnut Street
4 APPLICATION TYPE: Temporary Sign
5 LAND USE/SIGN TYPE Temporary Sign
6 SIGN OWNER: Presbyterian Preschool
7 ADDRESS: 309 West Walnut Street
8 SIGN CONTRACTOR AND/OR ERECTOR: 0
ADDRESS: 0
9 BUSINESS SQ. FT.: CENTERLINE OF STREET DISTANCE:
MAX SURFACE AREA: 32.00 ft2 LINEAR FRONTAGE (BPR ONLY):
10 NUMBER OF UNITS: BUILDING FRONTAGE:
11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): 50
12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No
13 ILLUMINATION CHANGES: No HOW OFTEN: 0
14 ROTATING SIGN: No WHAT RPM: 0
15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No
16 SIGN HEIGHT(FT): 2.00' SIGN LENGTH(FT): 7.00'
SIGN HEIGHT(IN): 0.00" SIGN LENGTH(IN): 6.00"
PROP. SIGN AREA: 15.00 ft2
ALLOWED SIGN AREA: 17.00 ft2 EXISTING SIGN SQUARE FEET: 15.00 ft2
17 GROUND TO BOTTOM OF SIGN: 2.00'
18 GROUND TO TOP OF SIGN: 4.00'
19 DESCRIPTION OF PROPOSED SIGN:
Temporary Banner permit valid for 30 calendar days, starting June 12, 2018
20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: Kimberly Brewer

CITY STAFF REVIEW:

DATE: 6/12/2018 FEE: $5.00
APPROVED BY: Megtan Brightharp
DENIED BY: REASON:



PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 24-07
PARCEL: 15-23-354-019&020
DATE: 6/8/2023

1 ZONING DISTRICT: AG, General Agriculture — Commercial Sign
2 BUSINESS NAME: Grand Avenue Christian Church
3 SIGN ADDRESS: 1305 East Grand Ave
4 APPLICATION TYPE: Temporary Sign
5 LAND USE/SIGN TYPE: Temporary Sign
6 SIGN OWNER: Jerry Kizzire
7 ADDRESS: 1305 East Grand Ave
8 SIGN CONTRACTOR AND/OR ERECTOR: Natalie Kizzire
ADDRESS: 1305 E Grand Ave
9 BUSINESS SQ. FT.: ______ CENTERLINE OF STREET DISTANCE: ______
MAX SURFACE AREA: 32.00 ft2 LINEAR FRONTAGE (BPR ONLY): ______
10 NUMBER OF UNITS: ______ BUILDING FRONTAGE: ______
11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): 50
12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No
13 ILLUMINATION CHANGES: No HOW OFTEN: 0
14 ROTATING SIGN: No WHAT RPM: 0
15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No
16 SIGN HEIGHT(FT): 4.00' SIGN LENGTH(FT): 8.00'
SIGN HEIGHT(IN): 0.00'' SIGN LENGTH(IN): 0.00''
PROP. SIGN AREA: 32.00 ft2
ALLOWED SIGN AREA: 32.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2
17 GROUND TO BOTTOM OF SIGN: 6"
18 GROUND TO TOP OF SIGN: 4.50'
19 DESCRIPTION OF PROPOSED SIGN:
"V.B.S at GACC! June 25th-29 6-8:15pm Ages 4-5th Grade"
20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ______

CITY STAFF REVIEW:

DATE: 6/8/2023 FEE: $5.00
APPROVED BY: Sydney Simmerman
DENIED BY: ______ REASON: ______



PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 25-01
PARCEL: 15-23-354-019-021
DATE: 5/13/2024

1 ZONING DISTRICT: AG, General Agriculture — Commercial Sign
2 BUSINESS NAME: Grand Ave Christian Church
3 SIGN ADDRESS: 1305 E Grand
4 APPLICATION TYPE: Temporary Sign
5 LAND USE/SIGN TYPE: Temporary Sign
6 SIGN OWNER: Kelly Sanders
7 ADDRESS: 1305 E Grand
8 SIGN CONTRACTOR AND/OR ERECTOR: Jacob Sanders
ADDRESS: N/A
9 BUSINESS SQ. FT.: — CENTERLINE OF STREET DISTANCE:
MAX SURFACE AREA: 32.00 ft2 — LINEAR FRONTAGE (BPR ONLY):
10 NUMBER OF UNITS: — BUILDING FRONTAGE:
11 ENTERPRISE ZONE: No — MAX SURFACE AREA (BPR ONLY): 50
12 FREESTANDING SIGN: Yes — ILLUMINATED SIGN: No
13 ILLUMINATION CHANGES: No — HOW OFTEN: 0
14 ROTATING SIGN: No — WHAT RPM: 0
15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No
16 SIGN HEIGHT(FT): 4.00' — SIGN LENGTH(FT): 8.00'
SIGN HEIGHT(IN): 0.00'' — SIGN LENGTH(IN): 0.00''
PROP. SIGN AREA: 32.00 ft2
ALLOWED SIGN AREA: 32.00 ft2 — EXISTING SIGN SQUARE FEET: 0.00 ft2
17 GROUND TO BOTTOM OF SIGN: 6.00'
18 GROUND TO TOP OF SIGN: 10.00'
19 DESCRIPTION OF PROPOSED SIGN:
sign to advertise for church Vacation Bible School
20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE:

CITY STAFF REVIEW:

DATE: 5/13/2024 — FEE: $5.00
APPROVED BY: Sydney Simmerman
DENIED BY: — REASON:



PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 25-26
PARCEL: 15-21-211-004
DATE: 10/10/2024

| | | | |
|---|---|---|---|
| 1 ZONING DISTRICT: | BPR, Primary Business | | Commercial Sign |
| 2 BUSINESS NAME: | Boys and Girls Club of Southern Illinois | | |
| 3 SIGN ADDRESS: | 213 W Main St | | |
| 4 APPLICATION TYPE: | Temporary Sign | | |
| 5 LAND USE/SIGN TYPE: | One-Two Sided Commercial Sign | | |
| 6 SIGN OWNER: | Michael Ruiz | | |
| 7 ADDRESS: | 300 E Main St Suite 4 | | |
| 8 SIGN CONTRACTOR AND/OR ERECTOR: | The Printing Plant | | |
| ADDRESS: | | | |
| 9 BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
| MAX SURFACE AREA: | N/A | LINEAR FRONTAGE (BPR ONLY): | N/A |
| 10 NUMBER OF UNITS: | N/A | BUILDING FRONTAGE: | |
| 11 ENTERPRISE ZONE: | Yes | MAX SURFACE AREA (BPR ONLY): | N/A |
| 12 FREESTANDING SIGN: | No | ILLUMINATED SIGN: | No |
| 13 ILLUMINATION CHANGES: | No | HOW OFTEN: | N/A |
| 14 ROTATING SIGN: | No | WHAT RPM: | N/A |
| 15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 SIGN HEIGHT(FT): | 3.00' | SIGN LENGTH(FT): | 4.00' |
| SIGN HEIGHT(IN): | | SIGN LENGTH(IN): | 0.00'' |
| PROP. SIGN AREA: | 12.00 ft2 | | |
| ALLOWED SIGN AREA: | N/A | EXISTING SIGN SQUARE FEET: | N/A |
| 17 GROUND TO BOTTOM OF SIGN: | 3.00' | | |
| 18 GROUND TO TOP OF SIGN: | 6.00' | | |
| 19 DESCRIPTION OF PROPOSED SIGN: | | | |

"Coming Soon Boys and Girls Club of Southern Illinois Carbondale Location" temp sign

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ______________________

CITY STAFF REVIEW:

DATE: 10/10/2024 FEE: NA - EZ

APPROVED BY: Sydney Simmerman

DENIED BY: ______________ REASON: ______________



PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 25-31
PARCEL: 15-23-354-019/020
DATE: 10/18/2024

1 ZONING DISTRICT: AG, General Agriculture — Commercial Sign
2 BUSINESS NAME: Grand Avenue Christian Church
3 SIGN ADDRESS: 1305 E Grand Ave
4 APPLICATION TYPE: Temporary Sign
5 LAND USE/SIGN TYPE: One-Two Sided Commercial Sign
6 SIGN OWNER: Greg Sanders
7 ADDRESS: 1305 E Grand Ave
8 SIGN CONTRACTOR AND/OR ERECTOR: Greg Sanders
ADDRESS: N/A
9 BUSINESS SQ. FT.: ______ CENTERLINE OF STREET DISTANCE: ______
MAX SURFACE AREA: 150.00 ft2 LINEAR FRONTAGE (BPR ONLY): ______
10 NUMBER OF UNITS: ______ BUILDING FRONTAGE: ______
11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): 50
12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No
13 ILLUMINATION CHANGES: No HOW OFTEN: 0
14 ROTATING SIGN: No WHAT RPM: 0
15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No
16 SIGN HEIGHT(FT): 4.00' SIGN LENGTH(FT): 8.00'
SIGN HEIGHT(IN): 0.00'' SIGN LENGTH(IN): 0.00''
PROP. SIGN AREA: 32.00 ft2
ALLOWED SIGN AREA: 150.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2
17 GROUND TO BOTTOM OF SIGN: 0.83'
18 GROUND TO TOP OF SIGN: 4.83'
19 DESCRIPTION OF PROPOSED SIGN:
temporary sign inviting community members to church "Trunk or Treat" event
20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ______

CITY STAFF REVIEW:

DATE: 10/18/2024 FEE: $5.00
APPROVED BY: Sydney Simmerman
DENIED BY: ______ REASON: ______



PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 25-50
PARCEL: 15-23-354-020
DATE: 3/18/2025

1 ZONING DISTRICT: AG, General Agriculture — Commercial Sign
2 BUSINESS NAME: Grand Avenue Christian Church
3 SIGN ADDRESS: 1305 E Grand Ave
4 APPLICATION TYPE: Temporary Sign
5 LAND USE/SIGN TYPE: Temporary Sign
6 SIGN OWNER: Greg Sanders
7 ADDRESS: immredy@yahoo.com
8 SIGN CONTRACTOR AND/OR ERECTOR: Greg Sanders
ADDRESS: 1305 E Grand Ave
9 BUSINESS SQ. FT.: — CENTERLINE OF STREET DISTANCE:
MAX SURFACE AREA: 32.00 ft2 — LINEAR FRONTAGE (BPR ONLY):
10 NUMBER OF UNITS: — BUILDING FRONTAGE:
11 ENTERPRISE ZONE: No — MAX SURFACE AREA (BPR ONLY): 50
12 FREESTANDING SIGN: Yes — ILLUMINATED SIGN: No
13 ILLUMINATION CHANGES: No — HOW OFTEN: 0
14 ROTATING SIGN: No — WHAT RPM: 0
15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No
16 SIGN HEIGHT(FT): 4.00' — SIGN LENGTH(FT): 8.00'
SIGN HEIGHT(IN): 0.00'' — SIGN LENGTH(IN): 0.00''
PROP. SIGN AREA: 32.00 ft2
ALLOWED SIGN AREA: 32.00 ft2 — EXISTING SIGN SQUARE FEET: 0.00 ft2
17 GROUND TO BOTTOM OF SIGN: 0.75'
18 GROUND TO TOP OF SIGN: 4.75'
19 DESCRIPTION OF PROPOSED SIGN:
sign advertising for Easter weekend events at Grand Ave. Church
20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE:

CITY STAFF REVIEW:

DATE: 3/18/2025 — FEE: $5.00
APPROVED BY: Sydney Simmerman
DENIED BY: — REASON:



PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 26-02
PARCEL: 15-23-354-020
DATE: 5/20/2025

1 ZONING DISTRICT: AG, General Agriculture — Commercial Sign

2 BUSINESS NAME: Grand Avenue Christian Church

3 SIGN ADDRESS: 1305 E Grand Ave.

4 APPLICATION TYPE: Temporary Sign

5 LAND USE/SIGN TYPE: Temporary Sign

6 SIGN OWNER: Greg Sanders

7 ADDRESS: 1305 E Grand Ave.

8 SIGN CONTRACTOR AND/OR ERECTOR: Greg Sanders

ADDRESS: 1305 E Grand Ave.

9 BUSINESS SQ. FT.: ______ CENTERLINE OF STREET DISTANCE: ______

MAX SURFACE AREA: 32.00 ft2 LINEAR FRONTAGE (BPR ONLY): ______

10 NUMBER OF UNITS: ______ BUILDING FRONTAGE: ______

11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): 50

12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No

13 ILLUMINATION CHANGES: No HOW OFTEN: 0

14 ROTATING SIGN: No WHAT RPM: 0

15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No

16 SIGN HEIGHT(FT): 4.00' SIGN LENGTH(FT): 8.00'

SIGN HEIGHT(IN): 0.00'' SIGN LENGTH(IN): 0.00''

PROP. SIGN AREA: 32.00 ft2

ALLOWED SIGN AREA: 32.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2

17 GROUND TO BOTTOM OF SIGN: 0.75'

18 GROUND TO TOP OF SIGN: 4.75'

19 DESCRIPTION OF PROPOSED SIGN:

Vacation Bible School temporary sign

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ______

CITY STAFF REVIEW:

DATE: 5/20/2025 FEE: $5.00

APPROVED BY: Sydney Simmerman

DENIED BY: ______ REASON: ______



CARBONDALE
All Ways Open

PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 20-08
PARCEL: 15-21-181-019
DATE: 5/23/2019

1 ZONING DISTRICT: R-3 High Density Residential — Residential Sign

2 BUSINESS NAME: Presbyterian Preschool

3 SIGN ADDRESS: 309 West Walnut Street

4 APPLICATION TYPE: Temporary Sign

5 LAND USE/SIGN TYPE: Schools, Government Buildings, Churches, Public Auditoriums

6 SIGN OWNER: Presbyterian Preschool

7 ADDRESS: 309 West Walnut Street

8 SIGN CONTRACTOR AND/OR ERECTOR: 0

ADDRESS: 0

9 BUSINESS SQ. FT.: ______ CENTERLINE OF STREET DISTANCE: ______

MAX SURFACE AREA: 50.00 ft2 LINEAR FRONTAGE (BPR ONLY): ______

10 NUMBER OF UNITS: 0 BUILDING FRONTAGE: 0.00'

11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): ______

12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No

13 ILLUMINATION CHANGES: No HOW OFTEN: 0

14 ROTATING SIGN: No WHAT RPM: 0

15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No

16 SIGN HEIGHT(FT): 2.00' SIGN LENGTH(FT): 7.50'

SIGN HEIGHT(IN): 0.00" SIGN LENGTH(IN): 0.00"

PROP. SIGN AREA: 15.00 ft2

ALLOWED SIGN AREA: 50.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2

17 GROUND TO BOTTOM OF SIGN: 2.00'

18 GROUND TO TOP OF SIGN: 4.00'

19 DESCRIPTION OF PROPOSED SIGN:

Temp Banner. Good for 30 days from date issued.

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: Kimberly Tyra

CITY STAFF REVIEW:

DATE: 5/23/2019 FEE: $5.00

APPROVED BY: Megan Brightharp

DENIED BY: ______ REASON: ______



PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 21-20
PARCEL: 15-21-181-019
DATE: 8/26/2020

1 ZONING DISTRICT: R-3 High Density Residential — Residential Sign

2 BUSINESS NAME: Presbyterian Preschool

3 SIGN ADDRESS: 309 W. Walnut St.

4 APPLICATION TYPE: Temporary Sign

5 LAND USE/SIGN TYPE: Temporary Sign

6 SIGN OWNER: Presbyterian Preschool

7 ADDRESS: 309 W. Walnut St.

8 SIGN CONTRACTOR AND/OR ERECTOR: 0

ADDRESS: 0

9 BUSINESS SQ. FT.: ____ CENTERLINE OF STREET DISTANCE: ____

MAX SURFACE AREA: 32.00 ft2 LINEAR FRONTAGE (BPR ONLY): ____

10 NUMBER OF UNITS: ____ BUILDING FRONTAGE: ____

11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): 50

12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No

13 ILLUMINATION CHANGES: No HOW OFTEN: 0

14 ROTATING SIGN: No WHAT RPM: 0

15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No

16 SIGN HEIGHT(FT): 2.00' SIGN LENGTH(FT): 7.00'

SIGN HEIGHT(IN): 0.00'' SIGN LENGTH(IN): 6.00''

PROP. SIGN AREA: 15.00 ft2

ALLOWED SIGN AREA: 32.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2

17 GROUND TO BOTTOM OF SIGN: 2.00'

18 GROUND TO TOP OF SIGN: 4.00'

19 DESCRIPTION OF PROPOSED SIGN:

Temporary sign permit valid for 30 calendar days, beginning August 27, 2020

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: ____

CITY STAFF REVIEW:

DATE: 8/26/2020 FEE: $5.00

APPROVED BY: Molly Maxwell

DENIED BY: ____ REASON: ____

CARBONDALE
All Ways Open

PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: ~~21-50~~ 21-28 MB
PARCEL: Various
DATE: 8/28/2020

1 ZONING DISTRICT: SB, Secondary Business Commercial Sign
2 BUSINESS NAME: For Kids' Sake
3 SIGN ADDRESS: Various
4 APPLICATION TYPE: Temporary Sign
5 LAND USE/SIGN TYPE One-Two Sided Commercial Sign
6 SIGN OWNER: For Kids' Sake
7 ADDRESS: 100 East Jackson St., Suite C
8 SIGN CONTRACTOR AND/OR ERECTOR: 0
ADDRESS: 0
9 BUSINESS SQ. FT.: CENTERLINE OF STREET DISTANCE:
MAX SURFACE AREA: 150.00 ft2 LINEAR FRONTAGE (BPR ONLY):
10 NUMBER OF UNITS: BUILDING FRONTAGE:
11 ENTERPRISE ZONE: No MAX SURFACE AREA (BPR ONLY): 50
12 FREESTANDING SIGN: Yes ILLUMINATED SIGN: No
13 ILLUMINATION CHANGES: No HOW OFTEN: 0
14 ROTATING SIGN: No WHAT RPM: 0
15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: No
16 SIGN HEIGHT(FT): 3.00' SIGN LENGTH(FT): 10.00'
SIGN HEIGHT(IN): 0.00'' SIGN LENGTH(IN): 0.00''
PROP. SIGN AREA: 30.00 ft2
ALLOWED SIGN AREA: 150.00 ft2 EXISTING SIGN SQUARE FEET: 0.00 ft2
17 GROUND TO BOTTOM OF SIGN: 15.00'
18 GROUND TO TOP OF SIGN: 21.00'
19 DESCRIPTION OF PROPOSED SIGN:
Various signs for the For Kids' Sake Super Hero 5K. To be removed no more than 7 days after the event.
20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: [signature]

CITY STAFF REVIEW:

DATE: 8/28/2020 FEE: $5.00
APPROVED BY: Megan Brightharp
DENIED BY: REASON:



PLANNING SERVICES DIVISION

SIGN PERMIT

PERMIT: 21-51
PARCEL: 15-21-181-019
DATE: 3/16/2021

| | | | |
|---|---|---|---|
| 1 ZONING DISTRICT: | R-3 High Density Residential | | Residential Sign |
| 2 BUSINESS NAME: | Presbyterian Preschool | | |
| 3 SIGN ADDRESS: | 309 W Walnut St | | |
| 4 APPLICATION TYPE: | Temporary Sign | | |
| 5 LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 SIGN OWNER: | Presbyterian Preschool | | |
| 7 ADDRESS: | 309 W Walnut St | | |
| 8 SIGN CONTRACTOR AND/OR ERECTOR: | NA | | |
| ADDRESS: | NA | | |
| 9 BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
| MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 SIGN HEIGHT(FT): | 2.00' | SIGN LENGTH(FT): | 7.50' |
| SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
| PROP. SIGN AREA: | 15.00 ft2 | | |
| ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 GROUND TO BOTTOM OF SIGN: | 2.00' | | |
| 18 GROUND TO TOP OF SIGN: | 4.00' | | |
| 19 DESCRIPTION OF PROPOSED SIGN: | Real Estate Sign, at least 20 feet back from curb line | | |
| | Temporary Banner - good until 4/16/2021 | | |
| 20 CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: ______________________

CITY STAFF REVIEW:

DATE: 3/16/2021 FEE: $5.00

APPROVED BY: Molly Maxwell

DENIED BY: ______________ REASON: ______________