UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HAMMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER, in his individual and official capacities,<br><br>*Defendants*. | Case No. 3:25-cv-00736-NJR<br><br>**Chief Judge Nancy J. Rosenstengel** |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of Virginia and the District of Columbia. The state and federal bar numbers issued to me are: *see attached Addendum*.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 6/13/25
Date

Signature of Movant

201 Maryland Ave., NE
Street Address

Christina A Compagnone
Printed Name

Washington, DC 20002
City, State, Zip