CHRISTINA A. COMPAGNONE
BAR AND COURT ADMISSIONS

DATE ADMITTED

STATE COURTS:

Supreme Court of Virginia (91658) ..................................................May 15, 2017
   Virginia State Bar......................................................................April 14, 2017

District of Columbia Court of Appeals (1657929) .........................February 8, 2020

FEDERAL COURTS:

U.S. Court of Appeals, Federal Circuit…....................................December 16, 2024

U.S. Court of Appeals, DC Circuit…...............................................August 30, 2023

U.S. Court of Appeals, 2nd Circuit…...............................................August 31, 2023

U.S. Court of Appeals, 4th Circuit …...............................................August 29, 2023

U.S. Court of Appeals, 5th Circuit.......................................................April 16, 2025

U.S. Court of Appeals, 6th Circuit …...............................................December 2021

U.S. Court of Appeals, 9th Circuit .......................................................June 10, 2020

U.S. Court of Appeals, 11th Circuit …............................................... May 11, 2021

U.S. District Court for the District of Columbia …....................September 14, 2020