## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HAMMAN, <br><br> *Plaintiff,* <br><br> v. <br><br> The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LENOARD JAMIE SNYDER, in his individual and official capacities, <br><br> *Defendants.* | Case No. 3:25-cv-00736-NJR <br><br> **Chief Judge Nancy J. Rosenstengel** |

## MOTION FOR ORAL ARGUMENT

Plaintiff Brandon Hamman, by and through counsel, respectfully submits this request that oral argument be heard on Plaintiff's pending Motion for Preliminary Injunction. (Doc. 8). The arguments raised are such that oral argument will benefit the Court in its deliberations of this important matter: preliminary equitable relief that has a serious impact on the parties during the pendency of litigation. Defendants do not consent to this motion. Plaintiff notes, in accord with this Court's Case Management Procedures, that the undersigned, who contributed significantly to Plaintiff's briefing on the underlying Motion, is a newer attorney, with no federal oral argument experience, practicing less than five years, and is prepared to handle oral argument for the Plaintiff.

WHEREFORE, Plaintiff requests that this Court Order to hear oral arguments on Plaintiff's Motion for Preliminary Injunction.

Submitted: July 2, 2025

        Respectfully submitted,

        ***s/ Kelsey E. McGee***
        Kelsey E. McGee
        Christina A. Compagnone
        Nathan J. Moelker
        Liam R. Harrell
        AMERICAN CENTER FOR LAW &
            JUSTICE
        201 Maryland Avenue, NE
        Washington, DC 2002
        Tel: (202) 641-9160
        Fax: (202) 546-9309
        Email: kmcgee@aclj.org

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of July, 2025, a true and correct copy of the above and foregoing document was served by express mail on the following:

Leonard Jamie Snyder
200 S. Illinois Avenue
Carbondale, IL 62901
Tel: 618-457-3215

City of Carbondale, Illinois
200 S. Illinois Avenue
Carbondale, IL 62901
Tel: 618-457-5302

John Lenzini
200 S. Illinois Avenue
Carbondale, IL 62901
Tel: 618-457-3251

                                                */s/ Kelsey E. McGee*
                                                Kelsey E. McGee
                                                AMERICAN CENTER FOR LAW &
                                                    JUSTICE
                                                201 Maryland Avenue, NE
                                                Washington, DC 2002
                                                Tel: (202) 641-9160
                                                Fax: (202) 546-9309
                                                Email: kmcgee@aclj.org

                                                *Counsel for Plaintiff*