UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HAMMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LENOARD JAMIE SNYDER, in his individual and official capacities,<br><br>*Defendants.* | Case No. 3:25-cv-00736-NJR<br><br>**Chief Judge Nancy J. Rosenstengel** |

**[PROPOSED] PRELIMINARY INJUNCTION HEARING SCHEDULING ORDER**

The Court has scheduled an evidentiary hearing on Plaintiff's request for a preliminary injunction (Doc. 8) for _____, 2025 at _____ in Courtroom 3. The following dates and deadlines are scheduled for the hearing and may only be modified by Court order upon showing of good cause:

1. The parties must disclose the witnesses upon whose declarations and testimony they will rely at the hearing no later than twenty-one days before the hearing. Each disclosed witness must appear at the hearing. The Individual Defendants shall be witnesses at the hearing and must attend the hearing.

2. No later than fourteen days before the hearing, parties must file declarations from each witness who will testify at the hearing. The declarations will be used in lieu of direct examination, and the live testimony at the hearing will involve only cross- and redirect examination. Given the format of the hearing, the court may permit cross-examination regarding relevant matters not addressed in the declarations, though it will impose reasonable limitations on the scope of cross-examination.

3. The parties may file supplemental briefs in support of or opposition to the motion for a preliminary injunction no later than fourteen days before the hearing. The parties need not—and should not— duplicate arguments made in the existing briefing, but they may elaborate upon and provide additional authority in support of such arguments as well as provide additional arguments. The parties may file response briefs no later than seven days before the hearing. Response briefs shall address only matters raised in the opposing supplemental brief(s).

4. No later than fourteen days before the hearing, the parties must (1) jointly file a list of the exhibits (other than exhibits to be used solely for impeachment) that each party wishes to offer at the hearing in support of its declarations that will be used in lieu of direct examination, and (2) exchange copies of those exhibits. No later than fourteen days before the hearing, the parties must (1) jointly file a list of the exhibits (other than exhibits to be used solely for impeachment) that each party wishes to offer at the hearing for cross-examination, and (2) exchange copies of those exhibits. To the greatest extent possible, the parties shall stipulate to the admissibility of exhibits, so that the court can pre-admit and receive exhibits prior to the hearing. If a party has reasonable and valid evidentiary objections, those objections must be noted on the list of exhibits filed with the court, and the court will rule on those objections accordingly.

**IT IS SO ORDERED** this _____th day of July 2025.

BY THE COURT:

_____
**Nancy J. Rosenstengel**
**United States Chief District Judge**