IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HAMMAN, <br><br> Plaintiff, <br><br> v. <br><br> The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER in his individual and official capacities, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No. 3:25-cv-00736 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SECOND DECLARATION OF JOHN LENZINI

Pursuant to 28 U.S.C. § 1746, under Penalty of Perjury, I state as follows:

1. I am a citizen of the United States residing in the State of Illinois, and I am over the age of eighteen.

2. I am voluntarily providing this Declaration of my own free will and, in my capacity as Community Development Manager for the City of Carbondale, have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to the statements in this Declaration.

3. Attached as Exhibit A is true and accurate copy of a Site Plan Drawing of the area in which Plaintiff had staked sign in the ground in the City of Carbondale right-of-way.

4. The line on Exhibit A identified as "property line" is the boundary of the right-of-way, which extends to the right of the "property line."

5. I have marked on Exhibit A the locations of the sign staked in the ground by Plaintiff.

40305781.v1

6. Each of these sign locations are in the City of Carbondale right-of-way.

7. Attached as Exhibits B and C are true and accurate photographs of the location of the signed staked in the right-of-way by Plaintiff.

8. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Declaration are true and correct pursuant to 28 U.S.C. § 1746.

EXECUTED ON  July 10 , 2025.

_____
John Lenzini

NICOLE MARIE DIERKING
Notary Public - Notary Seal
St. Louis City - State of Missouri
Commission Number 15225625
My Commission Expires Aug 10, 2027

Nicole Marie Dierking
7/10/2025

Page 2 of 2

40305781.v1





EXHIBIT B



**EXHIBIT C**