IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *BRANDON HAMMAN,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:25-cv-00736 |
| | ) |
| The *CITY OF CARBONDALE,* an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER in his individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

## **MOTION TO CONTINUE HEARING**

NOW COME Defendants and for their Motion to Continue the hearing on August 4, 2025, state:

1. The Court has scheduled a hearing on the Plaintiff's Motion for a Preliminary Injunction on Monday, August 4, 2025.

2. Lead counsel for Defendants, Courtney Cox, has a pre-planned vacation to visit his mother and family in Jacksonville, Florida, which will involve travelling there on Tuesday, July 29, 2025, and travelling home on August 4, 2025.

3. As a result counsel will be unable to prepare for the hearing this week and also unable to attend the hearing on August 4, 2025, even by Zoom.

4. Counsel for Defendants has explained this issue to counsel for Plaintiff, who do not consent to this Motion.

WHEREFORE, Defendants respectfully request that the hearing now scheduled for August 4, 2025, be rescheduled for a brief period to a time convenient for the Court.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ A. Courtney Cox
A. Courtney Cox, #6182590
John L. Gilbert, #954101
Philip J. Lading, #6271659
101 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
618-659-9861
618-659-9862 (Fax)
Email: ccox@sandbergphoenix.com
Email: jgilbert@sandbergphoenix.com
Email: plading@sandbergphoenix.com

*Attorneys for Defendants*
*City of Carbondale, an Illinois municipal corporation, John Lenzini, in his individual and official capacities, and Lenoard Jamie Snyder in his individual and official capacities*

### Certificate of Service

The undersigned certifies that on the 28th day of July 2025 the foregoing was filed electronically with the Clerk of the Court and was served upon all counsel of record via the court's electronic service to the following:

    Kelsey E. McGee
    Stuart J. Roth
    Nathan J. Moelker
    Liam R. Harrell
    Christina A. Compagnone
    American Center for Law & Justice
    P.O. Box 90555
    Washington, DC 2009-0555
    kmcgee@aclj.org;
    sroth@aclj.org
    nmoelker@aclj.org;
    lharrell@aclj.org;
    ccompagnone@aclj.org
    *Counsel for Plaintiff*

/s/ A. Courtney Cox

40569101.v1