# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *BRANDON HAMMAN,* | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Cause No. 3:25-cv-00736<br>) |
| *The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER in his individual and official capacities,* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JURY DEMAND

NOW COME Defendants, City of Carbondale, John Lenzini, and Lenoard Jamie Snyder, by and through their attorneys, Sandberg Phoenix & von Gontard P.C., and hereby demand trial by jury on all Counts.

                                        SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/ A. Courtney Cox*
       A. Courtney Cox, #6182590
       John L. Gilbert, #954101
       Philip J. Lading, #6271659
       101 W. Vandalia Street, Suite 300
       Edwardsville, IL 62025
       618-659-9861
       618-659-9862 (Fax)
       Email: ccox@sandbergphoenix.com
       Email: jgilbert@sandbergphoenix.com
       Email: plading@sandbergphoenix.com
       *Attorneys for Defendants*
       *City of Carbondale, an Illinois municipal corporation, John Lenzini, in his individual and official capacities, and Lenoard Jamie Snyder in his individual and official capacities*

## Certificate of Service

The undersigned certifies that on the 29th day of July 2025 the foregoing was filed electronically with the Clerk of the Court and was served upon all counsel of record via the court's electronic service to the following:

Kelsey E. McGee
Stuart J. Roth
Nathan J. Moelker
Liam R. Harrell
Christina A. Compagnone
American Center for Law & Justice
P.O. Box 90555
Washington, DC 2009-0555
kmcgee@aclj.org;
sroth@aclj.org
nmoelker@aclj.org;
lharrell@aclj.org;
ccompagnone@aclj.org
*Attorneys for Plaintiff*

/s/ A. Courtney Cox

40576260.v1