# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON HAMMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LENOARD JAMIE SNYDER, in his individual and official capacities,<br><br>*Defendants.* | Case No. 3:25-cv-00736-NJR<br><br>**Chief Judge Nancy J. Rosenstengel** |

## PARTIES' STIPULATIONS

The parties, through their respective counsel, hereby stipulate to the following facts for purposes of the preliminary injunction hearing only. These stipulations are made without prejudice to either party's position at trial on the merits:

1. The parties stipulate that the listed witnesses have personal knowledge of the matters about which they are expected to testify.

2. Parties stipulate to the authenticity of Carbondale Ordinance § 15.4.10.8.

3. The parties stipulate that Plaintiff's video exhibit, the body camera footage that Brandon Hamman took on April 16, 2025, is authentic and admissible. They likewise stipulate that Defendants' video exhibits, the body camera footage taken by police officers on April 16, 2025, is authentic and admissible.

4. The parties both waive objections on completeness grounds if excerpted clips of videos should be played during the hearing.

5. Parties stipulate that the photographs submitted by both parties as evidence are accurate and admissible photographs of what they depict.

6. Parties stipulate to the authenticity of Police Report Case No. 2025-00016197.

7. Parties stipulate to the authenticity of Defendants' exhibit "Site Plan."

Submitted: August 6, 2025

Respectfully submitted,

*s/ Nathan J. Moelker*
Nathan J. Moelker
 Kelsey E. McGee
Christina A. Compagnone
Liam R. Harrell
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 2002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org

*Counsel for Plaintiff*

*/s/ A. Courtney Cox*
A. Courtney Cox, #6182590
John L. Gilbert, #954101
Philip J. Lading, #6271659
101 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
618-659-9861
618-659-9862 (Fax)

Email: ccox@sandbergphoenix.com
Email:
    jgilbert@sandbergphoenix.com
Email:
    plading@sandbergphoenix.com

*Attorneys for Defendants*
*City of Carbondale, an Illinois municipal corporation, John Lenzini, in his individual and official capacities, and Lenoard Jamie Snyder in his individual and official capacities*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of August, 2025, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court and was served upon all counsel of record via PACER.

      */s/ Nathan J. Moelker*
      Nathan J. Moelker
      AMERICAN CENTER FOR LAW & JUSTICE
      201 Maryland Avenue, NE
      Washington, DC 2002
      Tel: (202) 641-9160
      Fax: (202) 546-9309
      Email: nmoelker@aclj.org

      *Counsel for Plaintiff*