IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
☐ East St. Louis   ☒ Video Conference

| | |
|---|---|
| MARK BRANDON HAMMAN, | Case No. 25-cv-736-NJR |
| Plaintiff, | DATE: August 11, 2025 |
| v. | TIME: 1:30 PM – 4:15 PM |
| CITY OF CARBONDALE, ILLINOIS, et al., | COURT REPORTER: Stephanie Rennegarbe |
| Defendants. | COURTROOM DEPUTY: Deana Brinkley |

# MINUTES OF COURT

**PRESIDING:** Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

**COUNSEL FOR PLAINTIFFS:** Liam Harrell, Nathan Moelker, Kelsey McGee

**COUNSEL FOR DEFENDANTS:** Courtney Cox, Philip Lading

---

Matter called for an evidentiary hearing as to Plaintiff's for Preliminary Injunction (Doc. 8).

Brief opening statements made by the parties.

**PLAINTIFF'S WITNESSES:**
- Mark Brandon Hamman        time:  1:42 PM – 3:23 PM
- Pastor Jared Sparks        time:  3:27 PM – 3:37 PM

**DEFENDANTS' WITNESSES:**
- Leonard Jamie Snyder       time:  3:42 PM – 4:13 PM

**PLAINTIFF'S ADMITTED EXHIBITS:** 1, 2, 3, 6, 7, 8, 9, 10

**DEFENDANTS' ADMITTED EXHIBITS:** 11

Hearing shall resume at **9:00 AM on Wednesday, August 13, 2025 via video conference** before Chief Judge Nancy J. Rosenstengel. Video connection information will be sent via email to counsel.