



**Mark Murray**

The chief is correct

Ok thanks

*RCS chat with Mark*

Wednesday, Apr 16 • 11:46 AM



11:46 AM 

   

   

I spoke and called it at 0910.

Ok, i will tell Joe.

Wednesday, Apr 16 • 11:50 AM



How is it going

12:06 PM

Stan is heading that way after he checks on fire at high rise

Ok

Wednesday, Apr 16 • 12:38 PM

The guy finally pulled his signs and we did not issue a citation.



 John Lenzini 

ticket book or ask for pd to bring you one

Ok

15.4.10.8A

Thx

Not cooperating so I called CPD for an officer



   

   

**Ok can Pd do it I have no ticket book**

**Can you send me its number**

**Ordinance number**

Have bns bring out ticket book or ask for pd to bring you one

Is it coalitionnlife? Issue citations for violating sign code

Ok can Pd do it I have no ticket book

Can you send me its number

Ordinance number

   

← J John Lenzini 📞 ⋮



Refusing to pull signs

Pull them

Being belligerent

⊕ Text m... 😊 🖼 ◉

    



snowed up. Hearing officer and I spoke and called it at 0910.

Ok, i will tell Joe.

Wednesday, Apr 16 • 11:50 AM



How is it going

12:06 PM


 

are thinking otherwise

The chief is correct

Ok thanks

RCS chat with Mark

Wednesday, Apr 16 • 11:46 AM



11:46 AM 

   

    

## Phone

**Wednesday, April 16**

| | | |
|---|---|---|
| ↙ | Michelle Snyder (2) | 6:05 PM |
| ↙ | Carbondale City of<br>(618) 549-5302 | 3:15 PM |
| ↙ | Stan Reno (2) | 2:43 PM |
| ↗ | Stan Reno | 11:52 AM |
| ↙ | John Lenzini | 11:51 AM |
| ↙ | Ted LATTAN | 11:48 AM |
| ↗ | Stan Reno | 11:48 AM |
| ↙ | Stan Reno | 11:47 AM |
| ↙ | Mark Murray | 11:45 AM |

Keypad | Recents | Contacts

# Phone

| | | |
|---|---|---|
| 📞 | Carbondale City of<br>(618) 549-5302 | 3:15 PM |
| 📞 | Stan Reno (2) | 2:43 PM |
| 📞 | Stan Reno | 11:52 AM |
| 📞 | John Lenzini | 11:51 AM |
| 📞 | Ted LATTAN | 11:48 AM |
| 📞 | Stan Reno | 11:48 AM |
| 📞 | Stan Reno | 11:47 AM |
| 📞 | Mark Murray | 11:45 AM |
| 📞 | Stan Reno | 11:28 AM |
| 📞 | Robert Hardi | 8:30 AM |

Keypad | Recents | Contacts