# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) | |
| v. | ) | Case Number: |
| *Defendant(s)* | ) ) ) | Judge: |

## NOTICE OF MANUAL FILING

Please take notice that _____ has manually filed the following document or item: _____
_____.

This document has not been filed electronically because:

_ The document or item cannot be converted to an electronic format.

_ _____ is excused from filing this document or item by court order.

_ Other:

The document or item has been manually served on all parties.

_____
Name
_____
Firm
_____
Address
_____
City, State, Zip
_____
Phone
_____
E-mail