IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
☐ East St. Louis  ☒ Video Conference

| | |
|---|---|
| MARK BRANDON HAMMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CARBONDALE, ILLINOIS, et al.,<br><br>Defendants. | Case No. 25-cv-736-NJR<br><br>DATE: August 13, 2025<br><br>TIME: 9:00 AM – 12:05 PM<br><br>COURT REPORTER:<br>Stephanie Rennegarbe<br><br>COURTROOM DEPUTY:<br>Deana Brinkley |

# MINUTES OF COURT

**PRESIDING:** Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

**COUNSEL FOR PLAINTIFFS:**    Liam Harrell, Nathan Moelker, Kelsey McGee

**COUNSEL FOR DEFENDANTS:**  Courtney Cox, Philip Lading

---

Matter called for Day 2 of an evidentiary hearing as to Plaintiff's Motion for Preliminary Injunction (Doc. 8).

**DEFENDANTS' WITNESSES:**
- John Lenzini    time:  9:02 AM – 9:34 AM; 9:45 AM – 9:58 AM; 10:11 AM – 10:21 AM
- Mark Murray    time:  10:22 AM – 10:38 AM
- Theodore Lattan    time:  10:40 AM – 10:52 AM

**DEFENDANTS' ADMITTED EXHIBITS:** 1, 2, 3, 4, 5, 6, 7, 9, 10, 14, 15, 16, 17, 19

Closing arguments presented by counsel. Motion taken under advisement. Order to issue.