# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

## EXHIBIT LIST

| MARK BRANDON HAMMAN v. CITY OF CARBONDALE, ILLINOIS et al. |
|---|
| **25-cv-736-NJR** |

| Presiding Judge:<br>**NANCY J. ROSENSTENGEL** | Plaintiffs' Attorneys:<br>**Kelsey McGee**<br>**Liam Harrell**<br>**Nathan Moelker** | Defendants' Attorneys:<br>**Courtney Cox**<br>**Philip Lading** |
|---|---|---|
| Hearing Dates:<br>**August 11 and 13, 2025** | Court Reporter:<br>**Stephanie Rennegarbe** | Courtroom Deputy:<br>**Deana Brinkley** |

| Plaintiffs' Exhibit No. | Defendants' Exhibit No. | Admitted | Description |
|---|---|---|---|
| 1 | | Yes | **Video by Plaintiff of April 16, 2025** |
| 2 | | Yes | **Photos of signs in Carbondale** |
| 3 | | Yes | **Ill. Not-for-profit status of Christ Church Carbondale** |
| 6 | 2 | Yes | **Police Bodycam (Sgt Murray)** |
| 7 | 3 | Yes | **Police Bodycam (Ofc Tyner)** |
| 8 | 4 | Yes | **Police Bodycam (Lt Lattan)** |
| 9 | 8 | Yes | **Text Messages** |
| 10 | 5 | Yes | **Site Plan Showing Right of Way** |
| | | | |
| | | | |
| | | | |
| | 1 | Yes | **Police Report in Case No. 2025-00016197** |
| | 6 | Yes | **Photo of Plaintiff's Signs in Right of Way** |
| | 7 | Yes | **Photo of Plaintiff's Signs in Right of Way** |
| | 9 | Yes | **Google Map Overlay of Area at Issue** |
| | 10 | Yes | **Applications for Temporary Sign Permits** |
| | 11 | Yes | **Carbondale Sign Ordinance** |
| | 14 | Yes | **Photo of Plaintiff's Signs in Right of Way** |
| | 15 | Yes | **Photo of Plaintiff's Signs in Right of Way** |
| | 16 | Yes | **Photo of Plaintiff's Signs in Right of Way** |

40698252.v1

| Plaintiffs' Exhibit No. | Defendants' Exhibit No. | Admitted | Description |
|---|---|---|---|
| | 17 | Yes | **Recorded Plat of Sunny Acres West First Addition reflecting 220 Foot Right of Way for Giant City Road** |
| | 19 | Yes | **Transcript of Body Camera Footage in Plaintiff's Exhibit 1** |

40698252.v1