## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK BRANDON HAMMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LENOARD JAMIE SNYDER, in his individual and official capacities,<br><br>*Defendants*. | Case No. 3:25-cv-00736-NJR<br><br>**Chief Judge Nancy J. Rosenstengel** |

## PLAINTIFF'S NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that the Plaintiff in the above-captioned action, Mark Brandon Hamman, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the memorandum and order of the district court denying Plaintiff's motion for a preliminary injunction and entered in this action on January 21, 2026, at docket entry 49. *See* 28 U.S.C. § 1292(a)(1).

Submitted: January 23, 2026

        Respectfully submitted,
        *s/ Nathan J. Moelker*
        Nathan J. Moelker
        Kelsey E. McGee
        Christina A. Compagnone
        Liam R. Harrell
        AMERICAN CENTER FOR LAW & JUSTICE
        201 Maryland Avenue, NE
        Washington, DC 20002
        Tel: (202) 641-9160
        Fax: (202) 546-9309
        Email: nmoelker@aclj.org

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court and was served upon all counsel of record via PACER.

*s/ Nathan J. Moelker*
Nathan J. Moelker
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org

*Counsel for Plaintiff*