# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 26, 2026

**To:** Monica A. Stump
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 26-1133

Caption:
MARK BRANDON HAMMAN,
      Plaintiff - Appellant

v.

CITY OF CARBONDALE, ILLINOIS, LEONARD SNYDER and JOHN LENZINI,
      Defendants - Appellees

District Court No: 3:25-cv-00736-NJR
Clerk/Agency Rep Monica A. Stump
District Judge Nancy J. Rosenstengel
Court Reporter Stephanie Rennegarbe

Date NOA filed in District Court: 01/23/2026

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)