UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK BRANDON HAMMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LENOARD JAMIE SNYDER, in his individual and official capacities,<br><br>*Defendants*. | Case No. 3:25-cv-00736-NJR<br><br>**Chief Judge Nancy J. Rosenstengel** |

**PLAINTIFF'S RULE 10(a) NOTICE**

Pursuant to Circuit Rule 10(a) and the Court's Notice of the Filing of a Notice of Appeal filed January 26, 2026 (ECF No. 54), Plaintiff-Appellant Mark Brandon Hamman respectfully requests that the District Court Clerk transmit to the Court of Appeals the following exhibits that were admitted into evidence at the hearing held August 11 and 13, 2025, as listed in ECF No. 44 and provided to the Court by the parties via Sharepoint on August 15, 2025, but are not currently available on the Court's electronic docket. Those documents consist of the following:

**Plaintiff's Exhibits:**

Exhibit 1: Video by Plaintiff of April 16, 2025

Exhibit 2: Photos of signs in Carbondale

Exhibit 3: Ill. Not-for-profit status of Christ Church Carbondale

Exhibit 6: Police Bodycam (Sgt Murray) (video recording on physical media)

Exhibit 7: Police Bodycam (Ofc Tyner) (video recording on physical media)

Exhibit 8: Police Bodycam (Lt Lattan) (video recording on physical media)

Exhibit 9: Text Messages

Exhibit 10: Site Plan Showing Right of Way

**Defendants' Exhibits:**

Exhibit 1: Police Report in Case No. 2025-00016197

Exhibit 2: Police Bodycam (Sgt Murray) (video recording on physical media)

Exhibit 3: Police Bodycam (Ofc Tyner) (video recording on physical media)

Exhibit 4: Police Bodycam (Lt Lattan) (video recording on physical media)

Exhibit 5: Site Plan Showing Right of Way

Exhibit 6: Photo of Plaintiff's Signs in Right of Way

Exhibit 7: Photo of Plaintiff's Signs in Right of Way

Exhibit 8: Text Messages

Exhibit 9: Google Map Overlay of Area at Issue

Exhibit 10: Applications for Temporary Sign Permits

Exhibit 11: Carbondale Sign Ordinance

Exhibit 14: Photo of Plaintiff's Signs in Right of Way

Exhibit 15: Photo of Plaintiff's Signs in Right of Way

Exhibit 16: Photo of Plaintiff's Signs in Right of Way

Exhibit 17: Recorded Plat of Sunny Acres West First Addition reflecting 220 Foot Right of Way for Giant City Road

Exhibit 19: Transcript of Body Camera Footage in Plaintiff's Exhibit 1

Plaintiff requests that these exhibits be transmitted in their entirety. These exhibits are necessary for the appellate record as they constitute the evidentiary basis for the district court's rulings and are central to the issues on appeal. To aid the Court, Plaintiff has attached to this filing copies of the above exhibits as admitted to the Court, with the exception of the listed video files.

Submitted: January 30, 2026

Respectfully submitted,
*s/ Nathan J. Moelker*
Nathan J. Moelker
Kelsey E. McGee
Christina A. Compagnone
Liam R. Harrell
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court and was served upon all counsel of record via PACER.

*s/ Nathan J. Moelker*
Nathan J. Moelker
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel: (202) 641-9160
Fax: (202) 546-9309
Email: nmoelker@aclj.org

*Counsel for Plaintiff*