Exhibit 2

CHOICES
BABIES ARE
MURDERED
HERE
ENDABORTIONNOW.COM
DON'T KILL
YOUR BABY
VISIT: choice42.com
CALL/TEXT: 678-74-4LIFE
Love Your
PREBORN
Neighbor
As Yourself



# Exhibit 3



# Exhibit 4

ENDABORTIONNOW.COM
WE WILL ADOPT YOUR BABY!
Please don't murder your child!



# Exhibit 5

Love Your
PREBORN
Neighbor
As Yourself
Equal Protection • Criminalization • Abolish Abortion



**Exhibit 7**

**Carbondale City Attorney's Office**
200 S. Illinois Avenue
P.O. Box 2047
Carbondale, IL 62902-2047
Phone (618) 549-5302
Fax (618) 457-3283
www.explorecarbondale.com

April 29, 2025

Liam R. Harrell
Associate counsel
American Center for Law & Justice
201 Maryland Avenue
Washington, DC 20002

Dear Mr. Harrell:

My office is in receipt of your April 22, 2025 letter received on April 25, 2025, demanding assurances that your client can conduct certain activity. As my office represents the City, I am unable to provide any letter of support to his activities. Attached are the current ordinances in effect.

If you have any questions or concerns, please feel free to contact my office.

Sincerely;

Lenoard Snyder

# Exhibit 8


CHERRY-HILL
REALTY, INC.
MANAGING AGENT
618-457-8177
2150 W. MAIN STREET
CARBONDALE, IL 62901
WESTOWN
CENTER
FISH
FRY
MURPHYSBORO
KNIGHTS OF COLUMBUS
DAY 4:00 - 7:00



# Exhibit 9

CHERRY-HILL
REALTY, INC.
MANAGING AGENT
618-457-8177
2150 W. MAIN STREET
CARBONDALE, IL 62901
WESTOWN
CENTER
FISH FRY



# Exhibit 10

EXTERIOR CLEANING
Professionals
HOUSE
ROOF
GUTTER
618.967.0355
First Southern Bank
ATM
40

# Exhibit 11

BIKE ROUTE
STOP
100
southern illinois
Irish festival
THIS WEEKEND
EVERGREEN PARK
CARBONDALE

Exhibit 12

BIKE ROUTE
100
STOP
southern illinois
irish festival
THIS WEEKEND
EVERGREEN PARK
CARBONDALE

