

# Business Entity Search

## Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | CHRIST CHURCH OF CARBONDALE | | |
| **File Number** | 70379406 | **Status** | ACTIVE |
| **Entity Type** | CORPORATION | **Type of Corp** | NOT-FOR-PROFIT |
| **Incorporation Date (Domestic)** | 10-07-2015 | **State** | ILLINOIS |
| **Duration Date** | PERPETUAL | | |
| **Annual Report Filing Date** | 11-12-2024 | **Annual Report Year** | 2024 |
| **Agent Information** | JARED SPARKS 709 1/2 S GIANT CITY RD CARBONDALE ,IL 62902-5054 | **Agent Change Date** | 05-02-2023 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Purchase Master Entity Certificate of Good Standing

Change of Registered Agent and/or Registered Office

Adopting Assumed Name