
 

The chief is correct

Ok thanks

RCS chat with Mark

Wednesday, Apr 16 • 11:46 AM



11:46 AM ✓✓

⊕  RCS m…   ☺   🖼   ⦿

I spoke and called it at 0910.

Ok, i will tell Joe.

Wednesday, Apr 16 • 11:50 AM



How is it going

12:06 PM

**John Lenzini**

> Stan is heading that way after he checks on fire at high rise

Ok

Wednesday, Apr 16 • 12:38 PM

> The guy finally pulled his signs and we did not issue a citation.

ticket book or ask for pd to bring you one

Ok

15.4.10.8A

Thx

Not cooperating so I called CPD for an officer

Ok can Pd do it I have no ticket book

Can you send me its number

Ordinance number

Have bns bring out ticket book or ask for pd to bring you one

  

Being belligerent

Is it coalitionnlife? Issue citations for violating sign code

Ok can Pd do it I have no ticket book

Can you send me its number

Ordinance number












← J John Lenzini 📞 ⋮



Refusing to pull signs

Pull them

Being bel⬇erent

⊕ Text m... ☺ 🖼 ◦|¦|◦

||| ○ ⟨ 🧍



snowed up. Hearing officer and I spoke and called it at 0910.

Ok, i will tell Joe.

Wednesday, Apr 16 • 11:50 AM



How is it going

12:06 PM

⊕ RCS mes…  ☺  🖼️  〰️

Mark Murray

are thinking otherwise

The chief is correct

Ok thanks

RCS chat with Mark

Wednesday, Apr 16 • 11:46 AM



11:46 AM

## Phone

**Wednesday, April 16**

| | | |
|---|---|---|
| ↙ | Michelle Snyder (2) | 6:05 PM |
| ↙ | Carbondale City of<br>(618) 549-5302 | 3:15 PM |
| ↙ | Stan Reno (2) | 2:43 PM |
| ↗ | Stan Reno | 11:52 AM |
| ↙ | John Lenzini | 11:51 AM |
| ↙ | Ted LATTAN | 11:48 AM |
| ↗ | Stan Reno | 11:48 AM |
| ↙ | Stan Reno | 11:47 AM |
| ↙ | Mark Murray | 11:45 AM |

Keypad | Recents | Contacts

# Phone

| | | |
|---|---|---|
| 📞 | **Carbondale City of**<br>(618) 549-5302 | 3:15 PM |
| 📞 | **Stan Reno (2)** | 2:43 PM |
| 📞 | **Stan Reno** | 11:52 AM |
| 📞 | **John Lenzini** | 11:51 AM |
| 📞 | **Ted LATTAN** | 11:48 AM |
| 📞 | **Stan Reno** | 11:48 AM |
| 📞 | **Stan Reno** | 11:47 AM |
| 📞 | **Mark Murray** | 11:45 AM |
| 📞 | **Stan Reno** | 11:28 AM |
| 📞 | **Robert Hardi...** | 8:30 AM |

Keypad | Recents | Contacts