


# Carbondale Police Department

## Case Report

**Agency:** Carbondale Police Department  
**Agency #:** IL0390100  
**Print Date/Time:** 05/28/2025 08:15

### General Information

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2025-00016197 | **Reporting Officer:** | 3469 - Tyner, Sam | **Reported Date/Time:** | 04/16/2025 11:26 |
| **Location Formatted:** | 600 N GIANT CITY RD, CARBONDALE, 62901 | **Location Common Name:** | CHOICES CENTER FOR REPRODUCTIVE HEALTH | **County:** | Jackson County |
| **Status:** | Closed | **Status Date:** | 05/02/2025 | **Disposition:** | Closed |
| **Disposition Date:** | 05/02/2025 | **Occurred Incident Type:** | All Others | **Occurred From Date/Time:** | 04/16/2025 11:26 |
| **Scene Processed By:** | | **Significant Event:** | None Apply | **Exceptional Clearance:** | |
| **Exceptional Clearance Date:** | | | | | |

### Offenses

| # | Statute Group | Group Agency | Crime Code | Statute | Description | Offense Date |
|---|---|---|---|---|---|---|
| 1 | State | | 999 - Not Reportable | Misc / Incident | Miscellaneous Incident | 04/16/2025 |

#### Offense #1
#### Offense #1 - General

| | | | | | |
|---|---|---|---|---|---|
| **Offense Date:** | 04/16/2025 | **Offense Status:** | | **Offense Status Date:** | |
| **Location/Scene 1:** | Government/Public Building | **Location/Scene 2:** | | **Clery Location:** | |
| **Bias Motivation:** | Unknown | **Bias Target:** | | **UCR Return A Code:** | |
| **UCR Stolen Property:** | | **Attempt/Commit:** | Completed | | |
| **Submit Offense:** | Yes | **Counts:** | 1 | **NCIC Code:** | |
| **Statute/Violation:** | | Misc / Incident | | **School Incident:** | No |
| **Statute Group:** | State | **Statute Type:** | State | **Statute Crime Code:** | 999 - Not Reportable |
| **Statute Description:** | Miscellaneous Incident | | | **Statute Sub-Type:** | Civil |

#### Offense #1 - Weapons
#### Offense #1 - Assault/Homicide

### Subjects

| Number | Type | Name | Address | Contact Information | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|

### Properties

| # | Date | Type | Property Loss Type | Description | Name | Subject Role |
|---|---|---|---|---|---|---|

### Vehicles

### Contributing Officers

| | | | | | |
|---|---|---|---|---|---|
| **Officer:** | 3015 - Murray, Mark | **Supervisor:** | 3015 - Murray, Mark | **Report Date/Time:** | 05/01/2025 16:13 |
| **Report Type:** | Supplement | **Approving User:** | Kelsie Hand | | |
| **Officer:** | 3469 - Tyner, Sam | **Supervisor:** | 3015 - Murray, Mark | **Report Date/Time:** | 05/02/2025 09:39 |
| **Report Type:** | Primary | **Approving User:** | Kelsie Hand | | |
| **Officer:** | 3046 - Lattan, Theodore | **Supervisor:** | 3046 - Lattan, Theodore | **Report Date/Time:** | 05/27/2025 10:47 |
| **Report Type:** | Supplement | **Approving User:** | Gurine Billinger | | |

Login Id: gbillinger

DEF EX 1

Page 1 of 6




# Carbondale Police Department

## Case Report

**Agency:** Carbondale Police Department  
**Agency #:** IL0390100  
**Print Date/Time:** 05/28/2025 08:15

| Associated Arrest Records |
| --- |
| Report Narratives |

**Name:** Narrative  **Author:** 3469 - Tyner, Sam  **Supervisor:** 3015 - Murray, Mark  **Date Created:** 05/01/2025 15:35  
**Description:**

Carbondale Police Department

Case #2025-00016197

Miscellaneous Incident

04/16/2025

      On 04/16/2025 at 1139 hours I, Officer S. Tyner, was dispatched to 600 N. Giant City Road (Choices) in regards to protestors placing signs on the City easement.

      Upon arriving I met with BNS Supervisor, John Lenzini, he informed me he had been sent to the location to enforce a city ordinance violation. He told me he had engaged with the protestors and stated two of them had complied with his request to remove the signs. Lenzini said two of the protestors, identified as Brandon and Jared were disagreeing that the signs were a violation of the ordinance. I briefly spoke to both Brandon and Jared and informed them Sgt. M. Murray was responding to the scene.

      Once Sgt. Murray arrived on scene, he contacted City Attorney, Jamie Snyder. Sgt. Murray explained the situation to Snyder and he informed Sgt. Murray which ordinances were being violated. Snyder sent Sgt. Murray a copy of the ordinance that he said was being violated. Sgt. Murray then showed the section to Brandon but he continued to disagree that the signs were in violation. Brandon was informed that he could remove the signs from the City property. He was informed that he could carry the signs and continue to protest the establishment. Brandon was asked several times to remove the signs to avoid facing enforcement action. Sgt. Murray took photographs of the signs to be uploaded to Axon.




# Carbondale Police Department

## Case Report

**Agency:** Carbondale Police Department  
**Agency #:** IL0390100  
**Print Date/Time:** 05/28/2025 08:15

Lt. Lattan arrived on scene and also spoke to both Brandon and Jared. A short time later, Brandon contacted his attorney. After ending the conversation, Brandon removed the signs in question and all officers left the area. I have nothing further to report.

Officer S. Tyner #3469

\*\*\*Evidence Summary\*\*\*

( ) I did not collect any physical or digital evidence in the course of the events described above.

( X ) Body-worn camera evidence was created during events described above. I ensured that it was categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) In-car video evidence was created during events described above. I ensured that it was categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) I collected crime scene photos and/or videos during events described above and ensured that they were categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) I collected video from closed-circuit Carbondale Police Department cameras during events described above and ensured that they were categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) I secured the physical evidence during events described above and submitted it into evidence pursuant to Carbondale Police Department policy and procedures. The evidence is listed below:

 

# Carbondale Police Department

## Case Report

**Agency:** Carbondale Police Department
**Agency #:** IL0390100

**Print Date/Time:** 05/28/2025 08:15

---

| | | | |
|---|---|---|---|
| **Name:** Narrative | **Author:** 3015 - Murray, Mark | **Supervisor:** 3015 - Murray, Mark | **Date Created:** 05/01/2025 16:13 |

**Description:**

2025-00016197

Incident

04-16-25   1139 Hours

     On 04-16-25 at about 1139 hours, I (Sgt. Murray) responded to Choices, 600 N. Giant City Rd. for protesters posting signs on the easement.  I arrived and spoke to Ptl. Tyner about what he had learned prior to my arrival.  A male protester (Brandon) posted some signs on the easement and refused to move them.  BNS Supervisor John Lenzini was also present at the scene.  The ordinance prohibiting signs on City property was explained to Brandon and the other male with him (Jared).

     I spoke to both individuals and explained what the City ordinance prohibits.  Brandon believed that his sign placement or actions were allowed under a separate provision of a City ordinance he believed contradicted the prohibition.  I called the City Attorney, Jamie Snyder, for guidance.  Mr. Snyder explained the ordinance to me and sent a copy of the ordinance prohibiting such actions.  Signs are allowed to be carried on your person but not placed on/in City property.  I showed it to Brandon and allowed him to read/photograph what I received.

     Lt. Lattan came to the scene.  After speaking to both Brandon and Jared for several minutes, the ultimatum was given by all City employees present that the signs needed to be removed or a citation would be issued.  These warnings occurred multiple times throughout the encounter.  Brandon contacted his attorney by phone.  His attorney advised him to remove the signs to avoid being cited/arrested.  He agreed to remove the signs.  I photographed the signs and later uploaded them to Axon.

I viewed some of my body worn camera footage prior to writing this report two week later.

Nothing further at this time.

M Murray C3015

***Evidence Summary***




# Carbondale Police Department

## Case Report

**Agency:** Carbondale Police Department  
**Agency #:** IL0390100  

**Print Date/Time:** 05/28/2025 08:15

( ) I did not collect any physical or digital evidence in the course of the events described above.

( x ) **Body-worn camera** evidence was created during events described above. I ensured that it was categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) **In-car video** evidence was created during events described above. I ensured that it was categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( x ) I collected **crime scene photos and/or videos** during events described above and ensured that they were categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) I collected video from **closed-circuit Carbondale Police Department cameras** during events described above and ensured that they were categorized and case numbered (if applicable) and uploaded into the authorized secure digital evidence platform.

( ) I secured the **physical evidence** during events described above and submitted it into evidence pursuant to Carbondale Police Department policy and procedures. The evidence is listed below:




# Carbondale Police Department

## Case Report

**Agency:** Carbondale Police Department  **Print Date/Time:** 05/28/2025 08:15
**Agency #:** IL0390100

---

**Name:** Narrative  **Author:** 3046 - Lattan, Theodore  **Supervisor:** 3046 - Lattan, Theodore  **Date Created:** 05/27/2025 10:46
**Description:**

25-00016197

Misc. Incident

5/23/2025

Lt. T. Lattan

    On 5-16-2025 at around 1203 hrs. I, Lt. Lattan, responded to 600 N. Giant City Rd. (Choices) in reference to protestors posting signage on public property (easement).  I arrived and met with Sgt. M. Murray, Ptlm. S. Tyner and Community Development Manager John Lenzini.

    Both Sgt. Murray and I had previously spoken with City Attorney (CA) Jamie Snyder who explained city ordinance prohibits individuals from posting or erecting signs on property belonging to the city.

    I spoke with two white male's who said their names were Brandon and Jared.  I explained to them the city ordinance as it was explained to me by CA Snyder.  I explained I preferred voluntary compliance by removal the signs from the ground as opposed to taking enforcement action by way of issuing a city ordinance citation.

    Brandon requested I speak on the phone with an unidentified female who stated she was acting in the capacity as his attorney.  I explained to her if we were to receive voluntary compliance, I did not see a reason for a citation to be issued.  The unidentified female told me she was advising Jared to remove the signs from the ground.  I provided her my named and employee identification number at her request.

    The signs were removed from the ground and I left the scene.

    I have nothing further to report at this time.

# Call For Service Detail Report - CFS 472

| Address | 600 N GIANT CITY RD, CARBONDALE | | | | |
|---|---|---|---|---|---|
| Common Name | CHOICES CENTER FOR REPRODUCTIVE HEALTH | | | | |
| Custom Layer | | Census Tract | | | |
| Beat | CPD20 | Quadrant | CFD | District | JCAS 1 |
| Caller Name | | Caller Phone | | Call Taker | iryan |
| Create Date | 4/16/2025 11:26:59 AM | Clear Date | 4/16/2025 12:24:07 PM | Nature Of Call | |

## Call Details

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Assist Agency - Other Agency | In Progress | Medium | iryan | 4/16/2025 11:26:59 AM |

## Call Narrative

**\*\*\* 4/16/2025 \*\*\***

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 11:27:16 AM | JOHN LENZINI AT CHOICES PER 102 | Ryan,Isabella | | DISPATCH-2 |

## EMD Narrative

| Time | Description | User |
|---|---|---|

## Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

## Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

## Call Dispositions

| Name | Count |
|---|---|
| No Report | 1 |

## Unit Dispositions

| Name | Count | Unit Number | Disposition Date |
|---|---|---|---|

## Call Log

**\*\*\* 4/16/2025 \*\*\***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 11:26:59 AM | Incident Created | Added Incident Number, ORI: IL0390100, Number: 2025-00016197 | Isabella Ryan | |

| Time | Action | Description | | Name | Machine |
|---|---|---|---|---|---|
| 11:26:59 AM | Call Created | New call created. Call Type: <New Call>, Location: <UNKNOWN> | | Isabella Ryan | DISPATCH-2 |
| 11:27:16 AM | Narrative Added | JOHN LENZINI AT CHOICES PER 102 | | Isabella Ryan | DISPATCH-2 |
| 11:27:22 AM | Address Verified | Call Location Changed from Unverified To Verified | | Isabella Ryan | DISPATCH-2 |
| 11:27:22 AM | Location | Call Location Changed from <UNKNOWN> to 600 N GIANT CITY RD, CARBONDALE (CHOICES CENTER FOR REPRODUCTIVE HEALTH) | | Isabella Ryan | DISPATCH-2 |
| 11:27:22 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 600 N GIANT CITY RD | | CAD System | TEPSCADPRD |
| 11:27:23 AM | Location | Cross streets updated, EDNA CT / KENNETH RD | | Isabella Ryan | DISPATCH-2 |
| 11:27:34 AM | Call Assigned | Added Police Dispatch Position CARBON 1 | | Isabella Ryan | DISPATCH-2 |
| 11:27:34 AM | Agency Context Added | Police Call Type Added. Call Type: Assist Agency - Other Agency, Status: In Progress, Priority: Medium | | Isabella Ryan | DISPATCH-2 |
| 11:27:34 AM | Call Assigned | Added Police Area Position CARBON 1 | | CAD System | DISPATCH-2 |
| 11:27:57 AM | Unit Location | Unit 418 Secondary Location: Secondary Location Cleared | | Isabella Ryan | DISPATCH-2 |
| 11:27:57 AM | Unit Status Action | Unit 418 Dispatched | | Isabella Ryan | DISPATCH-2 |
| 11:27:57 AM | Call Ready for Dispatch | Call marked ready for dispatch | | Isabella Ryan | DISPATCH-2 |
| 11:28:03 AM | Unit Location | Unit 305 Secondary Location: Secondary Location Cleared | | Isabella Ryan | DISPATCH-2 |
| 11:28:03 AM | Unit Status Action | Unit 305 Dispatched | | Isabella Ryan | DISPATCH-2 |
| 11:32:39 AM | Unit Status Action | Unit 418 Arrived | | Isabella Ryan | DISPATCH-2 |
| 12:14:07 PM | Unit Status Action | Unit 305 Arrived | | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Disposition Changed | Added: No Report Count 1 | | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Unit Status Action | Unit 418 Available | | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Unit Status Action | Unit 305 Available | | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Call Cleared | Close Call | | Isabella Ryan | DISPATCH-2 |

## Unit Log

*** 4/16/2025 ***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 11:27:57 AM | Unit Location | Secondary Location Cleared | 418 | Dispatched | Isabella Ryan | DISPATCH-2 |
| 11:27:57 AM | Unit Status Change | Dispatched Call Number: 472, Assigned Location: 600 N GIANT CITY RD, CARBONDALE, Call Type: Assist Agency - Other Agency | 418 | Dispatched | Isabella Ryan | DISPATCH-2 |
| 11:28:03 AM | Unit Location | Secondary Location Cleared | 305 | Dispatched | Isabella Ryan | DISPATCH-2 |
| 11:28:03 AM | Unit Status Change | Dispatched Call Number: 472, Assigned Location: 600 N GIANT CITY RD, CARBONDALE, Call Type: Assist Agency - Other Agency | 305 | Dispatched | Isabella Ryan | DISPATCH-2 |
| 11:32:39 AM | Unit Status Change | Arrived | 418 | Arrived | Isabella Ryan | DISPATCH-2 |
| 11:32:39 AM | Unit Location | 600 N GIANT CITY RD, CARBONDALE | 418 | Arrived | Isabella Ryan | DISPATCH-2 |
| 12:14:07 PM | Unit Status Change | Arrived | 305 | Arrived | Isabella Ryan | DISPATCH-2 |
| 12:14:07 PM | Unit Location | 600 N GIANT CITY RD, CARBONDALE | 305 | Arrived | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Unit Status Change | Available | 418 | Available | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Unit Cleared | Unit Cleared From Call | 418 | Available | Isabella Ryan | DISPATCH-2 |
| 12:24:07 PM | Unit Status Change | Available | 305 | Available | Isabella Ryan | DISPATCH-2 |

| 12:24:07 PM | Unit Cleared | Unit Cleared From Call | 305 | Available | Isabella Ryan | DISPATCH-2 |

## Incidents

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2025-00016197 | IL0390100: Carbondale Police Department | Assist Agency |

## Units

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| 305 | 305 | 3015 Murray | IL0390100: Carbondale Police Department |
| 418 | 418 | 3469 Tyner | IL0390100: Carbondale Police Department |

## Attachments

| File Name | File Description | Attached By |
|---|---|---|