



DEF EX 9