

PLANNING SERVICES DIVISION
SIGN PERMIT

| | |
|---|---|
| PERMIT: | 19-11 |
| PARCEL: | 15-21-181-019 |
| DATE: | 6/12/2018 |

| # | Field | Value | | Value |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | R-3 High Density Residential | | Residential Sign |
| 2 | BUSINESS NAME: | Presbyterian Preschool | | |
| 3 | SIGN ADDRESS: | 309 West Walnut Street | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE: | Temporary Sign | | |
| 6 | SIGN OWNER: | Presbyterian Preschool | | |
| 7 | ADDRESS: | 309 West Walnut Street | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | 0 | | |
| | ADDRESS: | 0 | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
| | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | | No | |
| 16 | SIGN HEIGHT(FT): | 2.00' | SIGN LENGTH(FT): | 7.00' |
| | SIGN HEIGHT(IN): | 0.00" | SIGN LENGTH(IN): | 6.00" |
| | PROP. SIGN AREA: | 15.00 ft2 | | |
| | ALLOWED SIGN AREA: | 17.00 ft2 | EXISTING SIGN SQUARE FEET: | 15.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | | 2.00' | |
| 18 | GROUND TO TOP OF SIGN: | | 4.00' | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | | | |
| | Temporary Banner permit valid for 30 calendar days, starting June 12, 2018 | | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: _Kimbaly Brewer_ (signature)

CITY STAFF REVIEW:

| | |
|---|---|
| DATE: | 6/12/2018 |
| FEE: | $5.00 |
| APPROVED BY: | Megtan Brightharp |
| DENIED BY: | |
| REASON: | |

DEF EX 10



**CARBONDALE**
All Ways Open

PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 20-08
PARCEL: 15-21-181-019
DATE: 5/23/2019

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | R-3 High Density Residential | | Residential Sign |
| 2 | BUSINESS NAME: | Presbyterian Preschool | | |
| 3 | SIGN ADDRESS: | 309 West Walnut Street | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE: | Schools, Government Buildings, Churches, Public Auditoriums | | |
| 6 | SIGN OWNER: | Presbyterian Preschool | | |
| 7 | ADDRESS: | 309 West Walnut Street | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | 0 | | |
|   | ADDRESS: | 0 | | |
| 9 | BUSINESS SQ. FT.: |  | CENTERLINE OF STREET DISTANCE: |  |
|   | MAX SURFACE AREA: | 50.00 ft2 | LINEAR FRONTAGE (BPR ONLY): |  |
| 10 | NUMBER OF UNITS: | 0 | BUILDING FRONTAGE: | 0.00' |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): |  |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 2.00' | SIGN LENGTH(FT): | 7.50' |
|   | SIGN HEIGHT(IN): | 0.00" | SIGN LENGTH(IN): | 0.00" |
|   | PROP. SIGN AREA: | 15.00 ft2 | | |
|   | ALLOWED SIGN AREA: | 50.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | 2.00' | | |
| 18 | GROUND TO TOP OF SIGN: | 4.00' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | | | |

Temp Banner. Good for 30 days from date issued.

20 CONDITIONS OF APPROVAL: Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: *Kimberly Tyra* (signature)

CITY STAFF REVIEW:
DATE: 5/23/2019    FEE: $5.00
APPROVED BY: Megan Brightharp
DENIED BY:    REASON:



PLANNING SERVICES DIVISION
SIGN PERMIT

| | |
|---|---|
| PERMIT: | 21-20 |
| PARCEL: | 15-21-181-019 |
| DATE: | 8/26/2020 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | R-3 High Density Residential | | Residential Sign |
| 2 | BUSINESS NAME: | Presbyterian Preschool | | |
| 3 | SIGN ADDRESS: | 309 W. Walnut St. | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 | SIGN OWNER: | Presbyterian Preschool | | |
| 7 | ADDRESS: | 309 W. Walnut St. | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | 0 | | |
|  | ADDRESS: | 0 | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|  | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 2.00' | SIGN LENGTH(FT): | 7.00' |
|  | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 6.00'' |
|  | PROP. SIGN AREA: | 15.00 ft2 | | |
|  | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | 2.00' | | |
| 18 | GROUND TO TOP OF SIGN: | 4.00' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | Temporary sign permit valid for 30 calendar days, beginning August 27, 2020 | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: 

CITY STAFF REVIEW:

| | | | |
|---|---|---|---|
| DATE: | 8/26/2020 | FEE: | $5.00 |
| APPROVED BY: | | Molly Maxwell | |
| DENIED BY: | | REASON: | |



**CARBONDALE**
All Ways Open

PLANNING SERVICES DIVISION
SIGN PERMIT

PERMIT: 21-28 ~~21-50~~ MB
PARCEL: Various
DATE: 8/28/2020

| # | Field | Value | Field | Value |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | SB, Secondary Business | | Commercial Sign |
| 2 | BUSINESS NAME: | For Kids' Sake | | |
| 3 | SIGN ADDRESS: | Various | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | One-Two Sided Commercial Sign | | |
| 6 | SIGN OWNER: | For Kids' Sake | | |
| 7 | ADDRESS: | 100 East Jackson St., Suite C | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | 0 | | |
|   | ADDRESS: | 0 | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 150.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 3.00' | SIGN LENGTH(FT): | 10.00' |
|   | SIGN HEIGHT(IN): | 0.00" | SIGN LENGTH(IN): | 0.00" |
|   | PROP. SIGN AREA: | 30.00 ft2 | | |
|   | ALLOWED SIGN AREA: | 150.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | | | 15.00' |
| 18 | GROUND TO TOP OF SIGN: | | | 21.00' |

19 DESCRIPTION OF PROPOSED SIGN:
Various signs for the For Kids' Sake Super Hero 5K. To be removed no more than 7 days after the event.

20 CONDITIONS OF APPROVAL:
Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements.

APPLICANTS SIGNATURE: _[signature]_

CITY STAFF REVIEW:
DATE: 8/28/2020   FEE: $5.00
APPROVED BY: Megan Brightharp
DENIED BY:   REASON:



PLANNING SERVICES DIVISION
SIGN PERMIT

| | |
|---|---|
| PERMIT: | 21-51 |
| PARCEL: | 15-21-181-019 |
| DATE: | 3/16/2021 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | R-3 High Density Residential | | Residential Sign |
| 2 | BUSINESS NAME: | Presbyterian Preschool | | |
| 3 | SIGN ADDRESS: | 309 W Walnut St | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 | SIGN OWNER: | Presbyterian Preschool | | |
| 7 | ADDRESS: | 309 W Walnut St | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | NA | | |
| | ADDRESS: | NA | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
| | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 2.00' | SIGN LENGTH(FT): | 7.50' |
| | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
| | PROP. SIGN AREA: | 15.00 ft2 | | |
| | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | | 2.00' | |
| 18 | GROUND TO TOP OF SIGN: | | 4.00' | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | Real Estate Sign, at least 20 feet back from curb line | | |
| | | Temporary Banner - good until 4/16/2021 | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE:

CITY STAFF REVIEW:

| | |
|---|---|
| DATE: | 3/16/2021 |
| FEE: | $5.00 |
| APPROVED BY: | Molly Maxwell |
| DENIED BY: | |
| REASON: | |



## PLANNING SERVICES DIVISION
## SIGN PERMIT

| | |
|---|---|
| PERMIT: | 23-57 |
| PARCEL: | 15-21-409-017 |
| DATE: | 3/29/2023 |

| # | Field | Value | | Extra |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | BPR, Primary Business | | Commercial Sign |
| 2 | BUSINESS NAME: | Carbondale Community Arts | | |
| 3 | SIGN ADDRESS: | 607 S Illinois Ave | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE: | Temporary Sign | | |
| 6 | SIGN OWNER: | Carolyn Deane | | |
| 7 | ADDRESS: | info@artspace304.org | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | n/a | | |
| | ADDRESS: | n/a | | |
| 9 | BUSINESS SQ. FT.: | 2000.00 ft2 | CENTERLINE OF STREET DISTANCE: | 31.00' |
| | MAX SURFACE AREA: | n/a | LINEAR FRONTAGE (BPR ONLY): | 69.00 ft2 |
| 10 | NUMBER OF UNITS: | 0 | BUILDING FRONTAGE: | 69.00' |
| 11 | ENTERPRISE ZONE: | Yes | MAX SURFACE AREA (BPR ONLY): | 69.00 ft2 |
| 12 | FREESTANDING SIGN: | No | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | N/A |
| 14 | ROTATING SIGN: | No | WHAT RPM: | N/A |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | | No | |
| 16 | SIGN HEIGHT(FT): | 4.00' / 0.00' | SIGN LENGTH(FT): | 8.00' / 0.00' |
| | SIGN HEIGHT(IN): | 0.00'' / 0.00'' | SIGN LENGTH(IN): | 0.00'' / 0.00'' |
| | PROP. SIGN AREA: | 28.00 ft2 | | |
| | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | n/a |
| 17 | GROUND TO BOTTOM OF SIGN: | 0.00' | | |
| 18 | GROUND TO TOP OF SIGN: | 4.00' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | temporary sign, "Coming Fall - Art 607" | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: 

CITY STAFF REVIEW:

| | | | |
|---|---|---|---|
| DATE: | 3/29/2023 | FEE: | $5.00 |
| APPROVED BY: | Sydney Simmerman | | |
| DENIED BY: | | REASON: | |



**CARBONDALE**
All Ways Open

PLANNING SERVICES DIVISION
SIGN PERMIT

| | |
|---|---|
| PERMIT: | 24-04 |
| PARCEL: | 15-21-181-017 |
| DATE: | 5/31/2023 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | R-1-8, Low Density Residential | | Residential Sign |
| 2 | BUSINESS NAME: | Presbyterian Pre School | | |
| 3 | SIGN ADDRESS: | 310 S University Ave | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE: | Schools, Government Buildings, Churches, Public Auditoriums | | |
| 6 | SIGN OWNER: | Kimberly Tyra | | |
| 7 | ADDRESS: | 310 S University Ave | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | 0 | | |
|   | ADDRESS: | 0 | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 50.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | 0 | BUILDING FRONTAGE: | 250.00' |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 4.00' | SIGN LENGTH(FT): | 6.00' |
|   | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
|   | PROP. SIGN AREA: | 24.00 ft2 | | |
|   | ALLOWED SIGN AREA: | 50.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | 0.00' | | |
| 18 | GROUND TO TOP OF SIGN: | 4.00' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | "Now Accepting Applications" | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: _____

CITY STAFF REVIEW:

| | |
|---|---|
| DATE: | 5/31/2023 |
| FEE: | $5.00 |
| APPROVED BY: | Sydney Simmerman |
| DENIED BY: | |
| REASON: | |



# PLANNING SERVICES DIVISION
# SIGN PERMIT

| | |
|---|---|
| PERMIT: | 24-07 |
| PARCEL: | 15-23-354-019&020 |
| DATE: | 6/8/2023 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | AG, General Agriculture | | Commercial Sign |
| 2 | BUSINESS NAME: | Grand Avenue Christian Church | | |
| 3 | SIGN ADDRESS: | 1305 East Grand Ave | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 | SIGN OWNER: | Jerry Kizzire | | |
| 7 | ADDRESS: | 1305 East Grand Ave | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | Natalie Kizzire | | |
|   | ADDRESS: | 1305 E Grand Ave | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 4.00' | SIGN LENGTH(FT): | 8.00' |
|   | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
|   | PROP. SIGN AREA: | 32.00 ft2 | | |
|   | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | 6" | | |
| 18 | GROUND TO TOP OF SIGN: | 4.50' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | "V.B.S at GACC! June 25th-29 6-8:15pm Ages 4-5th Grade" | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE:

CITY STAFF REVIEW:

| | | | |
|---|---|---|---|
| DATE: | 6/8/2023 | FEE: | $5.00 |
| APPROVED BY: | Sydney Simmerman | | |
| DENIED BY: | | REASON: | |



# PLANNING SERVICES DIVISION
# SIGN PERMIT

| | |
|---|---|
| PERMIT: | 25-01 |
| PARCEL: | 15-23-354-019-021 |
| DATE: | 5/13/2024 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | AG, General Agriculture | | Commercial Sign |
| 2 | BUSINESS NAME: | Grand Ave Christian Church | | |
| 3 | SIGN ADDRESS: | 1305 E Grand | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 | SIGN OWNER: | Kelly Sanders | | |
| 7 | ADDRESS: | 1305 E Grand | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | Jacob Sanders | | |
|   | ADDRESS: | N/A | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 4.00' | SIGN LENGTH(FT): | 8.00' |
|   | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
|   | PROP. SIGN AREA: | 32.00 ft2 | | |
|   | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | 6.00' | | |
| 18 | GROUND TO TOP OF SIGN: | 10.00' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | sign to advertise for church Vacation Bible School | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: _____

CITY STAFF REVIEW:

| | | | |
|---|---|---|---|
| DATE: | 5/13/2024 | FEE: | $5.00 |
| APPROVED BY: | Sydney Simmerman | | |
| DENIED BY: | | REASON: | |



# PLANNING SERVICES DIVISION
# SIGN PERMIT

| | |
|---|---|
| PERMIT: | 25-26 |
| PARCEL: | 15-21-211-004 |
| DATE: | 10/10/2024 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | BPR, Primary Business | | Commercial Sign |
| 2 | BUSINESS NAME: | Boys and Girls Club of Southern Illinois | | |
| 3 | SIGN ADDRESS: | 213 W Main St | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE: | One-Two Sided Commercial Sign | | |
| 6 | SIGN OWNER: | Michael Ruiz | | |
| 7 | ADDRESS: | 300 E Main St Suite 4 | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | The Printing Plant | | |
| | ADDRESS: | | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
| | MAX SURFACE AREA: | N/A | LINEAR FRONTAGE (BPR ONLY): | N/A |
| 10 | NUMBER OF UNITS: | N/A | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | Yes | MAX SURFACE AREA (BPR ONLY): | N/A |
| 12 | FREESTANDING SIGN: | No | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | N/A |
| 14 | ROTATING SIGN: | No | WHAT RPM: | N/A |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | | No | |
| 16 | SIGN HEIGHT(FT): | 3.00' | SIGN LENGTH(FT): | 4.00' |
| | SIGN HEIGHT(IN): | | SIGN LENGTH(IN): | 0.00'' |
| | PROP. SIGN AREA: | 12.00 ft2 | | |
| | ALLOWED SIGN AREA: | N/A | EXISTING SIGN SQUARE FEET: | N/A |
| 17 | GROUND TO BOTTOM OF SIGN: | | 3.00' | |
| 18 | GROUND TO TOP OF SIGN: | | 6.00' | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | "Coming Soon Boys and Girls Club of Southern Illinois Carbondale Location" temp sign | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE:

CITY STAFF REVIEW:

| | | | |
|---|---|---|---|
| DATE: | 10/10/2024 | FEE: | NA - EZ |
| APPROVED BY: | | Sydney Simmerman | |
| DENIED BY: | | REASON: | |



**PLANNING SERVICES DIVISION**
**SIGN PERMIT**

| | |
|---|---|
| PERMIT: | 25-31 |
| PARCEL: | 15-23-354-019/020 |
| DATE: | 10/18/2024 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | AG, General Agriculture | | Commercial Sign |
| 2 | BUSINESS NAME: | Grand Avenue Christian Church | | |
| 3 | SIGN ADDRESS: | 1305 E Grand Ave | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | One-Two Sided Commercial Sign | | |
| 6 | SIGN OWNER: | Greg Sanders | | |
| 7 | ADDRESS: | 1305 E Grand Ave | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | Greg Sanders | | |
|   | ADDRESS: | N/A | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 150.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | No | | |
| 16 | SIGN HEIGHT(FT): | 4.00' | SIGN LENGTH(FT): | 8.00' |
|    | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
|    | PROP. SIGN AREA: | 32.00 ft2 | | |
|    | ALLOWED SIGN AREA: | 150.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | 0.83' | | |
| 18 | GROUND TO TOP OF SIGN: | 4.83' | | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | temporary sign inviting community members to church "Trunk or Treat" event | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code. Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: 

CITY STAFF REVIEW:

| | |
|---|---|
| DATE: | 10/18/2024 |
| FEE: | $5.00 |
| APPROVED BY: | Sydney Simmerman |
| DENIED BY: | |
| REASON: | |



## PLANNING SERVICES DIVISION
## SIGN PERMIT

| | |
|---|---|
| PERMIT: | 25-50 |
| PARCEL: | 15-23-354-020 |
| DATE: | 3/18/2025 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | AG, General Agriculture | | Commercial Sign |
| 2 | BUSINESS NAME: | Grand Avenue Christian Church | | |
| 3 | SIGN ADDRESS: | 1305 E Grand Ave | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 | SIGN OWNER: | Greg Sanders | | |
| 7 | ADDRESS: | immredy@yahoo.com | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | Greg Sanders | | |
|   | ADDRESS: | 1305 E Grand Ave | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | | No | |
| 16 | SIGN HEIGHT(FT): | 4.00' | SIGN LENGTH(FT): | 8.00' |
|   | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
|   | PROP. SIGN AREA: | 32.00 ft2 | | |
|   | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | | 0.75' | |
| 18 | GROUND TO TOP OF SIGN: | | 4.75' | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | sign advertising for Easter weekend events at Grand Ave. Church | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: _____

CITY STAFF REVIEW:

| | | | |
|---|---|---|---|
| DATE: | 3/18/2025 | FEE: | $5.00 |
| APPROVED BY: | | Sydney Simmerman | |
| DENIED BY: | | REASON: | |



# PLANNING SERVICES DIVISION
# SIGN PERMIT

| | |
|---|---|
| PERMIT: | 26-02 |
| PARCEL: | 15-23-354-020 |
| DATE: | 5/20/2025 |

| # | Field | Value | | |
|---|---|---|---|---|
| 1 | ZONING DISTRICT: | AG, General Agriculture | | Commercial Sign |
| 2 | BUSINESS NAME: | Grand Avenue Christian Church | | |
| 3 | SIGN ADDRESS: | 1305 E Grand Ave. | | |
| 4 | APPLICATION TYPE: | Temporary Sign | | |
| 5 | LAND USE/SIGN TYPE | Temporary Sign | | |
| 6 | SIGN OWNER: | Greg Sanders | | |
| 7 | ADDRESS: | 1305 E Grand Ave. | | |
| 8 | SIGN CONTRACTOR AND/OR ERECTOR: | Greg Sanders | | |
|   | ADDRESS: | 1305 E Grand Ave. | | |
| 9 | BUSINESS SQ. FT.: | | CENTERLINE OF STREET DISTANCE: | |
|   | MAX SURFACE AREA: | 32.00 ft2 | LINEAR FRONTAGE (BPR ONLY): | |
| 10 | NUMBER OF UNITS: | | BUILDING FRONTAGE: | |
| 11 | ENTERPRISE ZONE: | No | MAX SURFACE AREA (BPR ONLY): | 50 |
| 12 | FREESTANDING SIGN: | Yes | ILLUMINATED SIGN: | No |
| 13 | ILLUMINATION CHANGES: | No | HOW OFTEN: | 0 |
| 14 | ROTATING SIGN: | No | WHAT RPM: | 0 |
| 15 | WILL THE SIGN SUSPEND OVER PUBLIC RIGHT-OF-WAY: | | No | |
| 16 | SIGN HEIGHT(FT): | 4.00' | SIGN LENGTH(FT): | 8.00' |
|    | SIGN HEIGHT(IN): | 0.00'' | SIGN LENGTH(IN): | 0.00'' |
|    | PROP. SIGN AREA: | 32.00 ft2 | | |
|    | ALLOWED SIGN AREA: | 32.00 ft2 | EXISTING SIGN SQUARE FEET: | 0.00 ft2 |
| 17 | GROUND TO BOTTOM OF SIGN: | | 0.75' | |
| 18 | GROUND TO TOP OF SIGN: | | 4.75' | |
| 19 | DESCRIPTION OF PROPOSED SIGN: | Vacation Bible School temporary sign | | |
| 20 | CONDITIONS OF APPROVAL: | Signs shall be erected entirely on private property. Signs shall conform to Section 15-4-10 of the Carbondale Revised Code.  Signs shall meet all setback requirements. | | |

APPLICANTS SIGNATURE: 

CITY STAFF REVIEW:

| | |
|---|---|
| DATE: | 5/20/2025 |
| FEE: | $5.00 |
| APPROVED BY: | Sydney Simmerman |
| DENIED BY: | |
| REASON: | |