**15.4.10: SIGNS:**

**15.4.10.1: APPLICABILITY:**

   A.  This section, which regulates signs, shall extend to all real property located within the corporate city limits of Carbondale, Illinois, and within one and one-half ($1^1/_2$) miles thereof as shown on the official zoning map.

   B.  Any sign permitted by this section for any purpose may bear a noncommercial message, regardless of the fact that the sign may be identified by a name that suggests a specific message; for example, a sign conforming to the requirements for a "real estate sign" may also or alternatively bear a noncommercial message. (Ord. 2013-20)

**15.4.10.2: STATEMENT OF PURPOSE:**

These sign regulations are adopted for the following purposes:

   A.  To preserve, protect and promote the public safety on city streets by limiting the unnecessary distraction of the motorist caused by signs.

   B.  To protect the general public from damage and injury which may be caused by the faulty and uncontrolled construction and use of signs within the city.

   C.  To create a fair and balanced system of sign regulations recognizing both the needs of the business community and the desires of the citizenry for a reduction of sign confusion.

   D.  To preserve and protect the property values of the city's residential neighborhoods by protecting these areas' visual character from the blighting effects of uncontrolled signs. (Ord. 2013-20)

**15.4.10.3: PROHIBITED SIGNS:**

The following signs are prohibited:

   A.  Off premises signs;

   B.  Pennants, propellers, paddle wheels, streamers, spinners, or other attraction devices designed to be set in motion by the wind or motorized, except as permitted in section 15.4.10.9, "Special Signs Permitted", of this chapter;

   C.  Festoon lights;

   D.  Moving signs except as permitted by section 15.4.10.6, "Nonresidential Regulations", of this chapter;

   E.  Flashing signs, except as allowed in Non-residential Districts, by §15.4.10.6 H. and § 15.4.10.7 L. ;

   F.  Signs with bare bulb illumination exceeding the equivalent amount of lumens emitted by a twenty five (25) watt incandescent bulb;

   G.  Temporary signs, except as allowed by section 15.4.10.8 of this chapter;

   H.  Portable signs except as permitted in section 15.4.10.9, "Special Signs Permitted", of this chapter; and

   I.  Any sign attached to, or placed on, a vehicle or trailer parked on public or private property, except for signs meeting the following conditions:

      1.  The primary purpose of such vehicle or trailer is not the display of signs.

      2.  Signs painted on or magnetically affixed to vehicles that do not contain changeable letters or copy; and signs otherwise attached to vehicles that do not contain changeable letters or changeable copy.

      3.  The vehicle or trailer is in operating condition, currently registered and licensed to operate on public streets, and actively used or available for use in the daily function of the business.

(Ord. 2023-31; Ord. 2013-20)

**15.4.10.4: ILLUMINATION:**

All signs except those for one-, two-, three-, and four-unit dwellings and for home occupations may be illuminated provided that the illuminations conforms to the following restrictions:

   A.  The light source, including the interior of a building shall be so shaded, shielded, or directed so that the light intensity or brightness shall not adversely affect surrounding or facing premises.

   B.  The light shall not adversely affect the safe vision of operators of vehicles.

   C.  Light shall not shine on or into neighboring residential structures. (Ord. 2013-20)

**15.4.10.5: RESIDENTIAL REGULATIONS:**

This section regulates all signs erected in all areas within the city zoned RR, R-1, R-1-D, R-2, R-3, RMH, PUD, NB, PA, and PAR.

   A.  Location Of Signs: Signs may be erected on private property subject to the following restrictions:

1. Permanent freestanding signs are not permitted for one-, two-, three-, and four-unit dwellings.

2. Signs for home occupations and vacation rental units must be architectural signs.

3. All freestanding signs must either have twenty feet (20') of setback from the street curb line (extended vertically), or have at least eight feet (8') of clearance between the base of the sign and the ground.

4. No part of any freestanding or building sign may be erected so as to suspend over or otherwise encroach upon any public right of way.

5. No sign may be erected on the roof of any structure, or be erected on the building facade so that any portion of the sign exceeds the height of the facade.

6. See section 15.4.10.8 of this chapter for temporary signs allowed and section 15.4.10.9 of this chapter for special signs, some of which are allowed in residential districts under specified circumstances.

B. Height Of Signs:

1. For fraternities and sororities, a freestanding sign may be erected to the height of six feet (6') above the ground.

2. Freestanding signs for residential uses containing five (5) or more dwelling units and all other uses may be erected to the height of twelve feet (12') above the ground.

3. Architectural signs may be erected to a maximum height of twelve feet (12') from the ground or the maximum height of the building facade to which they are attached, whichever is greater.

C. Sign Area:

1. For lawful home occupations and vacation rental units: Two (2) square feet.

2. For schools, government buildings, churches and public auditoriums: Fifty (50) square feet.

3. For multi-unit dwelling developments and mobile home parks: One square foot of sign area for each individual dwelling unit (such sign need not be smaller than 12 square feet) and any one sign shall not exceed fifty (50) square feet.

4. For one-, two-, three- or four-unit dwellings: One square foot of sign area for each individual dwelling unit. Such signs shall only contain the name and/or address of the structure. These signs shall contain no leasing or advertising information.

5. For bed and breakfast establishments and inns: Twelve (12) square feet.

6. For fraternities and sororities: Fifty (50) square feet.

7. For home museum: Twelve (12) square feet.

8. Other uses not listed above: One square foot of sign area for each linear foot of building frontage, not to exceed one hundred fifty (150) square feet. (Ord. 2017-03)

D. Animated Signs: Signs in these zones may not move or be animated in any manner.

E. Number Of Signs:

1. Freestanding Signs When Permitted: One per street frontage except as sited below.

2. Street Frontage: In the circumstance where the street frontage for a business on a street exceeds three hundred (300) linear feet, a second freestanding sign may be erected on that street frontage provided that the surface area for the signs complies with the requirements of subsection C of this section and provided further that the two (2) signs are placed at least fifty feet (50') apart. If the business is located on a corner lot or a through lot and has a combined street frontage exceeding three hundred (300) linear feet, a second freestanding sign may only be erected on the second frontage pursuant to this provision.

3. Architectural Signs: There is no limit on the number of architectural signs within the provisions for sign area; see subsection C of this section. (Ord. 2013-20)

**15.4.10.6: NONRESIDENTIAL REGULATIONS:**

This section regulates all signs erected in all areas within the city zoned BPL, SB, BWA, AG, LI, GI, or PAD. (Ord. 2013-31)

A. Location Of Signs: Signs may be erected on private property subject to the following restrictions:

1. All freestanding signs must either have twenty feet (20') of setback from the street curb line (extended vertically), or have at least eight feet (8') of clearance between the base of the sign and the ground;

2. No part of any freestanding or architectural sign may be erected on, or so as to suspend over, or otherwise encroach upon, any public right of way;

3. No freestanding sign may be erected closer than three feet (3') to any street or alley curb line (projected vertically);

4. No architectural sign may project more than six feet (6') from any building facade except as provided below:

   a. Signs painted or mounted flush on a canopy or awning which is located entirely on private property shall not be

subject to the six foot (6') maximum projection restriction.

    b.  Signs on a canopy or awning which is located entirely on private property, other than painted or flush mounted signs, shall be mounted parallel to the building facade and shall not project more than six feet (6') from the building facade or one foot (1') from the outer edge of the awning or canopy on which it is mounted, whichever is greater.

B.  Height Of Signs:

    1.  Freestanding signs may be erected to a maximum height of thirty two feet (32') from the ground.

    2.  Signs for contract construction services as a special use shall only be erected to a height of six feet (6').

C.  Sign Area:

    1.  Freestanding signs with one or two (2) sides are permitted a maximum sign area not to exceed one hundred fifty (150) square feet per side;

    2.  Freestanding signs with three (3) or more sides are permitted a maximum sign area not to exceed one hundred (100) square feet per side;

    3.  Both freestanding and architectural signs for contract construction services as a special use shall be limited to fifty (50) square feet each; and

    4.  Architectural signs may be erected on the building within the following restrictions as determined below:

    a.  Architectural Sign Schedule:

ARCHITECTURAL SIGN SCHEDULE

| Gross Floor Area Of Individual Store (Sq. Ft.) | Base Floor Area | Base Sign Area | Rate Of Additional Sign Area Per 100 Sq. Ft. Additional Floor Area |
|---|---|---|---|
| 0 - 1,000 | 0 | Need not be less than 50 sq. ft. of sign area for businesses less than 1,000 sq. ft. | |
| 1,001 - 2,500 | 1,000 | 50 | 1.66 |
| 2,501 - 5,000 | 2,500 | 75 | 2.0 |
| 5,001 - 15,000 | 5,000 | 125 | 1.0 |
| 15,001 - 30,000 | 15,000 | 225 | 0.5 |
| 30,001 and larger | 30,000 | 300 | 0.25 |

    b.  Additional Increase: The total sign area allowed may be increased according to the following rate: two percent (2%) for each ten feet (10') of distance between the centerline of the nearest street surface to nearest point of the building to which the sign will be attached.

D.  Illumination: Signs may be illuminated provided that they conform to the following restrictions:

    1.  The light source, including the interior of a building shall be so shaded, shielded, or directed so that the light intensity or brightness shall not adversely affect surrounding or facing premises.

    2.  The light shall not adversely affect the safe vision of operators of vehicles.

    3.  Light shall not shine on or into neighboring residential structures.

E.  Animated Signs: Animated signs are permitted but are subject to the following provisions: (Ord. 2013-20)

    1.  Electronic Message Board:

        a.  Electronic message boards shall not make up more than fifty percent (50%) of the actual sign surface. In no case shall an electronic message board exceed seventy five (75) square feet.

        b.  Electronic message boards shall be limited to the display of messages which take no more than two (2) seconds to complete. A minimum of six (6) seconds shall be required between the changing of messages. Animation shall be limited to those incorporated into the changing of a message, but shall not restrict the use of images in the background of a message (e.g., clouds moving, flames burning, running water, etc.). No flashing, blinking, or pulsating of lights shall be allowed. Electronic message boards must be equipped to freeze in one position or discontinue the display in the event that a malfunction occurs.

    2.  Mechanically Animated: The movement of a sign is limited to an action which takes no less than six (6) seconds to complete. This shall apply to a rotating, waving, or similar motion that a sign may incorporate.

F.  Number Of Signs:

1. One freestanding sign per frontage located only on that street frontage except as provided below.

2. In the circumstance where the street frontage for a business on a street exceeds three hundred (300) linear feet, a second freestanding sign may be erected on that street frontage provided that the surface area for the signs complies with the requirements of subsection C of this section and provided further that the two (2) signs are placed at least fifty feet (50') apart. If the business is located on a corner lot or a through lot and has a combined street frontage exceeding three hundred (300) linear feet, a second freestanding sign may only be erected on the second frontage pursuant to this provision.

3. There is no limit on the number of architectural signs provided that the total square footage of all signs does not exceed the maximum square footage allowed.

G. Businesses Permitted Signs:

1. All businesses are permitted architectural signs.

2. The following establishments are permitted freestanding signs:

    a. Individual establishments in individual buildings.

    b. Business and noncommercial establishments and shopping centers.

    c. Satellite establishments within a shopping center.

    d. Movie theaters, auditoriums, and other places of public assembly, in shopping centers and business developments in accordance with subsection F of this section.

H. Flashing Signs: A flashing sign may be permitted provided it conforms to the following restrictions:

1. A minimum of two seconds shall be required between flashes.

2. Flashing lights must not exceed the equivalent amount of lumens emitted by a 25-watt incandescent bulb.

(Ord. 2023-31; Ord. 2017-17)

**15.4.10.7: DOWNTOWN SIGN REGULATIONS:**

Downtown signage should be integral to a building's design rather than applied after the fact. As such, all signage should incorporate complementary materials, colors, and details. The use of banners as permanently mounted signage is prohibited. This section regulates all signs erected in all areas zoned BPR.

A. Location Of Signs: Freestanding monument signs may be erected on private property subject to the following restrictions:

1. All freestanding monument signs must have fifteen feet (15') of setback from the street curb line (extended vertically).

2. No part of any freestanding monument sign may be erected so as to suspend over or otherwise encroach upon any public right of way.

3. No sign may be erected on the roof of any structure, or be erected on the building facade so that any portion of the sign exceeds the height of the facade.

4. Any architectural sign that projects or suspends over any sidewalk, public or private, or any public right of way shall have at least eight feet (8') of clearance between the base of the sign and the ground or sidewalk. The owner of any sign suspended over public right of way agrees to indemnify and hold the city harmless from any liability which may arise by reason of the sign being projected or suspended over the public rights of way. The owner shall submit an insurance certificate listing the city as additionally insured prior to the issuance of a sign permit.

B. Height Of Signs:

1. Freestanding monument signs may be erected to the maximum height of eight feet (8') above the ground.

C. Sign Area:

1. Freestanding monument signs with one or two (2) sides are permitted a maximum sign area not to exceed fifty (50) square feet per side.

2. Architectural signs are limited to one and one-fourth (1.25) square feet of sign area for each linear foot of building frontage or fifty (50) square feet, whichever is larger.

D. Illumination: All signs may be illuminated provided that they conform to the following restrictions:

1. The light source, including the interior of a building shall be so shaded, shielded, or directed so that the light intensity or brightness shall not adversely affect surrounding or facing premises.

2. The light shall not adversely affect the safe vision of operators of vehicles.

3. Light shall not shine on or into neighboring residential structures.

4. The illumination may not flash in any manner.

    E.  Architectural Signs: Architectural signage that utilizes channel lettering and/or raceways, solid or laser cut metal, etc., are examples of approved sign materials.

    F.  Projecting Signs: One projecting sign is permitted per storefront and shall be construed as contributing to the building's total allotted square footage of architectural signage. Projecting signs are permitted to project a maximum of four feet (4') from the surface of any structure and must maintain a minimum of eight feet (8') of clearance between the lowest extent of the sign and the ground or sidewalk. The owner of any sign suspended over public right of way agrees to indemnify and hold the city harmless from any liability which may arise by reason of the sign being projected or suspended over the public rights of way. The owner shall submit an insurance certificate listing the city as additionally insured prior to the issuance of a sign permit.

    G.  Architectural Signs:

    1.  A maximum of twenty five percent (25%) of the surface of any awning or canopy may be utilized for permanently affixed copy. Any background colors, graphic striping, color banding or patterns shall not be considered as contributing to the sign area. Furthermore, this allotment shall not be construed to contribute to the total amount of architectural signage permitted for any structure in the BPR district.

    2.  Under canopy signs are permitted and will be considered as contributing to the total square footage of architectural signage that is permitted. Under canopy signs must maintain at least eight feet (8') of clearance between the lowest extent of the sign and the ground or sidewalk. The owner of any sign suspended over public right of way agrees to indemnify and hold the city harmless from any liability which may arise by reason of the sign being projected or suspended over the public rights of way. The owner shall submit an insurance certificate listing the city as additionally insured prior to the issuance of a sign permit.

    H.  Animated Signs: Animated signs are permitted but are subject to the following provisions:

    1.  Electronic Message Board:

    a.  Electronic message boards shall not make up more than thirty percent (30%) of the actual sign surface. In no case shall an electronic message board exceed twenty four (24) square feet.

    b.  Electronic message boards shall be limited to the display of messages which take no more than two (2) seconds to complete. A minimum of six (6) seconds shall be required between the changing of messages. Animation shall be limited to those incorporated into the changing of a message, but shall not restrict the use of images in the background of a message (e.g., clouds moving, flames burning, running water, etc.). No flashing, blinking, or pulsating of lights shall be allowed. Electronic message boards must be equipped to freeze in one position or discontinue the display in the event that a malfunction occurs.

    2.  Mechanically Animated: The movement of a sign is limited to an action which takes no less than six (6) seconds to complete. This shall apply to a rotating, waving, or similar motion that a sign may incorporate.

    I.  Number Of Signs:

    1.  Freestanding monument signs when permitted: One per street frontage except as sited below.

    2.  In the circumstance where the street frontage for a business on a street exceeds three hundred (300) linear feet, a second freestanding monument sign may be erected on that street frontage provided that the surface area for the signs complies with the requirements of subsection C of this section and provided further that the two (2) signs are placed at least fifty feet (50') apart. If the business is located on a corner lot or a through lot and has a combined street frontage exceeding three hundred (300) linear feet, a second freestanding sign may only be erected on the second frontage pursuant to this provision.

    3.  There is no limit on the number of architectural signs provided that the total square footage of all signs does not exceed the maximum square footage allowed.

    J.  Special Signs Permitted In The BPR District: A-frame signs are permitted in the BPR district with the issuance of an annual sign permit subject to the following provisions:

    1.  Signs may not exceed six (6) square feet per side and shall not exceed three feet (3') in height and two feet (2') in width (2 sided only).

    2.  Signs must be located within fifteen feet (15') from the front entrance.

    3.  No sign shall impede the normal and orderly flow of pedestrian traffic, and shall not obstruct any accessible route; for purposes of this section, the sign should be located so that there is a clear passage of at least three and one-half feet ($3^{1}/_{2}$') between the sign and any building, post or obstruction in the sidewalk.

    4.  Signs shall be removed each day at the close of business.

    5.  For any sign located on the right of way, the owner shall submit an insurance certificate listing the city as additionally insured prior to the issuance of a sign permit.

    K.  Temporary Signs Permitted In The BPR District:

    1.  Temporary Commercial Banners: Temporary commercial banners are permitted to advertise goods or services for

economic gain:

    a. Temporary banners shall be limited to thirty two (32) square feet.

    b. Each individual business will be allowed to display a temporary banner, mounted to the building, for a period not to exceed thirty (30) consecutive days. Each business is allowed a total of ninety (90) calendar days to display temporary banners. A new permit shall be issued each time the temporary banner is to be displayed, unless authorized under the original permit.

    c. Commercial signs prohibited include: signs that are carried, waved or otherwise displayed by persons either on public rights of way or in a manner visible from public rights of way. This provision is directed toward such displays intended to draw attention for a commercial purpose, and is not intended to limit the display of banners, flags or other signage by persons participating in demonstrations, political rallies, and similar events.

    d. No temporary banner may be illuminated.

  2. Temporary Noncommercial Signs:

    a. Temporary signs shall be limited to thirty two (32) square feet.

    b. Each individual 501(c) not for profit organization will be allowed to display a temporary sign for a period not to exceed thirty (30) consecutive days. Each organization is allowed a total of sixty (60) calendar days to display temporary signs. A new permit shall be issued each time the temporary sign is to be displayed. Permit fees may be waived with the approval of the administrative official.

    c. Temporary signs need not be located on the site for which the event is to take place.

  3. Removal Of Temporary Signs: If a temporary sign relates to an event, such sign shall be removed within five (5) days after the conclusion of the event.

L. Flashing Signs: A flashing sign may be permitted provided it conforms to the following restrictions:

  1. A minimum of two seconds shall be required between flashes.

  2. Flashing lights must not exceed the equivalent amount of lumens emitted by a 25-watt incandescent bulb.

(Ord. 2023-31; Ord. 2017-17)

**15.4.10.8: TEMPORARY SIGNS PERMITTED (EXCEPT IN THE BPR DISTRICT):**

In addition to the signs permitted in each district as established in sections 15.4.10.5, 15.4.10.6, and 15.4.10.7 of this chapter, the following signs are also permitted subject to the conditions established in this section:

A. General Provisions For All Temporary Signs:

  1. No sign may be erected on, suspended over, or encroach upon the public right of way, except as provided for under section 17-1-5 of this code (dealing with "encroachments"), or be located so as to obstruct the visual clearance needed for safe vehicle or pedestrian traffic.

  2. No sign may be attached to utility poles, trees on private property, trees on public right of way, streetlight poles, street or traffic signs nor fire hydrants.

  3. No temporary sign shall be erected within twenty feet (20') of the curb line of any adjoining street surface except those located in the BPR district in which case the temporary sign shall be flush mounted to the building. No sign shall be erected so as to obstruct the visual clearance needed for safe vehicular and pedestrian traffic.

  4. If the sign is not communicating a message which is temporary in nature, it shall be required to meet the requirements of sections 15.4.10.5, 15.4.10.6, and 15.4.10.7 of this chapter, permanent signs.

  5. Temporary signs shall be regulated subject to the following:

    a. Temporary Commercial Signs: To advertise goods or services for economic gain:

      (1) Temporary signs shall be limited to thirty two (32) square feet. (Ord. 2017-17)

      (2) Each individual business will be allowed to display a temporary sign for a period not to exceed thirty (30) consecutive days. Each business is allowed a total of one hundred (100) calendar days to display temporary signs. A new permit shall be issued each time the temporary sign is to be displayed, unless authorized under the original permit. (Ord. 2014-50)

      (3) Maximum height: Six feet (6'), if freestanding.

      (4) Commercial signs prohibited: Includes signs that are carried, waved or otherwise displayed by persons either on public rights of way or in a manner visible from public rights of way. This provision is directed toward such displays intended to draw attention for a commercial purpose, and is not intended to limit the display of banners, flags or other signage by persons participating in demonstrations, political rallies, and similar events. (Ord. 2013-31)

      (5) Pennants and streamers may be displayed for a maximum of one hundred fifty (150) days per calendar year

with a limit of thirty (30) consecutive days per event. (Ord. 2017-08)

    (6) No temporary sign may be illuminated.

    (7) Banners suspended from a building, with a total square footage of fifty (50) square feet are permitted for periods up to thirty (30) consecutive days per event, with no limit on the number of events.

  b. Temporary Noncommercial Signs:

    (1) Temporary signs shall be limited to thirty two (32) square feet.

    (2) Each individual 501(c) not for profit organization will be allowed to display a temporary sign for a period not to exceed thirty (30) consecutive days. Each organization is allowed a total of sixty (60) calendar days to display temporary signs. A new permit shall be issued each time the temporary sign is to be displayed. Permit fees may be waived with the approval of the administrative official.

    (3) Temporary signs need not be located on the site for which the event is to take place.

 B. Removal Of Temporary Signs: If a temporary sign relates to an event, such sign shall be removed within five (5) days after the conclusion of the event. (Ord. 2013-31)

**15.4.10.9: SPECIAL SIGNS PERMITTED:**

In addition to the signs permitted in each district as established in sections 15.4.10.5 and 15.4.10.6 of this chapter, the following signs are also permitted subject to the conditions established in this section. Heights of signs permitted in this section shall not exceed the permitted sign height for the district where the sign is to be erected unless otherwise specified by this section.

 A. General Provisions For All Special Signs:

  1. No sign may be erected on, suspended over, or encroach upon the public right of way, except as provided for under title 17, chapter 1 of this code, or be located so as to obstruct the visual clearance needed for safe vehicle or pedestrian traffic.

  2. No sign may be attached to utility poles, trees on private property, trees on public right of way, streetlight poles, street or traffic sign nor fire hydrants.

  3. No sign shall be erected so as to obstruct the visual clearance needed for safe vehicular and pedestrian traffic.

 B. Real Estate Signs: Real estate signs advertising property or buildings for sale, rent, or lease are permitted for the period of time while the property is available for sale, rent or lease and for no more than fourteen (14) days after the sale, rental, or leasing of said property or building. The size and number applies to both freestanding and architectural signs/banners. All real estate signs shall be subject to the following provisions:

  1. Commercial property located in a commercial zoning district:

   a. One sign per lot frontage. If frontage exceeds three hundred feet (300') a second sign may be erected.

   b. A maximum of thirty two (32) square feet of sign surface area per side, two (2) sides permitted.

   c. The sign, if freestanding, shall not obstruct the visual clearance needed for safe vehicular and pedestrian traffic.

  2. Property located in a residential zoning district:

   a. One sign per lot frontage. If frontage exceeds three hundred feet (300') a second sign may be erected.

   b. Maximum of twelve (12) square feet of sign surface area per side, two (2) sides permitted.

   c. The sign, if freestanding, shall not obstruct the visual clearance needed for safe vehicular and pedestrian traffic.

 C. Temporary Construction Signs For Buildings Or Projects: Signs stating the nature and name of the building or project, the names of contractors, architects, engineers, or officials, financial information, or any information required by law, are permitted in various districts subject to the following provisions:

  1. Any such temporary signs required by a government for a project shall be permitted.

  2. One sign per frontage.

  3. In commercial districts a maximum of thirty two (32) square feet per side, two (2) sides permitted (except where governmental standards require a larger sign in which case such sign shall be permitted).

  4. In a residential district a maximum of six (6) square feet per side, two (2) sides permitted.

  5. Signs may be erected no more than thirty (30) days prior to the actual start of construction or project and shall be removed when the construction is completed. Only those projects that have obtained a building permit may display a construction sign.

 D. Signs Designating Historic Areas Or Buildings: Signs denoting historic buildings or areas may be erected subject to the following provisions:

1. Freestanding signs designating historic sites, areas, or districts shall be no larger than twelve (12) square feet.

2. Signs designating historic buildings shall be mounted on the building so designated and may be subject to review by the certificate of appropriateness committee.

E. Minor Directional Signs: Signs for and located within shopping centers, business developments, or individual business establishments and their parking areas which guide automobile and pedestrian traffic within the parking lot. Such signs shall:

1. Have maximum height of eight feet (8').

2. Have a maximum surface area of ten (10) square feet per side, two (2) sides permitted.

3. Be located so as not to obstruct the vision of pedestrians or motorists.

4. Bear no advertising matter, except for the name of the establishment.

5. Be permanently affixed to the ground or any permanent building or structure.

6. Be located on the premises of the establishment, shopping center or business development.

7. No sign other than those indicating entrance/exit shall be located within twenty feet (20') of the right of way line.

F. Political Signs: Political signs are permitted in all areas of the city subject to the following provisions:

1. In a residential district no sign shall be larger than six (6) square feet per side, two (2) sides permitted.

2. In commercial districts no sign shall be larger than thirty two (32) square feet per side, two (2) sides permitted.

3. Signs must not be on the public right of way or be located so as to obstruct the visual clearance needed for safe vehicle and pedestrian traffic.

4. No political sign may be attached to utility poles, trees on public right of way, streetlight poles, street or traffic signs nor fire hydrants.

G. Temporary Yard Sale Signs: Temporary yard sale signs may be erected subject to the following provisions:

1. Maximum Exposure Time: All such signs shall be erected no more than twenty four (24) hours prior to or remain in place no more than twelve (12) hours after the yard or garage sale takes place.

2. Placement: No yard sale sign may be erected on or attached to utility poles, trees on public right of way, streetlight poles, street or traffic signs, or fire hydrants nor be located on the public right of way.

H. Window Promotional Signs: Window promotional signs are permitted for periods of up to sixty (60) consecutive days in the following districts: AG, PA, BPR, SB, BPL, BWA, NB, PUD, LI, and GI.

I. Subdivision Entrance Or Identification Signs: Each individual subdivision may have entrance or identification signs subject to the following provisions:

1. Entrance or identification signs shall only identify the name of the subdivision.

2. One pair may be erected per entrance into the subdivisions, but in no case shall two (2) such pairs for the same subdivision be located closer than one thousand feet (1,000') apart.

3. No single sign shall be larger than twenty four (24) square feet per side and shall be limited to a maximum height of six feet (6').

4. Location of all entrance or identification signs shall be subject to the approval of the administrative official.

J. Directory Signs: Directory signs are permitted for multi-unit dwelling developments and mobile home parks containing more than five (5) structures or five (5) mobile homes in all districts subject to the following provisions:

1. Only one sign is permitted with a maximum of sixteen (16) square feet.

2. The sign may be freestanding or architectural.

3. The sign may be illuminated.

K. Office Park And Industrial Park Identification Signs: Each office park or industrial park may have identification signs subject to the following:

1. One sign shall be allowed for each office/industrial park entrance and shall be used only to identify the name and location of the office/industrial park and/or used as a directory of businesses in the office/industrial park.

2. No single identification sign shall be larger than sixty four (64) square feet per side nor shall exceed a height of twelve feet (12'). All such signs shall be located in a manner that does not impede the vision of drivers to other vehicles and pedestrian traffic. The location of such signs shall be subject to the approval of the administrative official.

L. Off Premises Directional Sign: Off premises directional signs for business districts adversely impacted by highway construction or permanent rerouting of state or federal highways are permitted subject to the following provisions:

1. Height: Have a maximum height of fifteen feet (15').

2. Size: Have a basic maximum of eighty (80) square feet per side which may be increased to a final maximum of one hundred twenty (120) square feet per side according to the following rate: Five (5) square feet per side for each ten feet (10') the sign is set back from the centerline of the nearest street surface.

3. Number: A maximum of two (2) off premises directional signs per affected business district are permitted. The signs shall be available to all affected businesses in the business district.

4. Design: The signs shall be designed in accordance with the "Illinois Manual On Uniform Traffic Control Devices" and shall have a green or blue background with white letters. The lettering shall have a maximum height of ten inches (10"). The signs shall be installed so as not to obstruct the vision of motorists or pedestrians.

5. Advertising: The signs shall bear no advertising matter, except for the name of the business district, the names of the businesses and directional information.

6. Named Businesses: The businesses named on the directional sign shall be limited to those located in the SB, BPL, BWA, and BPR zoning districts or: a) be existing businesses situated in the city limits and b) be members of the business association responsible for the construction and maintenance of the off premises directional signs. Only one such association shall be eligible per highway rerouting.

7. Eligibility For Permanent Signage: The only business districts eligible for permanent off premises directional signage are those business districts affected by a permanent state or federal highway rerouting such that the properties are no longer directly accessible from the state or federal highway on which the properties formerly had frontage. Properties affected by a one- way highway coupling that still have access to at least one traffic direction of the highway are not eligible for an off premises directional sign under this subsection L.

8. Approval To Erect: Any sign erected on private property must have the written approval of the property owner. If the sign is to be erected on public right of way, it shall have the formal approval of the controlling government agency. If the sign is to be located on city of Carbondale right of way it must have an approved encroachment permit.

9. Costs: The business district requesting the off premises directional sign shall be responsible for all costs related to leases, construction and maintenance of the sign.

10. Removal: Signs erected in conjunction with a road construction project that does not result in a permanent state or federal highway rerouting described in subsection L7 of this section shall be removed upon completion of the road construction project. (Ord. 2013-20)

M. Inflatable Signs: Each business located in a nonresidential district, excluding the BPR, primary business, district, may display inflatable signs with the issuance of a sign permit and subject to the following:

1. Number: One inflatable sign shall be allowed per parcel.

2. Height: Signs shall not exceed twenty five feet (25') in height or the height of the nearest building, whichever is less.

3. Location: Signs shall be located entirely on private property, shall not suspend over public right of way, and shall be located at least twenty feet (20') from the curb line.

4. Mounting: Signs shall be mounted securely to the ground. Signs shall not be mounted on truck beds, trailers, rooftops, etc.

5. Display Period: Signs shall be displayed for no more than two (2), consecutive forty eight (48) hour periods or one, consecutive ninety six (96) hour period per month.

N. Murals: Murals are permitted in all districts and are not regulated based on content. Murals may cover the entire façade of the building, fence, or other surface on which they are painted, and do not count towards allotted square footage for architectural signs.

(Ord. 2023-31; Ord. 2017-08)

**15.4.10.10: NONCONFORMING SIGNS AND REMOVAL:**

A. A nonconforming sign is a lawfully existing sign which fails to comply with all applicable sign regulations, such as the location of the sign, height of the sign or sign area. A nonconforming sign can remain in use, if maintained in accordance with the definition of "maintenance" contained in chapter 11 of this title.

B. If a nonconforming sign is proposed to be altered in any fashion that would require the issuance of a new permit as determined in section 15.6.5.1 of this title or if the nonconforming sign advertises a business no longer being conducted or a product no longer sold on the premises, the sign must be brought into conformity or removed within thirty (30) days after written notice from the administrative official. The notice to bring the sign into conformity or remove shall be served on the owner, agent, or person having the beneficial use of the buildings, structure or premises upon which the sign is found.

C. Any person who violates, disobeys, omits, neglects or refuses to comply with the order of the administrative official to bring into conformity or remove the nonconforming sign shall be in violation of this section. In addition to the penalties provided for in chapter 10 of this title, the administrative official is hereby authorized to make application to the courts for an injunction requiring compliance with this code ordering the alteration or removal of the nonconforming sign. (Ord. 2013-20)

**15.4.10.11: OBSOLETE SIGNS AND REMOVAL:**

   A.  An "obsolete sign" is a sign which advertises a business no longer being conducted or a product no longer being sold on the premises upon which the sign is located.

   B.  An obsolete sign shall be covered or removed within thirty (30) days after written notice from the administrative official. The notice to cover or remove the sign shall be served on the owner, agent or person having the beneficial use of the premises upon which the sign is found. If the sign is covered, the covering (which must be an opaque, durable, weatherproof material) and the method of applying or installing the covering must be approved by the administrative official.

   C.  Any person who violates, disobeys, omits, neglects or refuses to comply with the order of the administrative official to cover or remove the obsolete sign shall be in violation of this section. In addition to the penalty provided for in chapter 10 of this title, the administrative official is hereby authorized to make application to the courts for an injunction requiring compliance with this code ordering the covering or removal of the obsolete sign. (Ord. 2013-20)

**15.4.10.12: CONSTRUCTION AND MAINTENANCE:**

   A.  The construction and maintenance performance standards for signs contained in the international building code as adopted in section 4-1-1 of this code shall be the performance standards for the construction and continual maintenance of signs regulated by this chapter unless otherwise specified in this chapter.

   B.  All components of a sign shall be kept clean, in good repair and free from all electrical and mechanical hazards, including, but not limited to, faulty wiring, loose connections, missing or broken panels, etc.

   C.  Signs and their support structure(s) shall be painted when necessary to prevent corrosion or to replace peeling or flaking paint.

   D.  Any sign in violation of the construction and maintenance performance standards shall be repaired or removed within thirty (30) days after written notice from the administrative official. The notice to repair or remove the sign shall be served on the owner, agent or person having the beneficial use of the property upon which the sign is found.

   E.  Any person who violates, disobeys, omits, neglects or refuses to comply with the order of the administrative official to repair or remove the sign shall be in violation of this section. In addition to the penalties provided for in chapter 10 of this title, the administrative official is hereby authorized to make application to the courts for an injunction requiring compliance with this code ordering the repair or removal of the sign. (Ord. 2013-20)