23674

Plat Cabinet 2 Slot 49

Sunny Acres West 1st Addition



# SUNNY ACRES WEST FIRST ADDITION

A SUBDIVISION OF PART OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 14, TOWNSHIP 9 SOUTH, RANGE 1 WEST OF THE THIRD PRINCIPAL MERIDIAN IN THE CITY OF CARBONDALE, JACKSON COUNTY, ILLINOIS.



RECORDED IN PLAT CABINET 2 SLOT 49

| SUNNY ACRES WEST - FIRST ADDITION | |
|---|---|
| APRIL 11, 1995 | PROJECT ID # 9509-4 |
| ISSUE "C" | |

Raymond A. Whiteside
Land Surveyor
41 Westwood Ln
Murphysboro, IL 62966