1                    BODYCAM FOOTAGE

2                         OF

3                 CIVIL RIGHTS EVENT

4    at CHOICES Carbondale Center for Reproductive Health

5         600 N. Giant City Rd, Carbondale, IL 62902

6         Brandon Hamman v. City of Carbondale, et al.

7                 S.D. II. No. 3:25-cv-00736

8                 Wednesday, April 16, 2025

9

10

11             American Center for Law and Justice

12                  201 Maryland Avenue

13                 Washington, D.C. 20001

14                    (800) 342-2255

15

16

17

18

19    Reported by:     Simone Hines

20    JOB No.: 7522070

21

22

23

24

25

                                              Page 1

```
 1                    R E C O R D I N G
 2            MS. BLUMENSTOCK:  Okay.
 3            MR. HAMMAN:  -- things that he's -- he's
 4    dealing with.
 5            (Crosstalk)
 6            MR. LENZINI:  So your right-of-way is all the
 7    way back in here.  These signs here all the way around
 8    the corner need to be pulled up.
 9            MR. HAMMAN:  So, Lord, I pray that you will
10    just keep him headed that direction.  Lord, I pray for
11    his health issue, whatever that is.  I pray that
12    you'll -- you'll miraculously heal him.  But if not,
13    pray that you'll give the wisdom to the doctors that
14    treating him.  (Inaudible).  Lord, if he -- if he's
15    looking for a church, I pray that he'll find a good
16    church.  (Crosstalk).  Thanks.  In Jesus' name I pray.
17    Amen.  Thank you, (inaudible).  Nice to meet you.
18            UNIDENTIFIED MALE:  Thank you very much.
19            MR. HAMMAN:  God bless you.
20            DRIVER:  Would you like an ice cream bar?
21            MR. HAMMAN:  Whats that?
22            DRIVER:  Would you like an ice cream bar?
23            MR. HAMMAN:  It's going to melt, buddy.  I'm
24    not going eat right now.  It'll melt.  Thank you,
25    though.  I do appreciate it.
```

Page 2

1            MS. BLUMENSTOCK:  Okay.  He says he's going

2    to take the signs up.  I said, "Is this something

3    new?"

4            MR. HAMMAN:  Why is that?

5            MR. LENZINI:  They're on the city right-of-

6    away.

7            MR. HAMMAN:  So they're on the right-of-way?

8            MR. LENZINI:  Yes.

9            MR. HAMMAN:  So there's a there's -- there's

10   an ordinance for that -- for signs.  Right?  Is that

11   what you're referring to?

12           MR. LENZINI:  There's an ordinance for signs.

13           MR. HAMMAN:  Inside that ordinance there's

14   two sections in there that say (crosstalk) --

15           MR. LENZINI:  I just checked it.

16           MR. HAMMAN:  -- that say that if you're

17   demonstrating -- that if you are demonstrating, you're

18   allowed -- that it does not apply to people

19   demonstrating in any way --

20           MR. LENZINI:  I just talked to the city

21   attorney and --

22           MR. HAMMAN:  That's fine.

23           MR. LENZINI:  -- he told me that --

24           MR. HAMMAN:  Well, they're not my signs.  I'm

25   just telling you, you know --

                                            Page 3

```
 1              MR. LENZINI:  I'm going to pull them now.
 2              MR. HAMMAN:  Well, you -- no, they don't
 3    belong to me, but they belong -- he's coming back.
 4              MS. BLUMENSTOCK:  I'll -- I'll get -- I'll
 5    get their card.
 6              MR. HAMMAN:  Sir?  Sir.  Listen.  Look here.
 7    Look.
 8              MR. LENZINI:  Call the city attorney and pull
 9    the signs right now (inaudible).
10              MR. HAMMAN:  Here.  I want to show you
11    something.  I want to show you something.  Before you
12    get upset, I want to show you something.
13              MR. LENZINI:  I'm not upset, sir.
14              MR. HAMMAN:  Yeah, you are.  We're trying to
15    have a conversation and you're getting mad and walking
16    off.  I just said they don't belong to me because I'm
17    not the one that put them up.  I'm just explaining to
18    you what the code -- what your own code section says.
19              MR. LENZINI:  I just talked to the city
20    attorney.  He told me the signs are in violation, and
21    it -- when I pull them -- I'm supposed to pull them.
22              MR. HAMMAN:  Look here.
23              MS. BLUMENSTOCK:  I've got his card.
24              MR. HAMMAN:  "Commercial signs prohibited,
25    including signs that are carried, waved, otherwise
```

Page  4

```
 1    displayed" -- so forth and so on.  "This provision is
 2    directed towards such displays intended to draw
 3    attention for commercial purposes.  Not intended to
 4    limit the display of banners, flags, or other signage
 5    by persons participating in demonstrations, political
 6    rallies, or similar events."
 7              MR. LENZINI:  Free baby supplies is not a
 8    demonstration.
 9              MR. HAMMAN:  What's that?
10              MR. LENZINI:  Free baby supplies is not a
11    demonstration.
12              MR. HAMMAN:  Yes, it is.  We're absolutely
13    demonstrate -- yes, it is.  Okay, fine.  Here.  I'll
14    put one out for you.  That is a demonstration, then.
15              Don't touch my sign.  I'm demonstrating
16    against abortion.  I have a right to do that.
17              MR. LENZINI:  No, you don't.
18              MR. HAMMAN:  Yes, I do.  I'm demonstrating
19    that babies are murdered in this place.
20              MR. LENZINI:  You have five minutes to pull
21    the signs or I'm going to have a police officer come
22    out here.
23              MR. HAMMAN:  You can have the police come on
24    out.  Don't waste the five minutes.
25              MS. BLUMENSTOCK:  A baby's life is precious.
```

Page 5

```
1              MR. HAMMAN:  Sir, I'm demonstrating against
2    abortion.  This is my First Amendment right to free
3    speech.  Free exercise of religion.  And I absolutely
4    will have these signs up.  I've showed you the code
5    section.
6              MR. LENZINI:  And so he's (crosstalk) sign.
7              MR. HAMMAN:  I'm demonstrating against
8    abortion.
9              MR. LENZINI:  He says he's demonstrating
10   against abortion.  He says he has the right to have
11   the signs on the right-of-way.
12             MR. HAMMAN:  And I showed you the ordinance
13   that allows that.
14             MR. LENZINI:  I talked to Jamie, and Jamie
15   assured me that they could not be there.  They pulled
16   some signs up and put two more out.
17             MS. BLUMENSTOCK:  Take this down.
18             MR. OWENS:  We had to take ours down.
19             MS. BLUMENSTOCK:  We had to take ours down.
20   (Inaudible) it had to show demonstration -- a
21   demonstration.  He said ultrasound --
22             MR. OWENS:  Yeah.
23             MS. BLUMENSTOCK:  -- wasn't a demonstration.
24             MR. OWENS:  He's -- he's saying it's First
25   Amendment privilege, is what he's saying.
```

Page 6

```
1              MR. HAMMAN:  Well, I'm also telling you to
2     look at your own code section that says that demons --
3     that flags or other signage by persons participating
4     in demonstrations, political rallies, and similar
5     events are exempt from that code section.  Well, make
6     sure they get the whole truth.  Make sure they get the
7     whole truth.
8              MR. OWENS:  Depends on --
9              MR. HAMMAN:  What about that sign there?
10    You're going to go yank Freddy's sign up too?
11             MR. LENZINI:  I am going to yank Freddy's
12    sign.
13             MR. HAMMAN:  Are you?  Well, I'm absolutely
14    demonstrating against abortion.
15             MR. LENZINI:  We'll see what the city
16    attorney has to say.
17             MR. HAMMAN:  That's fine.  So today is April,
18    I think, 16th.  Yep.  Wednesday, April 16th.  It's
19    11:05.  I'm out here at Choices, and this -- this man
20    from the city of Carbondale has said that we're not
21    allowed to have signs out here, even though I've
22    showed him -- this gentleman right here -- even though
23    I've showed him that we are allowed to have it based
24    on their own code section, that if you're
25    demonstrating, a political rally, those things are
```

                                                        Page  7

1   exempt from the signage ordinance.  And I've showed

2   him that code section, but he refuses to listen.  He's

3   contacted the city attorney.  Now, he's only pulling

4   that one because I told him about it.

5                MR. OWENS:  Hey, John?

6                MR. LENZINI:  Yep.

7                MR. OWENS:  How do you propose that we help

8   the ladies?

9                MR. LENZINI:  I don't know.  I'm

10  (inaudible)(crosstalk) --

11               MR. HAMMAN:  Well, he didn't -- he didn't

12  even give Freddy's a chance to get theirs.  He didn't

13  even talk to them.

14               MR. LENZINI:  -- (Inaudible) city attorney's

15  office.  Okay?

16               MR. OWENS:  I'm sorry.  I couldn't hear you.

17               MR. LENZINI:  I'm waiting for opinion back

18  from the city attorney's office.

19               MR. OWENS:  You're what now?  Tell me one

20  more --

21               MR. LENZINI:  I'm waiting for an opinion from

22  the city attorney's office.  I just texted him those

23  two pictures -- those two signage.

24               MR. OWENS:  Okay.

25               MR. LENZINI:  Okay?

Page 8

```
 1              MR. OWENS:  Did you get a complaint on us?
 2              MR. LENZINI:  Yes, I did.
 3              MR. OWENS:  Okay.  Was it the lady that  was
 4    cussing us and screaming and yelling?
 5              MR. LENZINI:  No, it was from a -- just a
 6    random person.  So the city attorney right there.  See
 7    what he texted me back.
 8              MR. HAMMAN:  Don't touch.  I'm a tell you not
 9    to touch my signs.  Sir, you're not going to touch my
10    sign.
11              MR. LENZINI:  Well, I -- he told me to pull
12    them.
13              MR. HAMMAN:  You're violating my first
14    amendment.  Well, you can tell your city attorney to
15    send an officer down here and write up a charge if he
16    wants.  But I'm not going to pull them, and you're not
17    going to touch my property.  Sir, there is such a
18    thing in this country as the freedom of speech and the
19    freedom of religion.  Every sign out here was based on
20    demonstrating against abortion.  They're offering free
21    supplies.  You're not going to pull my signs.
22              MR. LENZINI:  Offering -- offering free
23    supplies is not the same as --
24              MR. HAMMAN:  Yes, it is.  How is that not the
25    same?  And then tell me, how is this different then?
```

Page 9

```
 1              MR. LENZINI:  Huh?
 2              MR. HAMMAN:  What's the difference between
 3     this and telling people about free signs?  So you're
 4     saying this is different than saying, "We have free
 5     supplies"?
 6              MR. LENZINI:  I'm just telling you what the
 7     city attorney told me, sir.
 8              MR. HAMMAN:  Well, city attorney can come
 9     down and talk to me.  That's fine.  Have him come out.
10     So, guys, it's the 16th of -- of April.  This
11     gentleman from Building and Neighborhood Services for
12     the City of Carbondale has come out and said that we
13     had to remove our sign.  I told him and showed him the
14     different areas in their own code section that allow
15     for demonstrations, political rallies, etc. , but he
16     refuses to believe it, and he's reaching out to the
17     city attorney who said to pull our signs.  And he's
18     threatened to call the police, which I've said he's
19     welcome to do.  Explained that we have freedom of
20     speech in this country and freedom of religion.  A lot
21     of the signs that were out said things like, "Adoption
22     information available, free baby supplies."  But he
23     says that that's not a demonstration.
24              So be praying for us while we're out here.
25     I've got everything else being recorded.  So I'm going
```

Page 10

1    to end this livestream.  But be praying for us.  Pray

2    for the city.  Let them know that what they're trying

3    to do is wrong.  Trying to -- trying to keep us from

4    exercising our free speech and freedom of religion.

5    But we appreciate the prayers today.

6            MR. OWENS:  So what's he telling you now, the

7    attorney?

8            MR. HAMMAN:  He's saying that we can't.  That

9    the city attorney said to pull them.  But I don't

10    care.  I'm not.

11            MR. OWENS:  So "Life is precious, stop

12    abortion" is not illegal?

13            MR. HAMMAN:  Well, they're saying that that

14    you're -- they were saying that the original signs

15    like "Free baby supplies" is not demonstrating against

16    it.

17            MS. BLUMENSTOCK:  But that is.

18            MR. HAMMAN:  But that is.  But he was still

19    told to pull them.  I was not recording at first.  I

20    didn't know how to do it.  I've never done a

21    livestream before, so I had to start back over because

22    I hadn't even done it yet.  So we'll see.  I'm a go

23    talk to him some more.

24            MR. LENZINI:  Okay.  You can either text it

25    to me and just send me just whatever you got.  Okay?

Page 11

1              MR. HAMMAN:  Sir, just because you get a

2     complaint about something doesn't make it wrong.

3              MR. LENZINI:  I'm just doing what I'm told,

4     buddy.  Okay?

5              MR. HAMMAN:  Well --

6              MR. LENZINI:  I have to issue a citation now

7     because you won't --

8              MR. HAMMAN:  Do you not agree with -- with

9     freedom of speech in this country?

10             MR. LENZINI:  Totally agree with freedom of

11    speech.

12             MR. HAMMAN:  Then what's wrong with those

13    signs?  How are they in violation of something?

14             MR. LENZINI:  City attorney says they're in

15    violation, so they're in violation.  Okay?  You want

16    to call him up?

17             MR. HAMMAN:  Let's talk to him.

18             MR. LENZINI:  His name is Jamie Snyder.  457-

19    3220.

20             MR. HAMMAN:  Call him up.  Put him on

21    speakerphone.  Let's talk to him.

22             MR. LENZINI:  I'm not calling him; I've

23    already called him.  Okay?

24             MR. HAMMAN:  So people aren't allowed -- so -

25    - so you're not allowed to put any signs out?  That's

Page 12

```
 1    what you're telling me?  What's that code section
 2    saying in it that I showed you?  Two different places.
 3    How is that not an exemption?
 4              MR. LENZINI:  I've got orders to follow just
 5    like everybody else.  Okay?
 6              MR. HAMMAN:  That's what the Nazis said.
 7    They said, "We're going to follow orders just because
 8    we were told to do so and not do what's right."  Does
 9    that make it right?  Just following orders?  You all
10    may not agree with what we're doing out here.  The
11    city may not agree with what we're doing out here.
12              MR. LENZINI:  No one said that.
13              MR. HAMMAN:  Oh, well.  Hey, you only pulled
14    the Freddy sign because I said something.  I didn't
15    see you go in and talk to them and give them a chance
16    to pull it.
17              MR. LENZINI:  I don't have to.  Okay?
18              MR. HAMMAN:  Oh, you can just pull them?
19    They been up there for weeks, them signs been out
20    here.
21              MR. OWENS:  Hey.  Ask the city attorney, if
22    you get an opportunity, how he proposes that we try to
23    help the ladies that were doing --
24              MR. LENZINI:  I don't know.  All I know is
25    I'm supposed to issue you guys a citation.
```

Page 13

```
1              MR. OWENS:  Doesn't matter to me.
2              MR. LENZINI:  You want to take it?
3              MR. HAMMAN:  Well, he can't take one for my
4    signs.  So I guess you'll have to write two.
5              MR. OWENS:  They're my signs.
6              MR. LENZINI:  I'll write you a citation.  Are
7    they your signs?
8              MR. OWENS:  They're my churches signs.
9              MR. LENZINI:  Did they pull them, or would
10   you like me to write --
11             MR. OWENS:  No, we've already pulled them.
12             MR. LENZINI:  Well, you just stuck two more
13   in -- three more in.
14             MR. HAMMAN:  I put some in.
15             MR. OWENS:  That's a different -- that's not
16   my church.
17             MR. HAMMAN:  Hey, I got the city out here
18   trying to write me a citation for these signs.  Yep.
19   What's your name, sir, with the city?
20             MR. LENZINI:  Got my card.
21             MR. HAMMAN:  Well, let me have your card,
22   then.
23             MR. OWENS:  I got it.
24             MR. HAMMAN:  That's fine.  I'll take his
25   card.  Well, he says they can.  He says the city
```

Page 14

```
 1   attorney told him.  John Lenzini; Community
 2   Development  Manager.
 3             MR. LENZINI:  (Inaudible) pull the sign.
 4             MR. HAMMAN:  He tried.  He tried to pull our
 5   signs.  I told him he wasn't allowed to touch my
 6   signs.  If you want to.  Please.  We're at CHOICES.
 7   Thank you.  Bye.
 8             MR. OWENS:  What's your state's attorney's
 9   name over at the city?
10             MR. LENZINI:  Jamie Snyder.
11             MR. OWENS:  Jamie Snyder.  Where is he
12   located?
13             MR. LENZINI:  City Hall.
14             MR. OWENS:  At City Hall?  Jamie Snyder.
15             MR. LENZINI:  Uh-huh.
16             MR. HAMMAN:  Is he coming out?
17             MR. LENZINI:  No.
18             MR. HAMMAN:  Oh, he won't come out and handle
19   it himself?
20             MR. LENZINI:  I'm waiting for a ticket book
21   from one of my employees, and I'm going to write you a
22   citation.
23             MR. HAMMAN:  Okay.
24             MR. LENZINI:  (Inaudible).  I'm sorry because
25   I don't want to be out here.  But you know, if you
```

Page 15

```
1   can't get cooperation, I'm going to (inaudible).  I

2   don't like (inaudible).

3              MR. HAMMAN:  Well, I'm not going to cooperate

4   and just give up my freedoms.  Why would I do that?

5              MR. LENZINI:  Well, do what you got to do.

6              MR. HAMMAN:  Same here.

7              MR. OWENS:  If you want to take it to court -

8   -

9              MR. HAMMAN:  If he wants to take me to court,

10  we'll go to court over it.

11             MR. LENZINI:  What?

12             MR. HAMMAN:  I don't want to go to court, but

13  if he -- if he's going to push it to that point, then

14  I'll do what I have to do.

15             MR. OWENS:  File a complaint?

16             MR. HAMMAN:  Pardon?

17             MR. OWENS:  File a complaint against the

18  city?

19             MR. HAMMAN:  Yeah, if we have to.

20             MR. OWENS:  Yeah.

21             MR. HAMMAN:  I don't want -- I don't want to

22  do that.  I want to be left alone and be allowed to do

23  what I'm doing; what I'm allowed to do legally.

24             MR. OWENS:  Well, we need to call the news

25  media and get them out here.
```

Veritext Legal Solutions
346-293-7000

```
1              MR. HAMMAN:  Okay.
2              MR. OWENS:  Tell him.
3              MR. HAMMAN:  Because once again, it's --
4    it's the city against the people that are for life.
5    The city of death against -- against the people for
6    life.  Sorry, Darlene.  I was not trying to get you
7    stirred up in that, by the way, but I wasn't going to
8    let him push us around.
9              MS. BLUMENSTOCK:  Oh, no, no.  I was just
10   afraid when he started taking them.  I told Bob I was
11   afraid he was going to take him and throw him away.
12   So I thought, "Okay, I'm going to get these."  And he
13   -- I asked for him, and he handed them to me.
14             MR. HAMMAN:  Gotcha.
15             MS. BLUMENSTOCK:  So I was thankful he did
16   that.
17             MR. OWENS:  I'm not sure you want to get a
18   citation.
19             MR. HAMMAN:  It'll be okay.
20             MR. OWENS:  You sure?
21             MR. HAMMAN:  I'm not worried about it.
22   Because here's the thing.  They -- they're trying to
23   take it to that level.  They want to take it to that
24   level.  That means it'll have to go before a judge.
25   Not that I want to do this, because it's not my goal.
```

Page 17

```
 1   But if we don't (crosstalk) --
 2            MS. BLUMENSTOCK:  You almost feel like you
 3   got to make a stand.
 4            MR. HAMMAN:  -- but if we don't -- if we
 5   don't stand up, even on small things -- even on small
 6   things, then you know --
 7            MR. OWENS:  No, I understand.  But I think
 8   there's other ways we can get to them.
 9            MR. HAMMAN:  I understand.
10            MR. OWENS:  I'm thinking we need to go to the
11   news media and say, "Hey, here's what we're doing;
12   here's the signs we're using.  The city of Carbondale
13   has ruled that these are illegal.  We're not allowed
14   to protest."
15            MR. HAMMAN:  Even though they're in their --
16   it's in their own code section.  I showed him the
17   code.  That's the other thing.  I showed him the code
18   section --.
19            MR. OWENS:  Right.
20            MR. HAMMAN:  -- that says that if you're
21   demonstrating, you're allowed to do that.
22            MR. OWENS:  Yeah.
23            MS. BLUMENSTOCK:  So who did he say he's
24   talking to?
25            MR. HAMMAN:  State city attorney.
```

Page 18

1          MR. OWENS:  The city attorney.

2          MR. HAMMAN:  My pastor is going to be here in

3     five minutes.

4          MS. BLUMENSTOCK:  Okay.  That's what I was

5     just going to say; who did you call?

6          MR. HAMMAN:  Good morning.  But guess I went

7     and put my signs out to show them that they're not

8     going to get us -- that they don't have a right to do

9     that.  I didn't do it to engage in -- it's no, we're

10    not going to -- I would have put my signs out if you

11    all hadn't had your signs out already.

12         MS. BLUMENSTOCK:  It kind of made it sound

13    like, you know, I think he is -- I think you -- you

14    pointed that out, that maybe this wasn't showing that.

15         MR. HAMMAN:  He was saying -- yeah, he was

16    saying those were not demonstrating and mine

17    definitely are.

18         MS. BLUMENSTOCK:  Oh man, you handled that

19    wonderful.

20         MR. OWENS:  Yeah.

21         MS. BLUMENSTOCK:  Because that is showing

22    demonstration.  I mean, did it warrant a police

23    officer to come with the sirens on?

24         MR. HAMMAN:  I don't know.

25         MS. BLUMENSTOCK:  I asked him, I said, "Is

Page 19

1    this something new?"

2            MR. OWENS:  I got to to discuss it with Andy

3    on these signs and things before I get into it with

4    the citation and all that.

5            MS. BLUMENSTOCK:  Yeah.

6            MR. HAMMAN:  I don't have any entertainment

7    to get back into law enforcement, so a little ticket

8    every now and then ain't going to hurt me.

9            MR. OWENS:  No, because, I mean, we have to

10   react to it.  I agree with you.  But I want to do it

11   in a manner --

12           MR. HAMMAN:  I knew this was coming.  You're

13   not the first people they've run off with this.

14           MR. OWENS:  Oh, really?

15           MR. HAMMAN:  Yeah.  And that's why --

16           MR. OWENS:  Has anybody challenged it?

17           MR. HAMMAN:  No.  And that's why I'm doing

18   what I'm doing.  Because we have a right to be out

19   here.  We have a right to display signs.  It's in

20   their own code.  And if they want to push it, let them

21   write the ticket and we'll go to court, and I'll show

22   the code section to the judge.

23           MS. BLUMENSTOCK:  Uh-huh, yeah.

24           MR. HAMMAN:  Say, "Your Honor, how am I in

25   violation?

Page 20

```
 1              MS. BLUMENSTOCK:  Yeah.
 2              MR. HAMMAN:  This is what it says."  The
 3    other thing is, he's not law enforcement.  He's going
 4    to have to get an officer down here because I'm not
 5    going to give him my ID unless he --
 6              MS. BLUMENSTOCK:  Yeah, yeah.
 7              MR. HAMMAN:  Yeah.
 8              MS. BLUMENSTOCK:  No, they would have to.
 9    And then that police officer may say, "Well, they can
10    do that."
11              MR. HAMMAN:  Yeah.  I'm going to show the
12    police officer.
13              MR. LENZINI:  I went and pulled the signs.
14    (Inaudible).  No, not here.  No, we pulled the signs.
15    (Inaudible).
16              MR. HAMMAN:  Call my pastor friend down in
17    Kentucky and let him know what's going on.
18              MS. BLUMENSTOCK:  Yeah.
19              MR. HAMMAN:  Hey, I got the city council --
20    the city zoning people out here.  Hey, man, I got the
21    city zoning people out here trying to charge --
22    they're going to write me a citation for my signs.
23    They came out.  I didn't have my signs out.  Somebody
24    else did, and they came out and said that they weren't
25    demonstration signs because it said stuff like, "Free
```

Page 21

1   baby supplies" and stuff.  And I said, "Well, I got

2   some of the demonstration supplies, so I'll put them

3   out."

4            UNIDENTIFIED MALE:  That's crazy.

5            MR. HAMMAN:  So be in prayer.  I don't know.

6   One of my pastors is on his way here.  But be in

7   prayer for us and -- hey, can you put something out on

8   the text thing?  I'm trying not to be too much

9   distracted on the phone.

10           UNIDENTIFIED MALE:  Yeah, I'll do it right

11  now.

12           MR. HAMMAN:  All right.  Thanks, brother.

13  Bye.  My pastor's pulling up now.  He's probably going

14  to park over across the street.  I know Bob doesn't --

15  maybe doesn't want me to get in trouble --  and I

16  appreciate that.

17           MS. BLUMENSTOCK:  Yeah.

18           MR. HAMMAN:  -- and I appreciate that.  And

19  I'm not trying to get in trouble.  I'm really not.

20           MS. BLUMENSTOCK:  I understand your thing a

21  hundred percent, though.  Yeah, we just never had

22  anybody question the signs.

23           MR. HAMMAN:  Oh, it's happened to another

24  church that comes out from -- one Tuesday, actually.

25  They'll probably be out next week.

                                        Page 22

```
1              MS. BLUMENSTOCK:  Yeah.
2              MR. HAMMAN:  Next Tuesday.  They come out on
3    Tuesday; last Tuesday of every month.  And they used
4    to have signs all the way down to that telephone pole,
5    or that light pole --
6              MS. BLUMENSTOCK:  Oh, yeah.
7              MR. HAMMAN:  -- and the police came out and
8    told them that.  And this guy can write his ticket.  I
9    don't -- I don't see how that's going to go anywhere.
10   And like I say --
11             MS. BLUMENSTOCK:  Yeah.
12             MR. HAMMAN:  -- we'll deal with it.  It'll be
13   okay.
14             PASTOR SPARKS:  You rabble-rouser.
15             MR. HAMMAN:  Well, he -- he came in --
16             PASTOR SPARKS:  It's this gentleman over
17   here?
18             MR. HAMMAN:  Yeah.  So he came in, and I
19   didn't have my signs out yet because there's --
20             PASTOR SPARKS:  Okay.
21             MR. HAMMAN:  -- other people here.  They had
22   their signs out, and they had a bunch that said  stuff
23   like, "Baby" -- you know, "Free baby items, ultrasound
24   stuff," you know, and I just -- I don't usually put
25   mine out unless I see need to.
```

Page 23

```
 1            PASTOR SPARKS:  Yeah.
 2            MR. HAMMAN:  And he's like, "Y'all can't have
 3    these.  They're not" -- I was like, "Well, we're
 4    allowed to demonstrate."  "These aren't demonstration
 5    signs."  Said, "Okay, I got something for you."  And
 6    that was -- and he tried to take him, and I go, "Don't
 7    touch my signs.  You're not allowed to take my stuff.
 8    I'm out here.  Freedom of speech."
 9            PASTOR SPARKS:  Yeah.
10            MR. HAMMAN:  "It's in your code section."
11    Tried to show him the code section; he wouldn't hear
12    it.  He's on the phone with the city attorney.  City
13    attorney said to pull my signs.  I told him not to
14    touch my signs.
15            PASTOR SPARKS:  Good.  Good for you.
16            MR. HAMMAN:  So --
17            PASTOR SPARKS:  I'll be here with you.  This
18    is (inaudible).
19            MR. HAMMAN:  Thank you.  My question is this:
20    What -- like, I don't have -- I didn't say anything
21    with -- I just told him, you know, he can't have them.
22    My thing is, he also is not a police officer.  He
23    can't demand my ID anyway.
24            PASTOR SPARKS:  No.
25            MR. HAMMAN:  Okay.
```

Veritext Legal Solutions
346-293-7000

1            PASTOR SPARKS:  Absolutely not.

2            MR. HAMMAN:  Have you met Darlene and Bob, by

3    any chance?

4            MS. BLUMENSTOCK:  He I said I'm okay.

5            PASTOR SPARKS:  Hi, I'm Jared.

6            MS. BLUMENSTOCK:  I'm Darlene.

7            PASTOR SPARKS:  Nice to meet you.

8            MS. BLUMENSTOCK:  Nice to meet you.

9            PASTOR SPARKS:  Hi there, sir.

10           PASTOR SPARKS:  Hey.  I know you, I think.

11           MR. HAMMAN:  Hey, sir?  Have you looked at

12   the code section that says that people are allowed to

13   demonstrate, by any chance?

14           UNIDENTIFIED MALE:  I couldn't hear you.

15           MR. HAMMAN:  Have you seen the code section

16   that says that people are allowed to have signs up and

17   display them when they're demonstrating?

18           UNIDENTIFIED MALE:  I don't know anything

19   about it.  I'm just bringing -- he just needed this.

20   I was just delivering it to him.

21           MR. HAMMAN:  Okay.  Well, I'm -- maybe you

22   can talk to him because there's a code section, and

23   then your code section that -- signs ordinance, it

24   talks about the fact that people are demonstrating or

25   having a political rally, that they're allowed to

Veritext Legal Solutions
346-293-7000

1  display signs.

2              UNIDENTIFIED MALE:  Yeah.

3              MR. HAMMAN:  So he's getting ready to charge

4  me with something.

5              UNIDENTIFIED MALE:  Okay, I don't know.

6              MR. HAMMAN:  I know.

7              UNIDENTIFIED MALE:  He's my supervisor, so I

8  don't know.

9              MR. HAMMAN:  I hear you.  Just don't want you

10  to get wrapped up in it too.

11              PASTOR SPARKS:  Because we're American

12  citizens.

13              MR. LENZINI:  Sir, it's not -- it's not my

14  decision.  You understand that?

15              MR. HAMMAN:  It is your --

16              PASTOR SPARKS:  These are people that --

17  these are people that are trying to do their best.

18  Literally getting (inaudible) offering.  This is

19  illegal what you're doing.  I'm going to take a video

20  of this and get your name.  This is illegal what

21  you're doing.

22              MR. HAMMAN:  I've got his card.

23              PASTOR SPARKS:  Okay.  So right now

24  (inaudible).

25              MR. OWENS:  All right.  She said she's okay

Veritext Legal Solutions
346-293-7000

1    if she moves.

2              PASTOR SPARKS:  Yeah.  I'm over here with the

3    city officials here.  And when you -- you wanted to --

4    what's your name?  Our church, Christ Church of

5    Carbondale, we're here doing -- with End Abortion Now,

6    and out here protesting.  And we have our First

7    Amendment rights that are being violated right now.

8    And this gentleman actually is writing a citation to -

9    - this is John Lenzini.  Is that correct, sir?  John

10   Lenzini.  He's actually writing a citation for having

11   signs out here on public ground.

12             We're all taxpayers.  American citizens.  We

13   have our First -- First Amendment rights that are

14   completely being violated right now.  And these

15   gentlemen actually have the audacity to write a

16   citation.  We're doing everything we can and,

17   literally, unable to hear us speak right now.  We're

18   here fighting for the unborn.  And they're (inaudible)

19   citation to (inaudible) mothers and save babies' lives

20   and try to take (inaudible)(crosstalk) --

21             PASTOR SPARKS:  They're trying to take

22   (inaudible) our people.  It's out on public ground.

23   We're all taxpayers and (inaudible).

24             MR. HAMMAN:  I better call my wife.

25             PASTOR SPARKS:  Lawsuit's coming.  That is

Veritext Legal Solutions
346-293-7000

```
 1   unbelievable.  How many years now have we been out
 2   here?
 3             MR. OWENS:  Two.
 4             MR. HAMMAN:  Maybe they -- granted, they did
 5   it to another church.  I told you.  I told you it was
 6   coming.  I tried to tell you all last, like, last week
 7   or something.  I said, "Hey, if they come out here,
 8   they're going to -- they're going to try it."  They
 9   did a church that comes out once a month.  They rent.
10   They had them do it.  They've told other people not to
11   do it, but I knew it was coming.
12             MR. OWENS:  Not to put up a sign.
13             MR. HAMMAN:  Yeah, that you couldn't have a
14   sign.  Even though their own ordinance.  And I'll show
15   you the ordinance, Jared.  It says, "Commercial signs
16   prohibited; signs carried, waved, or otherwise
17   displayed by persons either on public right-of-way or
18   in a manner visible from public rights.  This
19   provision is directed towards such displays" -- and
20   I've showed him this -- "intended to draw attention
21   for commercial purposes.  It is not intended to limit
22   the display of banners, flags, or other signage by
23   persons participating in demonstrations, political
24   rallies, and similar events."
25             PASTOR SPARKS:  Wow.
```

Page 28

1                MR. HAMMAN:  It's in there twice, Jared.

2                MR. OWENS:  Maybe you want to put on the

3     thing, "This citation in context is not according to

4     ordinance so-and-so."

5                PASTOR SPARKS:  (Inaudible) and you know it.

6     You're not acting as men of principle.  This is

7     cowardice.

8                MR. HAMMAN:  Watch yourselves, Bob.  Bob?

9     Bob?

10               PASTOR SPARKS:  Please put the ordinance

11    violation on there if you can find one.

12               MR. HAMMAN:  Watch out.  I told them what I

13    heard about the other.  Said if this happens, I'm not

14    going to back down.  If we keep doing it -- and I

15    understand your position -- but if we keep doing it

16    and we lay -- like, if I let them do it (crosstalk) --

17               MR. OWENS:  Oh, I know.  I'm just going to

18    make sure that the church is aware (crosstalk) --

19               MR. HAMMAN:  Oh, yeah.  That's why I called -

20    -

21               MR. OWENS:  -- what I'm doing with those

22    signs --

23               MR. HAMMAN:  Yeah.

24               MR. OWENS:  -- and that they know.  I got to

25    give them a heads up --

Veritext Legal Solutions
346-293-7000

```
1            MR. OWENS:  I understand.

2            MR. OWENS:  -- before I --

3            MR. HAMMAN:  Well, I gave -- I gave Jared,

4    one of my other elders, a heads-up the other day --

5            MR. OWENS:  Okay.

6            MR. HAMMAN:  -- that this was probably --

7    hey, who's that attorney's office?  Alliance Defending

8    Freedom.  Is that the one?

9            PASTOR SPARKS:  Yeah.  We've got to start

10   something, because you don't need to be paying this,

11   and we will not let them touch our signs.  I'll go to

12   jail before I let them take your signs.

13           MR. OWENS:  Tell them to put the -- we want

14   the ordinance that they're -- that we're violating on

15   it.

16           PASTOR SPARKS:  We would like the ordinance

17   violation on the citation, please.  This will be

18   thrown out.  If you claim to be a Christian, you

19   should care about the law.  All these laws.

20           MR. OWENS:  Too bad the state's attorney is

21   not still in there.  My friend.

22           MR. HAMMAN:  Oh.

23           PASTOR SPARKS:  The law is not your concern.

24           MR. HAMMAN:  I got to call my wife.  I think

25   I'll let her know what's going on just to  --
```

Page 30

1              PASTOR SPARKS:  You're more concerned about
2      trying to stop people who are fighting for the lives
3      of the unborn (inaudible).
4              MR. LENZINI:  These your signs, or
5      (inaudible).
6              MR. HAMMAN:  They're my signs.  What's on --
7      what's on the ticket?  What's the code section?
8              MR. LENZINI:  Right there.  That's the code.
9              MR. HAMMAN:  Hang on a minute.  You're
10     pointing stuff (inaudible).
11             MR. LENZINI:  You're placing your signs on
12     the public right-of-way.
13             MR. HAMMAN:  What's that code section, is
14     what I'm asking you.  I asked you a question.
15             MR. LENZINI:  Right there.  15.4.10-8A.
16             MR. HAMMAN:  Yeah.  Yeah, that's the one has
17     the exemptions in it.  That's the same one has
18     exemptions in it.  Right?
19             MR. LENZINI:  Can I see your ID, sir?
20             MR. HAMMAN:  No, sir.  You don't have the
21     authority to ask us for -- for ID.
22             MR. LENZINI:  What's your name?
23             MR. HAMMAN:  I'm not giving it to you.
24             MR. LENZINI:  Okay.  It'll be a police
25     officer here in a minute --

Veritext Legal Solutions
346-293-7000

```
 1                    MR. HAMMAN:  Okay.

 2                    MR. LENZINI:  -- and we'll get it from you.

 3                    MR. HAMMAN:  That's fine.

 4               PASTOR SPARKS:  So these things have happened

 5     literally for decades.  This is -- our whole nation is

 6     built on First Amendment rights.

 7                    MR. HAMMAN:  Hey, ma'am?  Ma'am, if you took

 8     the pill today, I want you to know about

 9     abortionpillreversal.com.  We'd love to help you.

10     There's still a chance for your baby to live today.

11     Please let us help you.  Come talk with us.  We'd love

12     to pray with you and find a solution that's not taking

13     the life of your innocent child.

14                    MR. LENZINI:  You're an American citizen,

15     like you just said.  You guys can take it to court,

16     and you can fight it.

17               PASTOR SPARKS:  Okay.  So you know that this

18     is a violation of First Amendment rights.  Correct?

19                    MR. HAMMAN:  It's a violation of your own

20     ordinance.

21                    MR. LENZINI:  I don't know.

22               PASTOR SPARKS:  It's a violation of your own

23     ordinance.

24                    MR. LENZINI:  I know what the city attorney

25     told me, gentlemen.  I'm not going to tell you again.
```

Page 32

```
1    That's what the city attorney told me.  (crosstalk) --
2            MR. HAMMAN:  Again, that's what the Nazis
3    said.  The Nazis said --
4            MR. LENZINI:  The city attorney told me to
5    issue a citation.
6            MR. HAMMAN:  -- "Please tell me what to do."
7            PASTOR SPARKS:  So, like, as a man of
8    principle.  You claim you're a Christian.
9            MR. HAMMAN:  "I can't get in trouble because
10   you told me to do it."
11           PASTOR SPARKS:  Can't you walk?  I mean,
12   can't you interpose and say, "I'm not going to do
13   that; it's against my beliefs"?  Instead -- what are
14   they going to tell you to do next that you're going to
15   say, "Well, he told me to do it.  My boss told me to
16   do it.  So I got to do it."  I mean, it's absurd.  And
17   then trying to take away private (00:30:54).
18           MR. HAMMAN:  Hey.  I'm just letting me know
19   what's going on in case I get arrested or something.
20   I think I'm going to.  But they showed up to take our
21   signs down, and I'm not cooperating.  Jared -- I
22   called Jared, and Jared's out here with me.  So I'm
23   just giving you a heads-up.  If I get arrested, it's a
24   no bail state.  I'll get out anyway, but the -- the
25   city -- the city building and Neighborhood Services
```

Veritext Legal Solutions
346-293-7000

```
 1   Division tried to take my signs, and I told them not
 2   to touch them.  So it is legal.  They're just -- they
 3   got a complaint, and so -- oh, hey, Jared.  They said
 4   they got a complaint and that's why.  Somebody --
 5            PASTOR SPARKS:  Who cares if they got a
 6   complaint?
 7            MR. HAMMAN:  I know, I'm just telling you
 8   that was his justification for coming out here.
 9            PASTOR SPARKS:  I have a complaint.  You guys
10   got a complaint about the sign.  I have a complaint
11   (crosstalk) --
12            MR. HAMMAN:  I didn't mean to just let him
13   loose again.  Oh, all right.  Well, I'm a get off.  I
14   just wanted to let you know what's going on.
15            PASTOR SPARKS:  -- and say who gives time,
16   money, energy, and resources (inaudible).
17            MR. HAMMAN:  Well, Jared and I do, but I
18   don't know if it's going to happen.  Jared
19   understands.  We can reschedule.  I love you.  No, it
20   was at 12, so -- hey, good morning.  Yeah.  We'll go -
21   - we'll go to the church together.  Can I give you
22   this?
23            UNIDENTIFIED FEMALE:  Oh, I can't have no
24   kids.
25            MR. HAMMAN:  No, no, no.  This is not about
```

Veritext Legal Solutions
346-293-7000

1  kids.

2           UNIDENTIFIED FEMALE:  Okay.

3           MR. HAMMAN:  It's not about kids.  Nope.

4           UNIDENTIFIED FEMALE:  All right.

5           MR. HAMMAN:  No, it's just a -- this is a

6  gospel track.

7           UNIDENTIFIED FEMALE:  Thank you.

8  (Inaudible).

9           MR. HAMMAN:  All right, have a good one.  All

10  right, I love you.  Oh, I don't know what they would

11  do.  It'd be interesting.  I don't know.  Well, he

12  tried to issue me a citation and cops -- he said he's

13  calling the cops.  Well, okay.  Here they are.  All

14  right.  I better go.  Hey, watch out, Jared.  Love you

15  too.  Love you.

16           PASTOR SPARKS:  Meanwhile, you got blood

17  being spilled all over the city.

18           MR. HAMMAN:  All right.  So what's the game

19  plan?

20           PASTOR SPARKS:  Well, we're going to stand

21  our ground.  I mean, I'll let you take the lead, but

22  I'm here with you.

23           MR. HAMMAN:  How you doing, Officer?

24           MR. LENZINI:  How's it going?  This gentleman

25  here --

                                        Page 35

1           MR. HAMMAN:  How you doing, Officer?

2           MR. LENZINI:  -- has been asked to remove the

3    signs that have been placed in the right-of-way.

4    (Inaudible) --

5           OFFICER TYNER:  Okay.

6           MR. LENZINI:  -- on a complaint.  The city

7    attorney says they are in violation of the city sign

8    ordinance, and I was told to issue a citation.

9           MR. HAMMAN:  This is -- this is the sign

10   ordinance (crosstalk) --

11          MR. LENZINI:  This gentleman will not produce

12   his ID so that I can give him a citation.

13          MR. HAMMAN:  -- that says demonstrators are

14   allowed to have signs, that it does not apply.

15          OFFICER TYNER:  They can't be, like, in the

16   ground.

17          MR. HAMMAN:  Look, look.  Actually, that's

18   not true.  It says, "Not intended to limit the display

19   of banners, flags, or other signs by persons

20   participating in demonstrations, public events, and

21   rallies."  It does not say how they're -- how they're

22   set up, how they're -- how they're put up.

23          OFFICER TYNER:  What I'm telling you is we

24   have an ordinance on placing signs.

25          MR. HAMMAN:  I know.  This is --

                                              Page 36

1          OFFICER TYNER:  It could be a yard sale sign.
2     It could be anything.  It can't be on the on the -- on
3     the city's right-of-way.
4          MR. HAMMAN:  But it does not apply
5     (crosstalk) --
6          PASTOR SPARKS:  It's a public demonstration.
7          MR. HAMMAN:  Twice.  I'm showing you two
8     times in your own code section.  This is the city of
9     ordinances -- the city of Carbondale's ordinance that
10    says, "This provision is directed toward such displays
11    intended to draw attention for commercial purposes and
12    is not intended to limit the display of banners,
13    flags, or other signage by persons participating in
14    demonstrations, political rallies, and similar
15    events."  It does not say if they're allowed -- not in
16    the ground.  It doesn't specify how they're displayed.
17    It says --
18         OFFICER TYNER:  I'm not disagreeing with what
19    you're saying.
20         MR. HAMMAN:  Okay.
21         OFFICER TYNER:  I'm telling you there's a
22    supervisor coming here.
23         MR. HAMMAN:  Yeah.
24         OFFICER TYNER:  He'll make the decision.
25         MR. HAMMAN:  Okay.

                                        Page 37

1              OFFICER TYNER:  But --

2              MR. HAMMAN:  I just wanted to show you the

3     ordinance.

4              OFFICER TYNER:  -- we do have -- we do have

5     an ordinance that says people can't place signs on --

6              MR. HAMMAN:  That's that ordinance.

7              OFFICER TYNER:  Okay.

8              MR. HAMMAN:  Look at -- sir?

9              MR. LENZINI:  I sent the city attorney a

10    picture of your sign (crosstalk) --

11             MR. HAMMAN:  I appreciate you.

12             MR. LENZINI:  -- and he says they're in

13    violation.

14             MR. HAMMAN:  Well, sir, they are a

15    demonstration against the --

16             PASTOR SPARKS:  Yeah, they're a

17    demonstration.

18             MR. HAMMAN:  -- the brutal murder of innocent

19    children that happens here every day that this place

20    is open.

21             PASTOR SPARKS:  If there was a, you know,

22    "Elon Sucks" sign or something like that up downtown,

23    then nobody's going to say anything about it at all.

24    It's because of the content of the sign.

25             MR. LENZINI:  No, we'd probably pull it too.

                                            Page 38

1    It's because the content of the signs that people are
2    uncomfortable with.
3            MR. HAMMAN:  You're here because someone
4    complained.  And instead of -- instead of having the
5    gumption to say, "Sir, they have a right to be out
6    there; our own ordinance says so," you've decided to
7    push against someone's civil liberties.
8            MR. LENZINI:  I didn't decide anything.
9            MR. HAMMAN:  Yes, you did.  As soon as you
10   accepted what the city attorney said instead of
11   saying, "We can't do this; we don't have the right to
12   do this" you chose the side that says, "We're going to
13   -- we're going to violate your rights."
14           PASTOR SPARKS:  It's selective punishment, is
15   exactly what it is.  Or it's selective enforcement, is
16   exactly what it is.  You can get out here with purple
17   hair, (crosstalk) --
18           MR. HAMMAN:  And I appreciate you.  I don't
19   have an issue.  I just want you to know that.
20           PASTOR SPARKS:  -- everything -- and do an
21   LGBT.
22           OFFICER TYNER:  But I'm not -- we have a
23   right to be out here.  I'm not disagreeing with you.
24   I'm just going to make sure when a supervisor gets
25   here, he'll look over everything.

Veritext Legal Solutions
346-293-7000

1          MR. HAMMAN:  Okay.

2          OFFICER TYNER:  He'll make a decision, and

3    there'll be a court date if you get a citation.

4          MR. LENZINI:  I think they can pick the signs

5    up and walk around with him in their hand, and they're

6    fine.

7          OFFICER TYNER:  That's what I think too.

8          MR. LENZINI:  I mean, that was the problem.

9          MR. HAMMAN:  But that's not what your own

10   ordinance says.

11         OFFICER TYNER:  Okay.  A lot of times people

12   have -- they disagree with the ordinances.  They go --

13   they go to the court thing, and either works in their

14   favor, or it doesn't.  But I mean, there's no reason

15   to sit and have an argument about it.

16         MR. HAMMAN:  The display -- it says, "It's

17   not to limit the display."

18         OFFICER TYNER:  Yeah.

19         See, here's the thing:  "Carried, waved, or

20   otherwise displayed."  And then it goes on to say --

21   and that's otherwise displayed.  It's not carried or

22   waved; it's otherwise displayed.  And it goes on to

23   say that "This code does not go against those that are

24   doing demonstrations," which is what I'm doing.  I

25   mean, it's in your own code section.  Revise your code

Page 40

```
 1   if it's that -- if it's that hard for you.  I'm going
 2   to go over here and try to save babies.
 3               MS. BLUMENSTOCK:  Now what are they saying?
 4               MR. HAMMAN:  A supervisor coming from the
 5   police department.
 6               MS. BLUMENSTOCK:  So is the policemen
 7   thinking they can --
 8               MR. HAMMAN:  The policeman has not made a --
 9   he's going to leave it to his supervisor because he
10   don't want to get involved.
11               MS. BLUMENSTOCK:  Yeah.  Oh, well.
12               MR. HAMMAN:  Hey.
13               MS. BLUMENSTOCK:  He said if I keep moving,
14   I'm all right.
15               MR. HAMMAN:  He's full of nonsense.
16               MS. BLUMENSTOCK:  I told him, "I (inaudible)
17   handing out, telling people where to get baby
18   supplies.  Am I all right?"  He says, "You keep
19   moving, you're all right."  I said, "Okay."  You think
20   they'd read the code and they would go, "Okay."
21               MR. HAMMAN:  I had to show him.  I'll show
22   the other officer when he gets here.
23               MS. BLUMENSTOCK:  Yeah.  Just say, "Okay.
24   You're right; I'm wrong.  (Inaudible), and just suck
25   it up and go, but --
```

Page 41

```
 1              MR. HAMMAN:  We'll see, now he's too
 2     invested.
 3              MS. BLUMENSTOCK:  Yeah, yeah.  Oh, exactly.
 4     Yeah.  And he's thinking, "I'm just doing what I was
 5     told to do" --
 6              MR. HAMMAN:  Yep, that's exactly right.
 7              MS. BLUMENSTOCK:  -- without saying, "Hey,
 8     buddy, is this really -- they're all right, aren't
 9     they?  This is what the code says."
10              MR. HAMMAN:  Because he said you're going to
11     take these signs.  I'm, like, "Well, they're not my
12     signs."  Because those weren't my signs.
13              MS. BLUMENSTOCK:  Yeah, yeah, yeah.
14              MR. HAMMAN:  I was just trying to be honest.
15     They're not my signs --
16              MS. BLUMENSTOCK:  Yeah.
17              MR. HAMMAN:  -- but if you say we can't have
18     them, I'm --
19              MS. BLUMENSTOCK:  Yeah.
20              PASTOR SPARKS:  Hey, let's do everything now.
21     Especially the supervisor gets here.  Just --
22              MR. HAMMAN:  I'm trying, I'm trying.
23              PASTOR SPARKS:  -- be chill.  I know.  You're
24     doing good.  Father, we just pray for favor and wisdom
25     right now.  Thank you that the law is on our side.
```

Page 42

```
 1    This is just a frustrating thing.  People just do what
 2    they're being told to do.  So, please, God, give us
 3    wisdom and favor right now.  Thank you for bringing
 4    him this courage.  Just give him strength.  And we
 5    just ask that -- that you'd be honored through this.
 6    In Jesus name.  Amen.
 7              MR. HAMMAN:  Amen.
 8              PASTOR SPARKS:  There's the supervisor.
 9              MR. HAMMAN:  Uh-huh.  Well, I was trying to
10    call Operation Rescue, but we'll do a news article on
11    it.
12              PASTOR SPARKS:  Said he's going to explain
13    that to him.  Oh.  Good job not getting (inaudible).
14              MR. HAMMAN:  He is not a -- he's not a police
15    officer investigating a crime.
16              PASTOR SPARKS:  Right.  Even if he's a police
17    officer coming up, unless he's telling you're in --
18    you're not obligated to give your ID.
19              MR. HAMMAN:  So not unless they suspect you
20    of -- like, they have to have reason (inaudible)
21    suspicion of a crime.
22              Okay.  It's a city ordinance, and I can push
23    that.  I want to push that so far because that -- poor
24    Bob (inaudible).  But I think Bob's worried I'm going
25    to get in trouble.
```

Page 43

```
 1              PASTOR SPARKS:  Uh-huh.
 2              MR. HAMMAN:  I told him, I said, "Well, I'm
 3    not worried.  I mean, I'm I have no intention of
 4    getting back in law enforcement anytime soon."
 5              PASTOR SPARKS:  I may be pulling my phone out
 6    here, just depending upon how this goes.
 7              MR. HAMMAN:  I'm recording right now.
 8              PASTOR SPARKS:  Oh, you are?  Okay, good.
 9              MR. HAMMAN:  But feel free to grab another
10    angle.
11              PASTOR SPARKS:  Yeah.
12              MR. HAMMAN:  Hey, if they -- can you drive my
13    car?
14              PASTOR SPARKS:  Yeah.
15              MR. HAMMAN:  (Inaudible).
16              PASTOR SPARKS:  You're not going to be
17    arrested, dude.
18              MR. HAMMAN:  You never know.  I'm not going
19    to sign the ordinance.  I'm not going to sign it
20    either.
21              PASTOR SPARKS:  Yeah.
22              MR. HAMMAN:  That'd be me.
23              PASTOR SPARKS:  Are you prepared?
24              MR. HAMMAN:  Yeah.
25              PASTOR SPARKS:  Okay.
```

Page 44

```
 1              MR. HAMMAN:  Let me give you all my stuff.

 2              PASTOR SPARKS:  Yeah.

 3              MR. HAMMAN:  Have you come pick me up.

 4         It's a no bond state.  We'll be all right.

 5              PASTOR SPARKS:  Huh?

 6              MR. HAMMAN:  It's a no bond state.  We'll be

 7    all right.

 8              PASTOR SPARKS:  Yeah.

 9              MR. HAMMAN:  How you doing, sir?

10              OFFICER MARK:  Pretty good.  How are you,

11    sir?

12              MR. HAMMAN:  I'm all right.

13              OFFICER MARK:  So --

14              MR. HAMMAN:  My name is Brandon.

15              OFFICER MARK:  Brandon, Mark.  Nice to meet

16    you.

17              MR. HAMMAN:  Nice to meet you, man.

18              PASTOR SPARKS:  I'm Jared.

19              OFFICER MARK:  Jared.

20              PASTOR SPARKS:  Yes, sir.

21              OFFICER MARK:  Nice to meet you.

22              MR. HAMMAN:  Well, I'm out here demonstrating

23    --

24              OFFICER MARK:  Yeah.

25              MR. HAMMAN:  -- abortion.  That's what my
```

Page 45

1  goal is out here, is to try to rescue babies, share

2  the gospel, get people to realize that babies are

3  murdered here.  That's why I'm out here.

4         OFFICER MARK:  I don't want to get involved

5  as far as, like, what you're here for.  Obviously,

6  you're allowed to be here, and you're allowed to

7  protest.

8         MR. HAMMAN:  Yeah.

9         OFFICER MARK:  I guess the only question is

10  the two signs that are there.  You can hold them and

11  walk around with them, but I guess they can't be on

12  the easement.

13         MR. HAMMAN:  Can I -- can I show you

14  something real quick?

15         OFFICER MARK:  I guess (inaudible)?

16         MR. HAMMAN:  Yeah.

17         PASTOR SPARKS:  Oh, yeah.  People don't like.

18         MR. HAMMAN:  People don't like -- that's why

19  he's here.  Because someone called.  They didn't like

20  the fact that there were signs out here.

21         OFFICER MARK:  Yeah.

22         MR. HAMMAN:  But I want to show you something

23  in your own Carbondale ordinance.

24         OFFICER MARK:  Okay.

25         MR. HAMMAN:  "Commercial signs prohibited,

Veritext Legal Solutions
346-293-7000

1 including signs that are carried, waved, or otherwise

2 displayed by persons either in the public right-of-way

3 or in manner visible from public right-of-way."

4     OFFICER MARK:  Can I read it?

5     MR. HAMMAN:  Please.

6     OFFICER MARK:  May I hold this?

7     MR. HAMMAN:  Absolutely.  That's okay.

8     We get that all the time.  No worries.  She

9 gave us the finger.

10     OFFICER MARK:  Oh, okay.

11     MR. LENZINI:  Jamie says issue a citation.

12 He's seen the picture of the signs, where they're

13 posted at, and so on, so forth.

14     OFFICER MARK:  "For a commercial purpose."

15     MR. HAMMAN:  Right.  But it also then goes on

16 to say it does not -- this does not apply.  So the

17 people holding them, waving them or otherwise

18 displaying them does not apply to someone

19 demonstrating for a political rally.

20     OFFICER MARK:  Yeah.

21     MR. HAMMAN:  No signs are otherwise

22 displayed.  And they're not touching anybody's

23 property; they're on public right-of-way.  And he's --

24 he's trying to write me a citation for something that

25 in your own order -- it's in two sections.  There's

Page 47

```
 1   another section there.  You can -- if you flip right
 2   or left.  I can't remember which way it goes.  It's
 3   the exact same verbiage --
 4            OFFICER MARK:  Uh-huh.
 5            MR. HAMMAN:  -- in the same two sections in
 6   the same code that allow us to demonstrate against an
 7   evil that's taking place in the city.
 8            PASTOR SPARKS:  So this has been something
 9   that's happening several years now.  These kind of
10   things have been going on, and this is a national
11   organization with these signs where it's all over the
12   country.  It's called End Abortion Now.  People are
13   saying, "We'll adopt your babies, we'll give you
14   resources and money."  And these sorts of signs, then,
15   are in places just like this all over the country, on
16   public land, on public ground, as demonstrations.
17            (Crosstalk)
18            MR. LENZINI:  But now they got stuff that
19   (inaudible).
20            MR. HAMMAN:  I don't.  And so -- so because
21   of that, I'm not going to take the signs down, and I'm
22   not going to sign the citation.
23            OFFICER MARK:  The city attorney is saying
24   that it's not allowed.  Not that he's God or anything.
25   But his interpretation of it is that you can't put it
```

Page 48

1    anywhere.
2              MR. HAMMAN:  Have you talked to the city
3    attorney about this?
4              OFFICER MARK:  I can call him.
5              MR. HAMMAN:  Why don't you give him a call
6    and bring that -- bring those two sections.  This
7    exact code.  Get the code section from it.
8              OFFICER MARK:  Here.  I'll just take
9    (inaudible).
10             MR. HAMMAN:  It might be better to take it in
11   your car with the screen.
12             OFFICER MARK:  I can block it in the shade.
13             PASTOR SPARKS:  Officer, thank you for being
14   out here.
15             MR. HAMMAN:  I appreciate you being
16   reasonable enough.
17             OFFICER MARK:  Yeah.  No, sorry to have to
18   come out.
19             MR. HAMMAN:  No, that's okay.
20             PASTOR SPARKS:  The frustrating thing about -
21   -
22             MR. HAMMAN:  So you get the other section as
23   well because, like I say, it's in there.  It's in
24   there two places.  And we're only here for a few hours
25   and then we're gone.  We're not leaving them here.  We

                                          Page 49

```
 1   don't --
 2              OFFICER MARK:  But --
 3              PASTOR SPARKS:  So I'm one of Brandon's
 4   pastors, and what's been amazing to see these
 5   demonstrators out here, is they're actually --
 6              OFFICER MARK:  I don't know that we need any
 7   more assistance.
 8              PASTOR SPARKS:  These folks are getting time,
 9   energy, resources, money --
10              MR. HAMMAN:  Hey, guys.  Praying for you
11   today.  Can I talk to you real quick?
12              PASTOR SPARKS:  -- for babies.  They're doing
13   really good work.  They're not just here
14   demonstrating; they actually care.  And I've seen
15   Brandon really care about these moms and babies from
16   all over the Midwest with them coming here.  So it's
17   really good, good work being done where it's not just
18   trying to get people to stop.  It's saying, "Hey,
19   we've got -- we're giving ourselves here to help you
20   out."  So he's doing good work, and this is
21   unfortunate.
22              OFFICER MARK:  Hey, here's my request for
23   you.
24              PASTOR SPARKS:  Hey, listen.  I'm not trying
25   to be annoying.  It's just frustrating.
```

Page 50

```
 1              MR. HAMMAN:  You doing okay?

 2              MS. BLUMENSTOCK:  Yeah, I'm doing fine.

 3              MR. HAMMAN:  Okay.

 4              MS. BLUMENSTOCK:  Give a 68-year-old woman a

 5    -- just trying to give --

 6              PASTOR SPARKS:  That's why I see -- I -- I'm

 7    taking all the heat.  You're good.

 8              MS. BLUMENSTOCK:  I know.  I'm just giving

 9    out baby supplies.  Trying to.

10              MR. HAMMAN:  I know.  And we did.  We got

11    this morning.

12              MS. BLUMENSTOCK:  We got to a couple people.

13    Now everybody might be afraid to stop.

14              OFFICER TYNER:  We never had an issue.  You

15    guys do this all the time, and no one ever calls us --

16              MR. HAMMAN:  Yeah, for years.

17              OFFICER TYNER:  -- unless the signs are today

18    the issue.  You know, and then, so if you guys were

19    carrying, and we wouldn't have got called.

20              MR. HAMMAN:  It's happened a couple times

21    because I have some other people that I know that came

22    out, and you guys came out and told them they couldn't

23    have the sign then too.  So this isn't the first time.

24    Like, it may be the first time (crosstalk) --

25              MR. LENZINI:  It's not the first time that
```

Page 51

1  we've been out here.  Maybe first time (inaudible)
2  been out here, but --
3            PASTOR SPARKS:  You guys ever get complaints
4  about these places in town?  Because here, Planned
5  Parenthood.  I don't know.  Like, the weird thing is -
6  -
7            OFFICER TYNER:  Everybody in town's got
8  different opinions.  You know what I mean?  So --
9            PASTOR SPARKS:  I understand that.  I
10  understand that.
11            MR. LENZINI:  Left and right.
12            PASTOR SPARKS:  Yeah, I understand that.
13  People have different opinions, but there's still an
14  ethical principle of life.  And I understand people  -
15  - people (crosstalk) --
16            MR. LENZINI:  That's not what we get paid to
17  enforce.
18            PASTOR SPARKS:  I understand.
19            MR. LENZINI:  So we get paid to enforce the
20  city ordinance.
21            PASTOR SPARKS:  I'm just -- I'm just talking
22  about the -- the justice as a whole.  Like, just
23  appealing to conscience and right and wrong.  And you
24  guys know.  There's suppression for --
25            MR. LENZINI:  Just between you and me.  I'd

Veritext Legal Solutions
346-293-7000

```
1    pull the signs up, walk around with them, okay, and
2    just let us get about our business.
3              MR. HAMMAN:  But see -- and I understand
4    that.
5              MR. LENZINI:  Right?
6              MR. HAMMAN:  But here's the thing.  Here's
7    the thing.  You're saying, "Hey, you do something so
8    that we don't have to have a problem.  But when we
9    roll over for people when we have a right to stand up
10   for ourselves -- and I've not (crosstalk) --
11             MR. LENZINI:  You're not rolling over.
12   Everybody can still see your signs.
13             MR. HAMMAN:  My thing is, if you're going to
14   enforce it -- if you're going to enforce -- no.  But
15   see, it --
16             PASTOR SPARKS:  You know, it's still pushing
17   an ordinance.
18             MR. HAMMAN:  You know what it does?  Here's
19   the thing -- here's the thing:  when I go up to talk
20   to a car, try to help somebody, if I'm holding a sign,
21   I've got a sign I got to battle with.  It's hard to
22   hand track.  It's hard to share the gospel.
23             MR. LENZINI:  And you can set it down.
24             MR. HAMMAN:  And that's what I'm out here
25   doing.
```

Page 53

1          MR. LENZINI:  Now we (inaudible) and have

2   another police personnel come here.  Now we're trying

3   to (crosstalk) --

4          MR. HAMMAN:  You can call the police.

5          MR. LENZINI:  Three -- three police tied up,

6   okay, because you won't give me your ID.

7          MR. HAMMAN:  Yeah.  I'm not going to give you

8   my ID.

9          MR. LENZINI:  If you don't give me your ID,

10  then it's going to escalate.  Okay?

11          MR. HAMMAN:  I'm not going to give you my ID

12  because you're -- I'm not -- I'm not guilty of

13  anything.  So I'm not going to give it to you.  I've

14  showed you (crosstalk) --

15          MR. LENZINI:  (Inaudible) and pull the sign.

16          MR. HAMMAN:  You said you want to enforce

17  your ordinance.  Then enforce it all the way.  And

18  when it says the demonstrators are allowed to have

19  their signs, don't try to falsely charge them.  That

20  would be enforcing your thing.

21          PASTOR SPARKS:  Downtown.  If I was to call

22  and complain somebody's up here because they got an

23  anti-Trump sign, or an anti-Biden sign -- who knows?

24          MR. LENZINI:  I've pulled anti-Trump signs,

25  sir.

                                          Page 54

```
1              PASTOR SPARKS:  Okay, okay.  So if you had
2     those and somebody's complaining --
3              MR. LENZINI:  And anti-Biden sign.  I've
4     pulled them all.
5              PASTOR SPARKS:  They have -- they have
6     military signs.
7              MR. LENZINI:  City council candidates on the
8     right-of-way.
9              MR. HAMMAN:  What about election signs?
10             PASTOR SPARKS:  No, that's demonstration
11    signs?
12             MR. LENZINI:  Yeah, I've pulled them on city
13    right-of-way.
14             MR. HAMMAN:  I see them sitting all the time.
15             MR. LENZINI:  And we pull them all the time.
16             MR. HAMMAN:  Only if people call?
17             MR. LENZINI:  No.  We -- we pull them all the
18    time.
19             MR. HAMMAN:  Okay.  Well, go (crosstalk) --
20             MR. LENZINI:  (Inaudible) --
21             MR. HAMMAN:  -- go over to Planned
22    Parenthood.  There'll be some over there.  There's
23    some election signs over there.  There's the
24    complaint.  There's some over -- there's some election
25    signs over at Planned Parenthood.
```

Page 55

1            MR. LENZINI:  I will go get them.

2            OFFICER MARK:  Okay, all right.  I talked to

3    the city attorney --

4            MR. HAMMAN:  Yes.

5            OFFICER MARK:  -- briefly.  He said it still

6    is a violation.  He sent me the actual section if you

7    want to take a picture of it.  Okay.

8            MR. HAMMAN:  And where is it?

9            OFFICER MARK:  I'll show you if you want to -

10   - is that good enough?  Is that dark enough?

11           MR. HAMMAN:  Hang on a second.  My camera is

12   not the fastest.

13           OFFICER MARK:  No.  I just want to make sure

14   we're not -- shading is not an issue.

15           MR. HAMMAN:  Let's go with -- that'll work.

16   At least I should be able to get the --

17           OFFICER MARK:  Right.  So number one says,

18   "No sign may be erected, suspended, or encroached upon

19   any public right-of-way."  And then, number three, "No

20   temporary sign shall be placed within 20 feet of the

21   curb line of any adjoining street surface."

22           (Crosstalk)

23           MR. LENZINI:  A lot of them overdose on -- on

24   their own.  My son says he's -- they're Narcan-ing

25   (inaudible) --

                                        Page 56

1              OFFICER MARK:  Is that 20 feet?

2              MR. HAMMAN:  Okay.  So the first one says no

3    -- that would -- that would obstruct right-of-way the

4    vehicle or pedestrian traffic, which they're not.

5    They're out of -- like, if you read that full number

6    one -- you just read it to me.  "No sign may be

7    erected or suspended over or encroached upon the

8    public right-of-way (crosstalk) -

9              OFFICER MARK:  Right.

10             MR. HAMMAN:  -- except as provided --

11             OFFICER MARK:  "Encroach upon."  Right?

12             MR. HAMMAN:  -- visual clearance needed for

13   safe vehicle or pedestrian traffic."  So it's not

14   violating pedestrian traffic.

15             OFFICER MARK:  And he cited those?

16             MR. HAMMAN:  Yeah.

17             OFFICER MARK:  Yeah.  And I'm just rattling

18   off what he's saying.

19             MR. HAMMAN:  Sure.

20             OFFICER MARK:  And number three, I think

21   seems to fit most clearly.

22             MR. HAMMAN:  No -- the right to within 25 --

23   "20 feet of the curb line of adjoining street except

24   those located in the BPR district."  So "No signs

25   shall be erected to obstruct the visual clearance."

Page 57

```
1    So this has to do with vehicle traffic.
2              MR. LENZINI:  I'm on the board with Southern
3    (inaudible).
4              MR. HAMMAN:  "If the sign is not
5    communicating a message, it shall be required
6    (inaudible) shall be regulated -- commercial signs."
7              MR. LENZINI:  Sad.  It's sad.
8              MR. HAMMAN:  Okay.  So you're saying if I
9    move it 20 feet in, it's safe?  It's fine?
10             OFFICER MARK:  That would be on their
11   property.
12             MR. HAMMAN:  No, that's -- that's all right
13   away all the way down through here.
14             OFFICER MARK:  It is?
15             MR. HAMMAN:  Yep.  We can walk all the way
16   down through there.  That whole -- that whole section
17   of grass, basically, from the fence to the road.
18   Public.  And they would have to complain.
19             OFFICER MARK:  And they would.
20             MR. HAMMAN:  Yeah, but I've been putting them
21   up here by this light.
22             PASTOR SPARKS:  So you're saying if you put
23   it 20 feet in that way, or it's got to be 20 feet from
24   the -- from the public sidewalk?
25             OFFICER MARK:  I would say 20 feet
```

Page 58

```
1   (crosstalk) --
2             PASTOR SPARKS:  From the drive?
3             OFFICER MARK:  -- from the right-of-way here
4   and the sidewalk.
5             PASTOR SPARKS:  So basically --
6             OFFICER MARK:  And then I'm sure they'll
7   still have the problem with it saying that you can't
8   put it there but (inaudible).
9             MR. HAMMAN:  Basically from the corner,
10  Jared, if we (crosstalk) --
11            PASTOR SPARKS:  (Inaudible) talking about if
12  we move (inaudible) --
13            MR. HAMMAN:  Yeah.  Basically, I've got a
14  three-foot stride.
15            OFFICER MARK:  One, two -- that was probably,
16  what?  Three feet?
17            PASTOR SPARKS:  That's 20, and then 20 this
18  way.  So we're looking at probably about right here is
19  what we're looking at.  It really is all public.
20            MR. HAMMAN:  It's all the public right away.
21            PASTOR SPARKS:  Do you have an aerial?
22            MR. HAMMAN:  Been out here, what?
23  (crosstalk) --
24            OFFICER MARK:  No.  I mean, I can look at the
25  Jackson County flat map.
```

Page 59

1           PASTOR SPARKS:  Yeah.  You can see it all the
2    way.
3           MR. HAMMAN:  Sir, I -- just to be frank with
4    you.  And I could even show you.  Well, I don't have
5    the video today.  But I've put them right there at the
6    edge of that fence since the fence fell down so the
7    people inside could see that we'll adopt babies and
8    that they can get abortion pill reversal --
9           OFFICER MARK:  Okay.
10          MR. HAMMAN:  -- and they've not called you
11   guys (inaudible).
12          PASTOR SPARKS:  The reason is because the --
13   the nature of the songs.  People are okay with signs
14   that, "We'll adopt a baby."  They're not okay with it.
15          OFFICER MARK:  I guess that's the hill
16   they're willing to die on here.
17          MR. HAMMAN:  Well, I still would argue that -
18   - and you know, with -- with respect, that -- that we
19   have a -- we have freedom of speech.  And yeah, you
20   may have a sign ordinance but, you know -- you took an
21   oath to the Constitution -- you know that laws and
22   ordinances don't trump the Constitution.
23          OFFICER MARK:  Okay.
24          MR. HAMMAN:  Right?  And so, an ordinance
25   that would violate the ability to -- for exercising

                                              Page 60

```
 1    freedom of speech, freedom of religion --
 2               MR. LENZINI:  But --
 3               MR. HAMMAN:  -- then that would be a
 4    violation of the Constitution.  Therefore, that law
 5    would be unjust to --
 6               OFFICER MARK:  Enforce.
 7                MR. HAMMAN:  -- enforce.  Thank you.  Right.
 8               OFFICER MARK:  I get what you're saying.  I'm
 9    not disagreeing with you.  (crosstalk)
10               MR. LENZINI:  You can't -- you can't
11    (inaudible) right-of-way at all.
12               MR. HAMMAN:  I know.  I know you're not.
13               OFFICER MARK:  But here's the problem.  If --
14    okay.  The city, has an entity, has the right to say,
15    "We're allowing things on our property or not."
16    Certain things.
17               MR. HAMMAN:  Sure.
18               OFFICER MARK:  Obviously, you could -- if you
19    held these and walked around, they can't say anything
20    about it.
21               MR. HAMMAN:  What's the difference?
22               OFFICER MARK:  What's the difference?
23    Because you're planting something on their property, I
24    guess, even though it's temporary.
25               MR. HAMMAN:  It's temporary.
```

Page 61

1              OFFICER MARK:  Right.

2              MR. HAMMAN:  I mean, it's no different than

3      if I set my bag down.

4              OFFICER MARK:  Or if I -- say I parked my car

5      in your driveway.  Right?  It's temporary.  But I

6      don't --

7              MR. HAMMAN:  Well, it's private property

8      versus public property.  So there's a little

9      difference there.

10             OFFICER MARK:  Right.  Yeah, there's a

11     difference.  But basically, it comes down to I don't

12     have authorization to do that or I do --

13             MR. HAMMAN:  Sure.

14             OFFICER MARK:  -- depending on whether you

15     give me permission or not.

16             PASTOR SPARKS:  So what you're saying is,

17     according to the ordinance, if you're 20 feet away,

18     then we should be good to go?

19             OFFICER MARK:  That was just one provision.

20     He's saying, basically, on any part of the right-of-

21     way that belongs to the city you can't put signs they

22     don't authorize.  And if you want the signs, you can

23     walk around with them.  There's nothing they can do

24     about that, I don't think.

25             PASTOR SPARKS:  Well, he just gave a perfect

Page 62

1  scenario of why it's important that they're in the

2  ground.

3           MR. HAMMAN:  It hinders my ability to share

4  the gospel with people.  I've tried it, I've tried it.

5           PASTOR SPARKS:  So, like, if you said

6  (crosstalk) --

7           MR. HAMMAN:  When I came out here --

8           PASTOR SPARKS:  Right.

9           MR. HAMMAN:  -- I would hold this sign.  I

10  didn't have it in the ground.  It hinders my ability

11  to talk with people and share the gospel.  If I lay it

12  down, it blows in the street.  I'm chasing it around.

13  I don't want it to blow in the street.  I don't want

14  it to hit -- somebody to wreck or anything like that.

15  So the most responsible way to get my message across

16  to the public that babies are murdered here.  Okay.

17  And that we can adopt the baby and all those different

18  things, is to display the sign.  Like I say, your

19  other ordinance says it's okay.  Now, I understand

20  you're quoting a different ordinance, okay, than the

21  one that we showed says that we can.  So how you all

22  rectify two competing ordinances -- yeah.

23           OFFICER MARK:  It's city property.  The city

24  attorney is instructing me to do this.

25           MR. HAMMAN:  It's what?  It's state property,

Page 63

1   or city property?

2           OFFICER MARK:  I believe it's city property.

3           MR. HAMMAN:  Okay.

4           OFFICER MARK:  So here's what -- here's

5   what's going to happen.  I'm not trying to be

6   confrontational with you (crosstalk) --

7           MR. HAMMAN:  And I'm not trying to be --

8           OFFICER MARK:  -- or be aggressive with you

9   in any manner.

10          MR. HAMMAN:  I'm not -- I appreciate it.

11          OFFICER MARK:  So I know that you're not

12  willing right now (crosstalk) --

13          If the signs are removed, are we good?

14          MR. LENZINI:  Yeah.  I've asked him --

15          OFFICER MARK:  Okay.

16          MR. LENZINI:  -- two or three times to walk

17  around with them in his hand.

18          MR. HAMMAN:  Okay.  But when I come back out

19  tomorrow, I'm bringing them back.

20          MR. LENZINI:  Well, if you put them back in,

21  then we're just going to write you citation right on

22  the spot.

23          UNIDENTIFIED SPEAKER:  Well, see, it's not --

24          OFFICER MARK:  First name again, sir?

25          MR. HAMMAN:  Brandon.

                                        Page 64

1                    OFFICER MARK:  Brandon.

2                    MR. LENZINI:  He won't give up ID or else I

3        would a already wrote the ticket.

4                    OFFICER MARK:  I don't want to have a ticket

5        written for you or take your signs.  And it --

6                    MR. HAMMAN:  I understand.

7                    OFFICER MARK:  -- sounds like we're about to

8        have both.

9                    MR. HAMMAN:  You're going to --

10                   PASTOR SPARKS:  What is the process?  Let's

11       just say, what's the scenario?

12                   OFFICER MARK:  He'll get a city ticket and he

13       can go to court and contest it, and then you can cite

14       whatever.  And if the judge agrees with you or not,

15       then he'll be found guilty or not guilty.

16                   PASTOR SPARKS:  If he does pull the signs --

17       and just scenario -- if he pulls the signs now, what's

18       the proper path, then, to appeal that?  To say this is

19       a violation of constitutional rights here?  What

20       should be --

21                   OFFICER MARK:  I would say hire some sort of

22       civil attorney.

23                   PASTOR SPARKS:  Okay.  So, the legal route.

24                   OFFICER MARK:  I'm sure you guys have people

25       in your organization or people that you know.

                                              Page 65

```
 1              MR. HAMMAN:  I don't.  I'm just a guy out
 2    here trying to share the gospel and rescue babies,
 3    man.
 4              OFFICER MARK:  I would go that route and get
 5    some sort of injunction.  That way they can't prevent
 6    you from -- but again, it is their property, so it's
 7    kind of -- it's touchy.
 8              PASTOR SPARKS:  Can we talk for a second --
 9              OFFICER MARK:  Yeah.
10              PASTOR SPARKS:  -- before?
11              OFFICER MARK:  Please.
12              PASTOR SPARKS:  Is that all right?  I don't
13    want to interrupt here, but is that okay?
14              MR. HAMMAN:  Yeah.
15              PASTOR SPARKS:  Okay.  So here's some things
16    to think about.  Either way you're looking at, if you
17    refuse to pull them, you're going to have to seek
18    legal counsel.  Okay?  I think the -- I think they're
19    wrong in this.  I don't think it's right.  And you
20    just got to make a decision on what you want to do
21    here, and just do what you can to walk in humility and
22    courage.  If you pull them right now, you can still
23    hold them, and then you can pursue the process of
24    putting it in the ground again, or what that would
25    look like.  If you don't, then it's -- you're probably
```

Page 66

1  getting a citation and -- and, you know, you just got

2  to count the cost.  You know?  Not just the citation,

3  but they may try to take them still and may arrest

4  you.

5          MR. HAMMAN:  So --

6          PASTOR SPARKS:  You know what I mean?  So

7  this --  the code seems pretty clear to me that it

8  should be allowed to go in there, but they're saying

9  that you know, their side of things is, "We've pulled

10  signs before like this."  So, I don't know, man.

11          MR. HAMMAN:  I've never seen them pull any

12  signs for this.  Maybe they pull something that's

13  abandoned or left behind.  We're actively out here

14  demonstrating.  It's a little different than -- you

15  know what I'm saying?

16          PASTOR SPARKS:  Yeah, right.

17          MR. HAMMAN:  I'm not trying to come to jail

18  and cause a bunch of legal issues, but (crosstalk) --

19          PASTOR SPARKS:  Right.

20          MR. HAMMAN:  -- but if we just -- so we --

21          PASTOR SPARKS:  So here's the thing.  Either

22  way, you're --

23          MR. HAMMAN:  What's the practical reality to

24  going against this.  If we pull the signs today, what

25  is the practical solution for us?  Because I don't

Page 67

```
 1    know anybody in that realm (inaudible).

 2              PASTOR SPARKS:  Well, I would --

 3              MR. HAMMAN:  You know what I'm saying?

 4              PASTOR SPARKS:  I would put them in again,

 5    and I would do it again the next day.  And then if

 6    they come -- this is just me.  I'd put them in, and

 7    then based on the ordinance, and then I would seek

 8    legal counsel.  Talk to Scott.  Keep doing it, and

 9    then, if they, based on the same ordinance (crosstalk)

10    --

11              MR. HAMMAN:  Well, the state ordinance says

12    they're going to write me a ticket one way or the

13    other.  Either they do it today, or they do it

14    tomorrow.

15              PASTOR SPARKS:  If you pull it, they're not

16    going to write -- write you one today.  No, not today.

17              MR. HAMMAN:  But not tomorrow?

18              PASTOR SPARKS:  But if you --

19              MR. HAMMAN:  They're going to come back and -

20    -

21              PASTOR SPARKS:  Could be.  Or you can get on

22    the phone, make some calls, and -- I don't know.  I'm

23    just saying, count the cost.

24              MR. HAMMAN:  Yeah.

25              PASTOR SPARKS:  Can I just tell you right now
```

Page 68

1    if it's me?

2              MR. HAMMAN:  Yeah.

3              PASTOR SPARKS:  I'm willing to go to jail for

4    anything.  Okay?

5              MR. HAMMAN:  Yeah.

6              PASTOR SPARKS:  But I'm not looking to do it.

7    And I think that there's an amicable way that you

8    could pull them and then seek counsel.  Either way,

9    it's going to be legal counsel.  I don't want to give

10   you the wrong counsel.

11             MR. HAMMAN:  What legal counsel do we have,

12   is what I'm trying to get at, is what --

13             PASTOR SPARKS:  Well, we --

14             MR. HAMMAN:  -- what legal counsel do we

15   have?

16             PASTOR SPARKS:  We would really need to

17   contact -- we need to contact End Abortion Now or

18   somebody and say, "Is there any legal -- is there any

19   attorneys that work with this kind of situation -

20             MR. HAMMAN:  Yeah.

21             PASTOR SPARKS:  -- that could -- could help

22   in this situation to fight this?"  Or even Coalition

23   Life to say, you know, is --

24             MR. HAMMAN:  They probably -- they have their

25   own attorneys.  They won't -- they won't back me.

                                              Page 69

```
 1              MR. LENZINI:  Or you could dig your heels in
 2    here, man.  And just --
 3              MR. HAMMAN:  Okay.  So here's the thing.  I
 4    pull the signs.  Yeah, he says you can file paperwork,
 5    like an injunction, so I could -- I could, guess,
 6    appeal to a court to allow me to have my signs out on
 7    this block.  That would be the other option.  If I
 8    don't --
 9              PASTOR SPARKS:  I don't think you're going to
10    get arrested right now.  I think they'll give you a
11    citation and -- and take your signs.  (crosstalk) --
12              MR. HAMMAN:  They're going to give me a
13    ticket.  (Inaudible).
14              PASTOR SPARKS:  And they'll probably take
15    your signs or -- or make us pull them up.  You know
16    what I mean?  One of the two.  So then you can appeal
17    it.  I don't think you're going to get arrested unless
18    you're, like, physically don't let them take your
19    sign.  You know, or if you say, "I'm not taking them
20    out of the ground."
21              MR. HAMMAN:  Sure --
22              PASTOR SPARKS:  So --
23              MR. HAMMAN:  I don't -- I don't want to back
24    down from a fight that needs, like --
25              PASTOR SPARKS:  I know.
```

Page 70

1              MR. HAMMAN:  -- is a hill to die on, is the

2      question.

3              PASTOR SPARKS:  Okay.  Is there a way to not

4      back down, but do this, but still not back down, and

5      then come back and say, "This is a violation.  I am --

6      I am trying to pursue the right means here, but my

7      rights were violated."  I think -- I don't think

8      you're necessarily backing down if you still pursue --

9      like, we're going to still pursue to try to do this.

10     You know what I mean?  But you know, that's -- that's

11     -- I can't tell you what to do, man.  Like, this isn't

12     a pastoral authority thing here.  This is just man to

13     man.

14             MR. HAMMAN:  Yeah.

15             PASTOR SPARKS:  Personally, I -- I would -- I

16     would verbal -- verbalize my complaints.  "This isn't

17     right.  I'm going to pursue getting this corrected.  I

18     have every right to do this.  I will today pull this."

19     That's what I would do.

20             LIEUTENANT LATTAN:  How you doing, sir?

21             MR. HAMMAN:  I'm all right.  How are you

22     doing?

23             LIEUTENANT LATTAN:  I'm good.  I'm Teddy.

24     How are you?

25             MR. HAMMAN:  Nice to meet you.

Page 71

```
 1                LIEUTENANT LATTAN:  Good to meet you.  What's

 2     your name?

 3                MR. HAMMAN:  Brandon.

 4                LIEUTENANT LATTAN:  Brandon, it's good to

 5     meet you.

 6                MR. HAMMAN:  So what's (crosstalk) --

 7                PASTOR SPARKS:  I'm Jared --

 8                LIEUTENANT LATTAN:  I'm Teddy.

 9                PASTOR SPARKS:  -- one of his pastors.

10                LIEUTENANT LATTAN:  Okay.  It's good to --

11                PASTOR SPARKS:  Okay.

12                MR. HAMMAN:  So can we talk with you for a

13     second --

14                LIEUTENANT LATTAN:  Absolutely, yeah.

15                MR. HAMMAN:  -- to find out what's -- okay.

16                LIEUTENANT LATTAN:  Yep.

17                MR. HAMMAN:  A lot of people.

18                LIEUTENANT LATTAN:  We're nobody buddy, we're

19     --

20                MR. HAMMAN:  I know.

21                LIEUTENANT LATTAN:  Everybody's on a low

22     level.  We're just talking.  Everything's fine.

23                MR. HAMMAN:  Okay.  Freedom of speech allows

24     me to come out.  Right?  It doesn't -- it can't be

25     hindered.  Right?  And there's a code section.  I
```

Page 72

```
 1    showed the code.  So I understand there's two
 2    competing code sections.  I think that's something
 3    that you guys need to wrestle with.  Two competing
 4    code sections.  One code section says if you're
 5    displaying signs in a demonstration, you're allowed to
 6    do that.  Says it twice in that code; and I'll show
 7    you the code.
 8              LIEUTENANT LATTAN:  Does it say that about
 9    public - on public property?
10              MR. HAMMAN:  I'll literally show you the
11    code, sir.  What I showed you -- your sergeant.
12              PASTOR SPARKS:  The question is, can they be
13    in the ground?
14              LIEUTENANT LATTAN:  That's -- what I've been
15    told is that is in violation.  Section B.
16              MR. HAMMAN:  So this ordinance says,
17    "Commercial signs prohibited, including signs carried,
18    waved, or otherwise displayed."  Okay?  I think that's
19    key.  "Otherwise displayed by persons on public right-
20    of-way or in a manner visible from public right.  This
21    provision is directed toward such displays intended
22    (01:02:05) for commercial purposes", which I'm not.
23    "It is intended to limit the display of banners,
24    flags, or other signage of persons.  It is" -- I'm
25    sorry -- "not intended to limit the display of
```

Page 73

1  banners, flags, or other signage by persons displaying

2  demonstrations, political rallies, or similar events."

3  This code section says I'm allowed to do that.  And so

4  -- and that's --

5             LIEUTENANT LATTAN:  It says -- it says

6  "displayed"?

7             MR. HAMMAN:  It says, "Otherwise displayed."

8             LIEUTENANT LATTAN:  "Otherwise displayed."

9             MR. HAMMAN:  So it doesn't say it has to be

10  carried.

11             LIEUTENANT LATTAN:  Okay.  It doesn't say --

12  I understand that the language is not that specific.

13  I'm just telling you that our city attorney currently

14  --

15             MR. HAMMAN:  Yeah.

16             LIEUTENANT LATTAN:  -- is saying that the

17  only issue is that they've been planted into the

18  ground and are fixed into the ground.  That's the only

19  issue.  So --

20             MR. HAMMAN:  They're not.  You mean -- you

21  mean because they're stuck in the ground?

22             LIEUTENANT LATTAN:  Yep.  That's the issue.

23             MR. HAMMAN:  So if they were just sitting on

24  the ground -- if I had a -- if I had a trifold

25  (crosstalk) --

Page 74

1            LIEUTENANT LATTAN:  If you were --

2            MR. HAMMAN:  -- and set them down --

3            LIEUTENANT LATTAN:  I was told -- and again,

4     I'm not the lawyer.  I'm not the one that wrote it.

5            MR. HAMMAN:  Sure, sure.

6            LIEUTENANT LATTAN:  I'm just telling you what

7     I was told.

8            MR. HAMMAN:  Sure.

9            LIEUTENANT LATTAN:  I'm telling you that they

10    are good with the carrying --

11           MR. HAMMAN:  Right.

12           LIEUTENANT LATTAN:  -- the holding of all of

13    that.  But since it has been -- "erected", I think was

14    the word that they used, right?  It is being

15    displayed, erected here, that that is in violation of

16    whatever section one and three of -- of that city

17    ordinance.  Again (crosstalk) --

18           MR. HAMMAN:  Well, that -- yeah, and --

19           LIEUTENANT LATTAN:  And you, obviously --

20           MR. HAMMAN:  Well, it does say -- it doesn't

21    say move -- it does say within 20 feet, so --

22           LIEUTENANT LATTAN:  You are obviously much

23    more well-versed at this -- the specifics of looking

24    at both sections of these code than I am.

25           PASTOR SPARKS:  Okay.

                                          Page 75

1          MR. HAMMAN:  But see -- and I understand
2     that.  But you're coming -- you guys are coming out
3     here to enforce the (crosstalk) --
4          MR. OWENS:  We'll come over there real quick.
5     Just think about it.  I promise.
6          (Crosstalk)
7          MR. HAMMAN:  Okay.  Can y'all give me one
8     second?
9          PASTOR SPARKS:  Okay.  What was that?
10          MR. OWENS:  Andy's on his way over here.
11     Okay.  There's certain things you got to say.
12          MR. HAMMAN:  Okay?
13          MR. OWENS:  These are the guys in Washington,
14     D.C. that represent what we're trying to do.
15          MR. HAMMAN:  Okay.
16          MR. OWENS:  He'll be here in just a minute.
17     Make no statement to them.  We're recording
18     everything.  We want everything recorded.
19          MR. HAMMAN:  Yep.
20          MR. OWENS:  And there's certain things that
21     we have to say to them that -- and in order to put
22     into context.
23          MR. HAMMAN:  How far is Andy out?
24          MR. OWENS:  He said he'd be here in just a
25     minute.  Yeah, I called him just a little while ago,

Veritext Legal Solutions
346-293-7000

1  and he said, "I'm on my way."

2              MR. HAMMAN:  Okay.

3              PASTOR SPARKS:  Okay.

4              MR. HAMMAN:  That's Andy Lee (ph).

5              PASTOR SPARKS:  Yeah.  Right.

6              MR. HAMMAN:  Okay.  Right.  Do you know what

7  those things are, by any chance?

8              MR. OWENS:  He tried to tell me, but you know

9  how old I am.

10             MR. HAMMAN:  Okay.  I'm just going to call

11  him.  Can you stall, Jared?

12             PASTOR SPARKS:  Yeah, yeah.  He's making a

13  call.  He's -- I guess (inaudible).

14             LIEUTENANT LATTAN:  I know you have an

15  attorney here.

16             MR. HAMMAN:  Sure.

17             LIEUTENANT LATTAN:  That is great.  We're at

18  the point from -- you know, what I've been told is, is

19  that we need one or two things.  Either voluntary

20  compliance, which I hope for, so that we -- so we can

21  move on.  And again, if as long as the sign is

22  carried, held, or worn, as the city attorney was

23  talking about for how he is interpreting that -- that

24  city ordinance, as long as that's done, we will be out

25  of here and absolutely leave you alone, as long as

                                            Page 77

1    it's no longer placed in the ground.  And that's --

2    and that's what I need from you right now.

3            MR. HAMMAN:  Were y'all able to hear that?

4            MS. MCGEE:  Yeah.  So, officer, you're saying

5    that we can go ahead and comply or you're going to

6    take him into custody?

7            LIEUTENANT LATTAN:  What we're wanting is

8    voluntary compliance of just removing the signs from

9    the ground.  Right?  And again, can be here, can be

10   exactly where they are wearing, displaying -- this is

11   -- again, this is information that has been passed to

12   me -- wearing, displaying, or holding the signs as

13   long as they are not in the ground here on the public

14   right-of-way.

15           MS. MCGEE:  Yep.

16           LIEUTENANT LATTAN:  And if they do not, we

17   will be issuing the citation.  If I can gain that

18   voluntary compliance, then you know, I see no reason

19   to issue or have the guys from BNR (ph) issue the

20   citation.  If we don't, then that citation will be

21   issued.

22           MS. MCGEE:  Could you give us five minutes,

23   sir?

24           LIEUTENANT LATTAN:  What's that, ma'am?

25           MS. MCGEE:  Could we have five minutes,

Veritext Legal Solutions
346-293-7000

1    please?

2            LIEUTENANT LATTAN:  Ma'am, I would -- I would

3    ask -- we've been here for a for a while.  And again,

4    I hope these guys will tell you that we're doing

5    everything we can to be as cordial, as helpful as

6    going through this process.  I'm not happy to be here;

7    I know they're not happy to have us here.  We've been

8    sent here at this time, been given a city code that we

9    have been sent here to enforce.  I will let you guys

10   talk for a couple more minutes, but we need to get --

11   we need to get moving.  It's busy today, and we have a

12   couple guys tied up here.  Okay?

13           MS. LEE:  Yep.  We need to talk with our

14   client.

15           LIEUTENANT LATTAN:  Thank you, ma'am.

16   Appreciate it.

17           MR. HAMMAN:  Because they're my attorneys.

18           LIEUTENANT LATTAN:  I understand that, but

19   I'm also not going to -- we've been here a long time.

20           MR. HAMMAN:  We're wrapping it up.  That's

21   what I'm telling you; we're wrapping it up.

22           MS. LEE:  Yeah, we're -- officer?  Officer?

23           LIEUTENANT LATTAN:  Yes, ma'am.  Yes, ma'am.

24   Yes, ma'am.  Go ahead.  Yep.

25           MS. LEE:  (Inaudible)(crosstalk) --

Veritext Legal Solutions
346-293-7000

```
 1              MR. HAMMAN:  Thank you, man.  (Inaudible).
 2              MS. LEE:  -- go ahead and sign that ticket.
 3              LIEUTENANT LATTAN:  Okay.
 4              MS. LEE:  Remove the -- remove the signs.
 5      (inaudible).
 6              LIEUTENANT LATTAN:  Yep.  So that was -- and,
 7      again, so that you're aware, you guys are attorneys.
 8      So you're aware, the steps here would be to -- with
 9      voluntary compliance, will remove the signs.  And as
10      long as this isn't a reoccurring everyday thing, we're
11      coming back here, we'll walk away without a citation.
12      If you would, we would have issued the citation.
13              And that's where we're at right now.  But I
14      appreciate your advice to your client.  I don't want
15      to, you know, pressure them.  But if they remove them
16      based on your advice, that is the best, in my opinion,
17      for everybody.  You guys, you know, they're in contact
18      with you.  Anything that you guys, you know, have
19      that, or, you know, believe that is, you know, or the
20      city's code is in violation of, you know, the law or
21      Constitution, you guys obviously have, you know, the
22      ability and resources of what you -- what you guys
23      contend or could do with that.  And I'm fine with
24      that.  If we can all walk away from each other today
25      and be okay, I'm very (crosstalk) --
```

Veritext Legal Solutions
346-293-7000

```
 1              MS. LEE:  No, I -- yeah.
 2              LIEUTENANT LATTAN:  -- I'm very, very happy.
 3              MS. LEE:  Lieutenant?
 4              LIEUTENANT LATTAN:  Yes, ma'am.
 5              MS. LEE:  Lieutenant, just for -- I -- I
 6    really appreciate -- I think you're being very
 7    professional.  I appreciate that.  Can I have your
 8    name and badge number, please?
 9              LIEUTENANT LATTAN:  Yes, ma'am.  Absolutely.
10    My name is Lattan -- L-A-T-T-A-N.  My first name is
11    Theodore -- T-H-E-O-D-O-R-E -- and my ID number is
12    3046.
13              MS. LEE:  Okay.  Thank you so much.
14    Lieutenant, correct?
15              LIEUTENANT LATTAN:  Yes, ma'am.  That's
16    correct.
17              MS. LEE:  Okay.
18              LIEUTENANT LATTAN:  All right?
19              MS. LEE:  So we're all good for now?
20              LIEUTENANT LATTAN:  Yes, yep.  Voluntary
21    compliance.  And then obviously, you know, you guys
22    can, you know, work with --
23              MS. LEE:  Yeah.
24              LIEUTENANT LATTAN:  -- work with your client,
25    do whatever you need to do.  But if they -- if they
```

Page 81

1  remove them -- and again, they can stay here and wear,

2  carry, and a hold -- from basically what I've been

3  told -- and they will be fine.  So, okay?

4           MS. LEE:  Okay.  I appreciate it.

5           LIEUTENANT LATTAN:  Thank you, ma'am, very

6  much.  I appreciate it.

7           MS. LEE:  Okay, thank you.

8           LIEUTENANT LATTAN:  All right, Brandon.

9           MR. HAMMAN:  Can I get your card and street?

10  Or cards from one of you guys?

11           LIEUTENANT LATTAN:  I don't know if I have

12  one on me, but I -- I will.

13           MR. HAMMAN:  Well, you gave her that.  But

14  these -- these two guys.  Y'all have been great.  It's

15  not a complaint against you guys.

16           LIEUTENANT LATTAN:  Oh, I know.  I get it.

17  Yep.

18           MR. HAMMAN:  Yep.  Okay.

19           MS. LEE:  Yeah.  No, we're just gathering

20  (inaudible).

21           PASTOR SPARKS:  So what are we doing?

22           MR. HAMMAN:  So I'm pulling them up now?

23           PASTOR SPARKS:  You're taking them out?

24           LIEUTENANT LATTAN:  Come out here and, again,

25  carry, hold, and wear like -- like they are --

Veritext Legal Solutions
346-293-7000

```
 1              MR. HAMMAN:  Yes, sir.
 2              LIEUTENANT LATTAN:  -- then, you know, from -
 3    - from what I've been told, that is -- that is in
 4    compliance with that city ordinance.  Okay?
 5              PASTOR SPARKS:  Yes, sir.
 6              MR. HAMMAN:  Okay.
 7              LIEUTENANT LATTAN:  Brandon, thank you.  I
 8    appreciate it.  I'm glad that we could -- we could
 9    separate ways.  All right?
10              MR. HAMMAN:  Thank you, sir.
11              PASTOR SPARKS:  Thank you, sir.
12              LIEUTENANT LATTAN:  What's your name again,
13    pastor?
14              PASTOR SPARKS:  Jared.
15              LIEUTENANT LATTAN:  Jared?  It's good to you
16    meet you.
17              PASTOR SPARKS:  It's good to meet you.  Thank
18    you.
19              OFFICER MARK:  My card.  Officer Tyner here.
20              MR. HAMMAN:  Thank you, Tyner.  Mr. Tyner.
21              LIEUTENANT LATTAN:  Thank you, all.
22              PASTOR SPARKS:  Thank you, Officer.
23              OFFICER MARK:  Have a good day.
24              PASTOR SPARKS:  Have a good day.
25              MR. HAMMAN:  Okay, man.  So apologies.  I had
```

Page 83

```
 1   people talking in my ear and a lot of people around
 2   me.  What was the last thing that you said to me?
 3   Okay.
 4             PASTOR SPARKS:  Well, that was eventful.
 5             MR. HAMMAN:  Okay.
 6             MS. LEE:  And then we can get to work while
 7   you guys are still there.
 8             MR. HAMMAN:  Okay.  Oddly enough, we were
 9   supposed to leave.  I was supposed to leave here at
10   noon anyway.  Okay.  And I have some that have been
11   sent to me, and I work on pulling videos tonight,
12   tomorrow for you.  Would that be okay?
13             MR. HAMMAN:  You.  Would that be okay?  All
14   right.  Thank you all.  Thank you very much.  All
15   right.  Bye-bye.  Bye.
16             PASTOR SPARKS:  Dude, how on earth did you
17   get connected with her?  Did she say she's taking it
18   pro bono, too?  No way.
19             MR. HAMMAN:  Go give that man a hug.
20             PASTOR SPARKS:  That's incredible.  Wooh.
21             MR. HAMMAN:  You guys want to hold some signs
22   for a few minutes?
23             PASTOR SPARKS:  I'll hold some signs.
24             MR. HAMMAN:  Oh, which one?
25             PASTOR SPARKS:  Yeah.  Sure.  I'll take this
```

Page 84

```
 1   one here.
 2              MS. BLUMENSTOCK:  I'm glad you stayed with
 3   us, Brandon.  Wooh.
 4              MR. HAMMAN:  I am so glad I stayed with you
 5   guys.
 6              MR. OWENS:  Well, what did they say?
 7              MR. HAMMAN:  I'm going to give you a hug,
 8   Bob.  You may not be a hugger, but I'm giving you a
 9   hug because I'm saying thank you.
10              MR. OWENS:  For what?
11              MR. HAMMAN:  For getting Andy on the phone.
12   Getting -- I've got attorneys now, and we're going to
13   deal with this the legal way --
14              PASTOR SPARKS:  I know.
15              MR. HAMMAN:  -- the right -- you know, and
16   their suggestion was -- they said I could take the
17   ticket if I wanted to either way.  But they said this
18   would be the better way.
19              MS. BLUMENSTOCK:  So you don't have the
20   citation?
21              MR. HAMMAN:  No.  No citation.
22              MR. OWENS:  See, I think that --
23              MR. HAMMAN:  And potential for taking it to
24   court still yet, because --
25              MR. OWENS:  That's the correct way to do it.
```

Page 85

1              MR. HAMMAN:  But I wouldn't a had -- I didn't

2       have anybody to talk to, but now I do.  Man, thank you

3       so -- Bob, I'm so glad.  So thankful for you, brother.

4              MR. OWENS:  Woop, here he comes.

5              MR. HAMMAN:  Man, I tell you what.

6              MS. BLUMENSTOCK:  My grandson told me -- we

7       was playing wiffle ball and I was running, and he said

8       -- he said, "Run, mama, run, mama."  I --

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 86

```
 1              CERTIFICATE OF TRANSCRIBER
 2         I, SIMONE HINES, do hereby certify that this
 3    transcript was prepared from the digital audio
 4    recording of the foregoing proceeding, that said
 5    transcript is a true and accurate record of the
 6    proceedings to the best of my knowledge, skills, and
 7    ability; that I am neither counsel for, related to,
 8    nor employed by any of the parties to the action in
 9    which this was taken; and, further, that I am not a
10    relative or employee of any counsel or attorney
11    employed by the parties hereto, nor financially or
12    otherwise interested in the outcome of this action.
13
14
15    SIMONE HINES
16    Dated:  August 7, 2025
17
18
19
20
21
22
23
24
25
```

Page 87

**[00736 - anyway]**

| 0 | 6 |
|---|---|
| **00736** 1:7 | **600** 1:5 |
| **00:30:54** 33:17 | **62902** 1:5 |
| **01:02:05** 73:22 | **68** 51:4 |

| 1 | 7 |
|---|---|
| **11:05** 7:19 | **7** 87:16 |
| **12** 34:20 | **7522070** 1:20 |
| **15.4.10-8a.** 31:15 | **8** |
| **16** 1:8 | **800** 1:14 |
| **16th** 7:18,18 10:10 | **a** |
| **18266** 87:14 | |

**2**

**20** 56:20 57:1
  57:23 58:9,23
  58:23,25 59:17
  59:17 62:17
  75:21
**20001** 1:13
**201** 1:12
**2025** 1:8 87:16
**25** 57:22

**3**

**3046** 81:12
**3220** 12:19
**342-2255** 1:14
**3:25** 1:7

**4**

**457** 12:18

**a**

**abandoned** 67:13
**ability** 60:25
  63:3,10 80:22
  87:7
**able** 56:16 78:3
**abortion** 5:16
  6:2,8,10 7:14
  9:20 11:12
  27:5 45:25
  48:12 60:8
  69:17
**abortionpillre...** 32:9
**absolutely** 5:12
  6:3 7:13 25:1
  47:7 72:14
  77:25 81:9
**absurd** 33:16
**accepted** 39:10
**accurate** 87:5

**acting** 29:6
**action** 87:8,12
**actively** 67:13
**actual** 56:6
**actually** 22:24
  27:8,10,15
  36:17 50:5,14
**adjoining** 56:21 57:23
**adopt** 48:13
  60:7,14 63:17
**adoption** 10:21
**advice** 80:14,16
**aerial** 59:21
**afraid** 17:10,11
  51:13
**aggressive** 64:8
**ago** 76:25
**agree** 12:8,10
  13:10,11 20:10
**agrees** 65:14
**ahead** 78:5
  79:24 80:2
**ain't** 20:8
**al** 1:6
**alliance** 30:7
**allow** 10:14
  48:6 70:6
**allowed** 3:18
  7:21,23 12:24
  12:25 15:5
  16:22,23 18:13
  18:21 24:4,7
  25:12,16,25

  36:14 37:15
  46:6,6 48:24
  54:18 67:8
  73:5 74:3
**allowing** 61:15
**allows** 6:13
  72:23
**amazing** 50:4
**amen** 2:17 43:6
  43:7
**amendment** 6:2
  6:25 9:14 27:7
  27:13 32:6,18
**american** 1:11
  26:11 27:12
  32:14
**amicable** 69:7
**andy** 20:2
  76:23 77:4
  85:11
**andy's** 76:10
**angle** 44:10
**annoying** 50:25
**anti** 54:23,23
  54:24 55:3
**anybody** 20:16
  22:22 68:1
  86:2
**anybody's** 47:22
**anytime** 44:4
**anyway** 24:23
  33:24 84:10

Page 1

**[apologies - blumenstock]**

| apologies 83:25 | attorney 3:21 | **b** | based 7:23 9:19 |
|---|---|---|---|
| appeal 65:18 | 4:8,20 7:16 8:3 | | 68:7,9 80:16 |
| 70:6,16 | 9:6,14 10:7,8 | **b** 73:15 | basically 58:17 |
| appealing | 10:17 11:7,9 | babies 5:19 | 59:5,9,13 |
| 52:23 | 12:14 13:21 | 27:19 41:2 | 62:11,20 82:2 |
| apply 3:18 | 15:1 18:25 | 46:1,2 48:13 | battle 53:21 |
| 36:14 37:4 | 19:1 24:12,13 | 50:12,15 60:7 | beliefs 33:13 |
| 47:16,18 | 30:20 32:24 | 63:16 66:2 | believe 10:16 |
| appreciate 2:25 | 33:1,4 36:7 | baby 5:7,10 | 64:2 80:19 |
| 11:5 22:16,18 | 38:9 39:10 | 10:22 11:15 | belong 4:3,3,16 |
| 38:11 39:18 | 48:23 49:3 | 22:1 23:23,23 | belongs 62:21 |
| 49:15 64:10 | 56:3 63:24 | 32:10 41:17 | best 26:17 |
| 79:16 80:14 | 65:22 74:13 | 51:9 60:14 | 80:16 87:6 |
| 81:6,7 82:4,6 | 77:15,22 87:10 | 63:17 | better 27:24 |
| 83:8 | attorney's 8:14 | baby's 5:25 | 35:14 49:10 |
| april 1:8 7:17 | 8:18,22 15:8 | back 2:7 4:3 | 85:18 |
| 7:18 10:10 | 30:7 | 8:17 9:7 11:21 | biden 54:23 |
| areas 10:14 | attorneys 69:19 | 20:7 29:14 | 55:3 |
| argue 60:17 | 69:25 79:17 | 44:4 64:18,19 | bless 2:19 |
| argument | 80:7 85:12 | 64:20 68:19 | block 49:12 |
| 40:15 | audacity 27:15 | 69:25 70:23 | 70:7 |
| arrest 67:3 | audio 87:3 | 71:4,4,5 80:11 | blood 35:16 |
| arrested 33:19 | august 87:16 | backing 71:8 | blow 63:13 |
| 33:23 44:17 | authority 31:21 | bad 30:20 | blows 63:12 |
| 70:10,17 | 71:12 | badge 81:8 | blumenstock |
| article 43:10 | authorization | bag 62:3 | 2:2 3:1 4:4,23 |
| asked 17:13 | 62:12 | bail 33:24 | 5:25 6:17,19 |
| 19:25 31:14 | authorize | ball 86:7 | 6:23 11:17 |
| 36:2 64:14 | 62:22 | banners 5:4 | 17:9,15 18:2 |
| asking 31:14 | available 10:22 | 28:22 36:19 | 18:23 19:4,12 |
| assistance 50:7 | avenue 1:12 | 37:12 73:23 | 19:18,21,25 |
| assured 6:15 | aware 29:18 | 74:1 | 20:5,23 21:1,6 |
| attention 5:3 | 80:7,8 | bar 2:20,22 | 21:8,18 22:17 |
| 28:20 37:11 | | | 22:20 23:1,6 |

**[blumenstock - cite]**

23:11 25:4,6,8
41:3,6,11,13,16
41:23 42:3,7
42:13,16,19
51:2,4,8,12
85:2,19 86:6
**bnr**  78:19
**board**  58:2
**bob**  17:10
22:14 25:2
29:8,8,9 43:24
85:8 86:3
**bob's**  43:24
**bodycam**  1:1
**bond**  45:4,6
**bono**  84:18
**book**  15:20
**boss**  33:15
**bpr**  57:24
**brandon**  1:6
45:14,15 50:15
64:25 65:1
72:3,4 82:8
83:7 85:3
**brandon's**  50:3
**briefly**  56:5
**bring**  49:6,6
**bringing**  25:19
43:3 64:19
**brother**  22:12
86:3
**brutal**  38:18
**buddy**  2:23
12:4 42:8

72:18
**building**  10:11
33:25
**built**  32:6
**bunch**  23:22
67:18
**business**  53:2
**busy**  79:11
**bye**  15:7 22:13
84:15,15,15

**c**

**c**  2:1
**call**  4:8 10:18
12:16,20 16:24
19:5 21:16
27:24 30:24
43:10 49:4,5
54:4,21 55:16
77:10,13
**called**  12:23
29:19 33:22
46:19 48:12
51:19 60:10
76:25
**calling**  12:22
35:13
**calls**  51:15
68:22
**camera**  56:11
**candidates**
55:7
**car**  44:13 49:11
53:20 62:4

**carbondale**  1:4
1:5,6 7:20
10:12 18:12
27:5 46:23
**carbondale's**
37:9
**card**  4:5,23
14:20,21,25
26:22 82:9
83:19
**cards**  82:10
**care**  11:10
30:19 50:14,15
**cares**  34:5
**carried**  4:25
28:16 40:19,21
47:1 73:17
74:10 77:22
**carry**  82:2,25
**carrying**  51:19
75:10
**case**  33:19
**cause**  67:18
**center**  1:4,11
**certain**  61:16
76:11,20
**certificate**  87:1
**certify**  87:2
**challenged**
20:16
**chance**  8:12
13:15 25:3,13
32:10 77:7

**charge**  9:15
21:21 26:3
54:19
**chasing**  63:12
**checked**  3:15
**child**  32:13
**children**  38:19
**chill**  42:23
**choices**  1:4
7:19 15:6
**chose**  39:12
**christ**  27:4
**christian**  30:18
33:8
**church**  2:15,16
14:16 22:24
27:4,4 28:5,9
29:18 34:21
**churches**  14:8
**citation**  12:6
13:25 14:6,18
15:22 17:18
20:4 21:22
27:8,10,16,19
29:3 30:17
33:5 35:12
36:8,12 40:3
47:11,24 48:22
64:21 67:1,2
70:11 78:17,20
78:20 80:11,12
85:20,21
**cite**  65:13

Page 3

**[cited - conversation]**

cited  57:15
citizen  32:14
citizens  26:12
  27:12
city  1:5,6 3:5
  3:20 4:8,19
  7:15,20 8:3,14
  8:18,22 9:6,14
  10:7,8,12,17
  11:2,9 12:14
  13:11,21 14:17
  14:19,25 15:9
  15:13,14 16:18
  17:4,5 18:12
  18:25 19:1
  21:19,20,21
  24:12,12 27:3
  32:24 33:1,4
  33:25,25 35:17
  36:6,7 37:8,9
  38:9 39:10
  43:22 48:7,23
  49:2 52:20
  55:7,12 56:3
  61:14 62:21
  63:23,23 64:1
  64:2 65:12
  74:13 75:16
  77:22,24 79:8
  83:4
city's  37:3
  80:20
civil  1:3 39:7
  65:22

claim  30:18
  33:8
clear  67:7
clearance
  57:12,25
clearly  57:21
client  79:14
  80:14 81:24
coalition  69:22
code  4:18,18
  6:4 7:2,5,24
  8:2 10:14 13:1
  18:16,17,17
  20:20,22 24:10
  24:11 25:12,15
  25:22,23 31:7
  31:8,13 37:8
  40:23,25,25
  41:20 42:9
  48:6 49:7,7
  67:7 72:25
  73:1,2,4,4,6,7
  73:11 74:3
  75:24 79:8
  80:20
come  5:21,23
  10:8,9,12
  15:18 19:23
  23:2 28:7
  32:11 45:3
  49:18 54:2
  64:18 67:17
  68:6,19 71:5
  72:24 76:4

82:24
comes  22:24
  28:9 62:11
  86:4
coming  4:3
  15:16 20:12
  27:25 28:6,11
  34:8 37:22
  41:4 43:17
  50:16 76:2,2
  80:11
commercial
  4:24 5:3 28:15
  28:21 37:11
  46:25 47:14
  58:6 73:17,22
communicating
  58:5
community
  15:1
competing
  63:22 73:2,3
complain  54:22
  58:18
complained
  39:4
complaining
  55:2
complaint  9:1
  12:2 16:15,17
  34:3,4,6,9,10
  34:10 36:6
  55:24 82:15

complaints
  52:3 71:16
completely
  27:14
compliance
  77:20 78:8,18
  80:9 81:21
  83:4
comply  78:5
concern  30:23
concerned  31:1
confrontational
  64:6
connected
  84:17
conscience
  52:23
constitution
  60:21,22 61:4
  80:21
constitutional
  65:19
contact  69:17
  69:17 80:17
contacted  8:3
contend  80:23
content  38:24
  39:1
contest  65:13
context  29:3
  76:22
conversation
  4:15

Page 4

**[cooperate - digital]**

| | | | |
|---|---|---|---|
| **cooperate** 16:3 | **cowardice** 29:7 | **darlene** 17:6 | **demonstration** |
| **cooperating** | **crazy** 22:4 | 25:2,6 | 5:8,11,14 6:20 |
| 33:21 | **cream** 2:20,22 | **date** 40:3 | 6:21,23 10:23 |
| **cooperation** | **crime** 43:15,21 | **dated** 87:16 | 19:22 21:25 |
| 16:1 | **crosstalk** 2:5 | **day** 30:4 38:19 | 22:2 24:4 37:6 |
| **cops** 35:12,13 | 2:16 3:14 6:6 | 68:5 83:23,24 | 38:15,17 55:10 |
| **cordial** 79:5 | 8:10 18:1 | **deal** 23:12 | 73:5 |
| **corner** 2:8 59:9 | 27:20 29:16,18 | 85:13 | **demonstrations** |
| **correct** 27:9 | 33:1 34:11 | **dealing** 2:4 | 5:5 7:4 10:15 |
| 32:18 81:14,16 | 36:10 37:5 | **death** 17:5 | 28:23 36:20 |
| 85:25 | 38:10 39:17 | **decades** 32:5 | 37:14 40:24 |
| **corrected** 71:17 | 48:17 51:24 | **decide** 39:8 | 48:16 74:2 |
| **cost** 67:2 68:23 | 52:15 53:10 | **decided** 39:6 | **demonstrators** |
| **council** 21:19 | 54:3,14 55:19 | **decision** 26:14 | 36:13 50:5 |
| 55:7 | 56:22 57:8 | 37:24 40:2 | 54:18 |
| **counsel** 66:18 | 59:1,10,23 | 66:20 | **department** |
| 68:8 69:8,9,10 | 61:9 63:6 64:6 | **defending** 30:7 | 41:5 |
| 69:11,14 87:7 | 64:12 67:18 | **definitely** 19:17 | **depending** 44:6 |
| 87:10 | 68:9 70:11 | **delivering** | 62:14 |
| **count** 67:2 | 72:6 74:25 | 25:20 | **depends** 7:8 |
| 68:23 | 75:17 76:3,6 | **demand** 24:23 | **development** |
| **country** 9:18 | 79:25 80:25 | **demons** 7:2 | 15:2 |
| 10:20 12:9 | **curb** 56:21 | **demonstrate** | **die** 60:16 71:1 |
| 48:12,15 | 57:23 | 5:13 24:4 | **difference** 10:2 |
| **county** 59:25 | **currently** 74:13 | 25:13 48:6 | 61:21,22 62:9 |
| **couple** 51:12,20 | **cussing** 9:4 | **demonstrating** | 62:11 |
| 79:10,12 | **custody** 78:6 | 3:17,17,19 | **different** 9:25 |
| **courage** 43:4 | **cv** 1:7 | 5:15,18 6:1,7,9 | 10:4,14 13:2 |
| 66:22 | | 7:14,25 9:20 | 14:15 52:8,13 |
| **court** 16:7,9,10 | **d** | 11:15 18:21 | 62:2 63:17,20 |
| 16:12 20:21 | **d** 2:1 81:11 | 19:16 25:17,24 | 67:14 |
| 32:15 40:3,13 | **d.c.** 1:13 76:14 | 45:22 47:19 | **dig** 70:1 |
| 65:13 70:6 | **dark** 56:10 | 50:14 67:14 | **digital** 87:3 |
| 85:24 | | | |

**[directed - explaining]**

| | | | |
|---|---|---|---|
| **directed** 5:2 | 20:17,18 26:19 | **elders** 30:4 | **et** 1:6 |
| 28:19 37:10 | 26:21 27:5,16 | **election** 55:9,23 | **ethical** 52:14 |
| 73:21 | 29:14,15,21 | 55:24 | **event** 1:3 |
| **direction** 2:10 | 35:23 36:1 | **elon** 38:22 | **eventful** 84:4 |
| **disagree** 40:12 | 40:24,24 42:4 | **employed** 87:8 | **events** 5:6 7:5 |
| **disagreeing** | 42:24 45:9 | 87:11 | 28:24 36:20 |
| 37:18 39:23 | 50:12,20 51:1 | **employee** 87:10 | 37:15 74:2 |
| 61:9 | 51:2 53:25 | **employees** | **everybody** 13:5 |
| **discuss** 20:2 | 68:8 71:20,22 | 15:21 | 51:13 52:7 |
| **display** 5:4 | 79:4 82:21 | **encroach** 57:11 | 53:12 80:17 |
| 20:19 25:17 | **downtown** | **encroached** | **everybody's** |
| 26:1 28:22 | 38:22 54:21 | 56:18 57:7 | 72:21 |
| 36:18 37:12 | **draw** 5:2 28:20 | **energy** 34:16 | **everyday** 80:10 |
| 40:16,17 63:18 | 37:11 | 50:9 | **everything's** |
| 73:23,25 | **drive** 44:12 | **enforce** 52:17 | 72:22 |
| **displayed** 5:1 | 59:2 | 52:19 53:14,14 | **evil** 48:7 |
| 28:17 37:16 | **driver** 2:20,22 | 54:16,17 61:6 | **exact** 48:3 49:7 |
| 40:20,21,22 | **driveway** 62:5 | 61:7 76:3 79:9 | **exactly** 39:15 |
| 47:2,22 73:18 | **dude** 44:17 | **enforcement** | 39:16 42:3,6 |
| 73:19 74:6,7,8 | 84:16 | 20:7 21:3 | 78:10 |
| 75:15 | | 39:15 44:4 | **except** 57:10,23 |
| **displaying** | **e** | **enforcing** | **exempt** 7:5 8:1 |
| 47:18 73:5 | **e** 2:1 81:11,11 | 54:20 | **exemption** 13:3 |
| 74:1 78:10,12 | **ear** 84:1 | **engage** 19:9 | **exemptions** |
| **displays** 5:2 | **earth** 84:16 | **entertainment** | 31:17,18 |
| 28:19 37:10 | **easement** 46:12 | 20:6 | **exercise** 6:3 |
| 73:21 | **eat** 2:24 | **entity** 61:14 | **exercising** 11:4 |
| **distracted** 22:9 | **edge** 60:6 | **erected** 56:18 | 60:25 |
| **district** 57:24 | **either** 11:24 | 57:7,25 75:13 | **explain** 43:12 |
| **division** 34:1 | 28:17 40:13 | 75:15 | **explained** |
| **doctors** 2:13 | 44:20 47:2 | **escalate** 54:10 | 10:19 |
| **doing** 12:3 | 66:16 67:21 | **especially** | **explaining** 4:17 |
| 13:10,11,23 | 68:13 69:8 | 42:21 | |
| 16:23 18:11 | 77:19 85:17 | | |

[fact - go]

| f | |
|---|---|
| **fact** 25:24 46:20 | 40:6 51:2 58:9 72:22 80:23 82:3 |
| **falsely** 54:19 | **finger** 47:9 |
| **far** 43:23 46:5 76:23 | **first** 6:2,24 9:13 11:19 20:13 27:6,13 27:13 32:6,18 51:23,24,25 52:1 57:2 64:24 81:10 |
| **fastest** 56:12 | |
| **father** 42:24 | |
| **favor** 40:14 42:24 43:3 | |
| **feel** 18:2 44:9 | |
| **feet** 56:20 57:1 57:23 58:9,23 58:23,25 59:16 62:17 75:21 | **fit** 57:21 |
| **fell** 60:6 | **five** 5:20,24 19:3 78:22,25 |
| **female** 34:23 35:2,4,7 | **fixed** 74:18 |
| **fence** 58:17 60:6,6 | **flags** 5:4 7:3 28:22 36:19 37:13 73:24 74:1 |
| **fight** 32:16 69:22 70:24 | **flat** 59:25 |
| **fighting** 27:18 31:2 | **flip** 48:1 |
| **file** 16:15,17 70:4 | **folks** 50:8 |
| **financially** 87:11 | **follow** 13:4,7 |
| **find** 2:15 29:11 32:12 72:15 | **following** 13:9 |
| **fine** 3:22 5:13 7:17 10:9 14:24 32:3 | **foot** 59:14 |
| | **footage** 1:1 |
| | **foregoing** 87:4 |
| | **forth** 5:1 47:13 |
| | **found** 65:15 |
| | **frank** 60:3 |
| | **freddy** 13:14 |
| | **freddy's** 7:10 7:11 8:12 |

| | |
|---|---|
| **free** 5:7,10 6:2 6:3 9:20,22 10:3,4,22 11:4 11:15 21:25 23:23 44:9 | 44:4 50:8 67:1 71:17 85:11,12 |
| **freedom** 9:18 9:19 10:19,20 11:4 12:9,10 24:8 30:8 60:19 61:1,1 72:23 | **giant** 1:5 |
| | **give** 2:13 8:12 13:15 16:4 21:5 29:25 34:21 36:12 43:2,4,18 45:1 48:13 49:5 51:4,5 54:6,7,9 54:11,13 62:15 65:2 69:9 70:10,12 76:7 78:22 84:19 85:7 |
| **freedoms** 16:4 | |
| **friend** 21:16 30:21 | |
| **frustrating** 43:1 49:20 50:25 | |
| **full** 41:15 57:5 | **given** 79:8 |
| **further** 87:9 | **gives** 34:15 |

| g | |
|---|---|
| **g** 2:1 | **giving** 31:23 33:23 50:19 51:8 85:8 |
| **gain** 78:17 | **glad** 83:8 85:2 85:4 86:3 |
| **game** 35:18 | **go** 7:10 11:22 13:15 16:10,12 17:24 18:10 20:21 23:9 24:6 30:11 34:20,21 35:14 40:12,13,23 41:2,20,25 53:19 55:19,21 56:1,15 62:18 65:13 66:4 67:8 69:3 78:5 |
| **gathering** 82:19 | |
| **gentleman** 7:22 10:11 23:16 27:8 35:24 36:11 | |
| **gentlemen** 27:15 32:25 | |
| **getting** 4:15 26:3,18 43:13 | |

Veritext Legal Solutions
346-293-7000

**[go - hamman]**

79:24 80:2
84:19
**goal**  17:25 46:1
**god**  2:19 43:2
48:24
**goes**  40:20,22
44:6 47:15
48:2
**going**  2:23,24
3:1 4:1 5:21
7:10,11 9:9,16
9:17,21 10:25
13:7 15:21
16:1,3,13 17:7
17:11,12 19:2
19:5,8,10 20:8
21:3,5,11,17,22
22:13 23:9
26:19 28:8,8
29:14,17 30:25
32:25 33:12,14
33:14,19,20
34:14,18 35:20
35:24 38:23
39:12,13,24
41:1,9 42:10
43:12,24 44:16
44:18,19 48:10
48:21,22 53:13
53:14 54:7,10
54:11,13 64:5
64:21 65:9
66:17 67:24
68:12,16,19

69:9 70:9,12
70:17 71:9,17
77:10 78:5
79:6,19 85:7
85:12
**good**  2:15 19:6
24:15,15 34:20
35:9 42:24
43:13 44:8
45:10 50:13,17
50:17,20 51:7
56:10 62:18
64:13 71:23
72:1,4,10
75:10 81:19
83:15,17,23,24
**gospel**  35:6
46:2 53:22
63:4,11 66:2
**gotcha**  17:14
**grab**  44:9
**grandson**  86:6
**granted**  28:4
**grass**  58:17
**great**  77:17
82:14
**ground**  27:11
27:22 35:21
36:16 37:16
48:16 63:2,10
66:24 70:20
73:13 74:18,18
74:21,24 78:1
78:9,13

**guess**  14:4 19:6
46:9,11,15
60:15 61:24
70:5 77:13
**guilty**  54:12
65:15,15
**gumption**  39:5
**guy**  23:8 66:1
**guys**  10:10
13:25 32:15
34:9 50:10
51:15,18,22
52:3,24 60:11
65:24 73:3
76:2,13 78:19
79:4,9,12 80:7
80:17,18,21,22
81:21 82:10,14
82:15 84:7,21
85:5

**h**

**h**  81:11
**hair**  39:17
**hall**  15:13,14
**hamman**  1:6
2:3,9,19,21,23
3:4,7,9,13,16
3:22,24 4:2,6
4:10,14,22,24
5:9,12,18,23
6:1,7,12 7:1,9
7:13,17 8:11
9:8,13,24 10:2

10:8 11:8,13
11:18 12:1,5,8
12:12,17,20,24
13:6,13,18
14:3,14,17,21
14:24 15:4,16
15:18,23 16:3
16:6,9,12,16,19
16:21 17:1,3
17:14,19,21
18:4,9,15,20,25
19:2,6,15,24
20:6,12,15,17
20:24 21:2,7
21:11,16,19
22:5,12,18,23
23:2,7,12,15,18
23:21 24:2,10
24:16,19,25
25:2,11,15,21
26:3,6,9,15,22
27:24 28:4,13
29:1,8,12,19,23
30:3,6,22,24
31:6,9,13,16,20
31:23 32:1,3,7
32:19 33:2,6,9
33:18 34:7,12
34:17,25 35:3
35:5,9,18,23
36:1,9,13,17,25
37:4,7,20,23,25
38:2,6,8,11,14
38:18 39:3,9

Page 8

**[hamman - huh]**

| | | | |
|---|---|---|---|
| 39:18 40:1,9 | 67:23 68:3,11 | 51:20 | 33:18 34:3,20 |
| 40:16 41:4,8 | 68:17,19,24 | **happening** 48:9 | 35:14 41:12 |
| 41:12,15,21 | 69:2,5,11,14,20 | **happens** 29:13 | 42:7,20 44:12 |
| 42:1,6,10,14,17 | 69:24 70:3,12 | 38:19 | 50:10,18,22,24 |
| 42:22 43:7,9 | 70:21,23 71:1 | **happy** 79:6,7 | 53:7 |
| 43:14,19 44:2 | 71:14,21,25 | 81:2 | **hi** 25:5,9 |
| 44:7,9,12,15,18 | 72:3,6,12,15,17 | **hard** 41:1 | **hill** 60:15 71:1 |
| 44:22,24 45:1 | 72:20,23 73:10 | 53:21,22 | **hindered** 72:25 |
| 45:3,6,9,12,14 | 73:16 74:7,9 | **he'll** 2:15 37:24 | **hinders** 63:3,10 |
| 45:17,22,25 | 74:15,20,23 | 39:25 40:2 | **hines** 1:19 87:2 |
| 46:8,13,16,18 | 75:2,5,8,11,18 | 65:12,15 76:16 | 87:15 |
| 46:22,25 47:5 | 75:20 76:1,7 | **headed** 2:10 | **hire** 65:21 |
| 47:7,15,21 | 76:12,15,19,23 | **heads** 29:25 | **hit** 63:14 |
| 48:5,20 49:2,5 | 77:2,4,6,10,16 | 30:4 33:23 | **hold** 46:10 47:6 |
| 49:10,15,19,22 | 78:3 79:17,20 | **heal** 2:12 | 63:9 66:23 |
| 50:10 51:1,3 | 80:1 82:9,13 | **health** 1:4 2:11 | 82:2,25 84:21 |
| 51:10,16,20 | 82:18,22 83:1 | **hear** 8:16 24:11 | 84:23 |
| 53:3,6,13,18,24 | 83:6,10,20,25 | 25:14 26:9 | **holding** 47:17 |
| 54:4,7,11,16 | 84:5,8,13,19,21 | 27:17 78:3 | 53:20 75:12 |
| 55:9,14,16,19 | 84:24 85:4,7 | **heard** 29:13 | 78:12 |
| 55:21 56:4,8 | 85:11,15,21,23 | **heat** 51:7 | **honest** 42:14 |
| 56:11,15 57:2 | 86:1,5 | **heels** 70:1 | **honor** 20:24 |
| 57:10,12,16,19 | **hand** 40:5 | **held** 61:19 | **honored** 43:5 |
| 57:22 58:4,8 | 53:22 64:17 | 77:22 | **hope** 77:20 |
| 58:12,15,20 | **handed** 17:13 | **help** 8:7 13:23 | 79:4 |
| 59:9,13,20,22 | **handing** 41:17 | 32:9,11 50:19 | **hours** 49:24 |
| 60:3,10,17,24 | **handle** 15:18 | 53:20 69:21 | **how's** 35:24 |
| 61:3,7,12,17,21 | **handled** 19:18 | **helpful** 79:5 | **hug** 84:19 85:7 |
| 61:25 62:2,7 | **hang** 31:9 | **hereto** 87:11 | 85:9 |
| 62:13 63:3,7,9 | 56:11 | **hey** 8:5 13:13 | **hugger** 85:8 |
| 63:25 64:3,7 | **happen** 34:18 | 13:21 14:17 | **huh** 10:1 15:15 |
| 64:10,18,25 | 64:5 | 18:11 21:19,20 | 20:23 43:9 |
| 65:6,9 66:1,14 | **happened** | 22:7 25:10,11 | 44:1 45:5 48:4 |
| 67:5,11,17,20 | 22:23 32:4 | 28:7 30:7 32:7 | |

Page 9

**[humility - know]**

| | | | |
|---|---|---|---|
| **humility** 66:21 | **incredible** | **issue** 2:11 12:6 | **job** 1:20 43:13 |
| **hundred** 22:21 | 84:20 | 13:25 33:5 | **john** 8:5 15:1 |
| **hurt** 20:8 | **information** | 35:12 36:8 | 27:9,9 |
| **i** | 10:22 78:11 | 39:19 47:11 | **judge** 17:24 |
| | **ing** 56:24 | 51:14,18 56:14 | 20:22 65:14 |
| **ice** 2:20,22 | **injunction** 66:5 | 74:17,19,22 | **justice** 1:11 |
| **ii** 1:7 | 70:5 | 78:19,19 | 52:22 |
| **il** 1:5 | **innocent** 32:13 | **issued** 78:21 | **justification** |
| **illegal** 11:12 | 38:18 | 80:12 | 34:8 |
| 18:13 26:19,20 | **inside** 3:13 | **issues** 67:18 | **k** |
| **important** 63:1 | 60:7 | **issuing** 78:17 | |
| **inaudible** 2:14 | **instructing** | **it'd** 35:11 | **keep** 2:10 11:3 |
| 2:17 4:9 6:20 | 63:24 | **it'll** 2:24 17:19 | 29:14,15 41:13 |
| 8:10,14 15:3 | **intended** 5:2,3 | 17:24 23:12 | 41:18 68:8 |
| 15:24 16:1,2 | 28:20,21 36:18 | 31:24 | **kentucky** 21:17 |
| 21:14,15 24:18 | 37:11,12 73:21 | **items** 23:23 | **key** 73:19 |
| 26:18,24 27:18 | 73:23,25 | **j** | **kids** 34:24 35:1 |
| 27:19,20,22,23 | **intention** 44:3 | | 35:3 |
| 29:5 31:3,5,10 | **interested** | **jackson** 59:25 | **kind** 19:12 48:9 |
| 34:16 35:8 | 87:12 | **jail** 30:12 67:17 | 66:7 69:19 |
| 36:4 41:16,24 | **interesting** | 69:3 | **knew** 20:12 |
| 43:13,20,24 | 35:11 | **jamie** 6:14,14 | 28:11 |
| 44:15 46:15 | **interpose** 33:12 | 12:18 15:10,11 | **know** 3:25 8:9 |
| 48:19 49:9 | **interpretation** | 15:14 47:11 | 11:2,20 13:24 |
| 52:1 54:1,15 | 48:25 | **jared** 25:5 | 13:24 15:25 |
| 55:20 56:25 | **interpreting** | 28:15 29:1 | 18:6 19:13,24 |
| 58:3,6 59:8,11 | 77:23 | 30:3 33:21,22 | 21:17 22:5,14 |
| 59:12 60:11 | **interrupt** 66:13 | 34:3,17,18 | 23:23,24 24:21 |
| 61:11 68:1 | **invested** 42:2 | 35:14 45:18,19 | 25:10,18 26:5 |
| 70:13 77:13 | **investigating** | 59:10 72:7 | 26:6,8 29:5,17 |
| 79:25 80:1,5 | 43:15 | 77:11 83:14,15 | 29:24 30:25 |
| 82:20 | **involved** 41:10 | **jared's** 33:22 | 32:8,17,21,24 |
| **including** 4:25 | 46:4 | **jesus** 2:16 43:6 | 33:18 34:7,14 |
| 47:1 73:17 | | | 34:18 35:10,11 |

Veritext Legal Solutions
346-293-7000

**[know - listen]**

| | | | |
|---|---|---|---|
| 36:25 38:21 | 74:11,16,22 | 69:9,11,14,18 | 65:2 70:1 |
| 39:19 42:23 | 75:1,3,6,9,12 | 85:13 | **letting** 33:18 |
| 44:18 50:6 | 75:19,22 77:14 | **legally** 16:23 | **level** 17:23,24 |
| 51:8,10,18,21 | 77:17 78:7,16 | **lenzini** 2:6 3:5 | 72:22 |
| 52:5,8,24 | 78:24 79:2,15 | 3:8,12,15,20,23 | **lgbt** 39:21 |
| 53:16,18 60:18 | 79:18,23 80:3 | 4:1,8,13,19 5:7 | **liberties** 39:7 |
| 60:20,21 61:12 | 80:6 81:2,4,9 | 5:10,17,20 6:6 | **lieutenant** |
| 61:12 64:11 | 81:10,15,18,20 | 6:9,14 7:11,15 | 71:20,23 72:1 |
| 65:25 67:1,2,6 | 81:24 82:5,8 | 8:6,9,14,17,21 | 72:4,8,10,14,16 |
| 67:9,10,15 | 82:11,16,24 | 8:25 9:2,5,11 | 72:18,21 73:8 |
| 68:1,3,22 | 83:2,7,12,15,21 | 9:22 10:1,6 | 73:14 74:5,8 |
| 69:23 70:15,19 | **law** 1:11 20:7 | 11:24 12:3,6 | 74:11,16,22 |
| 70:25 71:10,10 | 21:3 30:19,23 | 12:10,14,18,22 | 75:1,3,6,9,12 |
| 72:20 77:6,8 | 42:25 44:4 | 13:4,12,17,24 | 75:19,22 77:14 |
| 77:14,18 78:18 | 61:4 80:20 | 14:2,6,9,12,20 | 77:17 78:7,16 |
| 79:7 80:15,17 | **laws** 30:19 | 15:1,3,10,13,15 | 78:24 79:2,15 |
| 80:18,19,19,20 | 60:21 | 15:17,20,24 | 79:18,23 80:3 |
| 80:21 81:21,22 | **lawsuit's** 27:25 | 16:5,11 21:13 | 80:6 81:2,3,4,5 |
| 82:11,16 83:2 | **lawyer** 75:4 | 26:13 27:9,10 | 81:9,14,15,18 |
| 85:14,15 | **lay** 29:16 63:11 | 31:4,8,11,15,19 | 81:20,24 82:5 |
| **knowledge** | **lead** 35:21 | 31:22,24 32:2 | 82:8,11,16,24 |
| 87:6 | **leave** 41:9 | 32:14,21,24 | 83:2,7,12,15,21 |
| **knows** 54:23 | 77:25 84:9,9 | 33:4 35:24 | **life** 5:25 11:11 |
| **l** | **leaving** 49:25 | 36:2,6,11 38:9 | 17:4,6 32:13 |
| **l** 81:10 | **lee** 77:4 79:13 | 38:12,25 39:8 | 52:14 69:23 |
| **ladies** 8:8 13:23 | 79:22,25 80:2 | 40:4,8 47:11 | **light** 23:5 58:21 |
| **lady** 9:3 | 80:4 81:1,3,5 | 48:18 51:25 | **limit** 5:4 28:21 |
| **land** 48:16 | 81:13,17,19,23 | 52:11,16,19,25 | 36:18 37:12 |
| **language** 74:12 | 82:4,7,19 84:6 | 53:5,11,23 | 40:17 73:23,25 |
| **lattan** 71:20,23 | **left** 16:22 48:2 | 54:1,5,9,15,24 | **line** 56:21 |
| 72:1,4,8,10,14 | 52:11 67:13 | 55:3,7,12,15,17 | 57:23 |
| 72:16,18,21 | **legal** 34:2 | 55:20 56:1,23 | **listen** 4:6 8:2 |
| 73:8,14 74:5,8 | 65:23 66:18 | 58:2,7 61:2,10 | 50:24 |
| | 67:18 68:8 | 64:14,16,20 | |

Veritext Legal Solutions
346-293-7000

**[literally - morning]**

| literally 26:18 | **m** | mark 45:10,13 | means 17:24 |
|---|---|---|---|
| 27:17 32:5 | | 45:15,15,19,21 | 71:6 |
| 73:10 | ma'am 32:7,7 | 45:24 46:4,9 | media 16:25 |
| little 20:7 62:8 | 78:24 79:2,15 | 46:15,21,24 | 18:11 |
| 67:14 76:25 | 79:23,23,24 | 47:4,6,10,14,20 | meet 2:17 25:7 |
| live 32:10 | 81:4,9,15 82:5 | 48:4,23 49:4,8 | 25:8 45:15,17 |
| lives 27:19 31:2 | mad 4:15 | 49:12,17 50:2 | 45:21 71:25 |
| livestream 11:1 | made 19:12 | 50:6,22 56:2,5 | 72:1,5 83:16 |
| 11:21 | 41:8 | 56:9,13,17 | 83:17 |
| located 15:12 | make 7:5,6 | 57:1,9,11,15,17 | melt 2:23,24 |
| 57:24 | 12:2 13:9 18:3 | 57:20 58:10,14 | men 29:6 |
| long 77:21,24 | 29:18 37:24 | 58:19,25 59:3 | message 58:5 |
| 77:25 78:13 | 39:24 40:2 | 59:6,15,24 | 63:15 |
| 79:19 80:10 | 56:13 66:20 | 60:9,15,23 | met 25:2 |
| longer 78:1 | 68:22 70:15 | 61:6,8,13,18,22 | midwest 50:16 |
| look 4:6,7,22 | 76:17 | 62:1,4,10,14,19 | military 55:6 |
| 7:2 36:17,17 | making 77:12 | 63:23 64:2,4,8 | mine 19:16 |
| 38:8 39:25 | male 2:18 22:4 | 64:11,15,24 | 23:25 |
| 59:24 66:25 | 22:10 25:14,18 | 65:1,4,7,12,21 | minute 31:9,25 |
| looked 25:11 | 26:2,5,7 | 65:24 66:4,9 | 76:16,25 |
| looking 2:15 | mama 86:8,8 | 66:11 83:19,23 | minutes 5:20 |
| 59:18,19 66:16 | man 7:19 19:18 | maryland 1:12 | 5:24 19:3 |
| 69:6 75:23 | 21:20 33:7 | matter 14:1 | 78:22,25 79:10 |
| loose 34:13 | 45:17 66:3 | mcgee 78:4,15 | 84:22 |
| lord 2:9,10,14 | 67:10 70:2 | 78:22,25 | miraculously |
| lot 10:20 40:11 | 71:11,12,13 | mean 19:22 | 2:12 |
| 56:23 72:17 | 80:1 83:25 | 20:9 33:11,16 | moms 50:15 |
| 84:1 | 84:19 86:2,5 | 34:12 35:21 | money 34:16 |
| love 32:9,11 | manager 15:2 | 40:8,14,25 | 48:14 50:9 |
| 34:19 35:10,14 | manner 20:11 | 44:3 52:8 | month 23:3 |
| 35:15 | 28:18 47:3 | 59:24 62:2 | 28:9 |
| low 72:21 | 64:9 73:20 | 67:6 70:16 | morning 19:6 |
| | map 59:25 | 71:10 74:20,21 | 34:20 51:11 |

**[mothers - okay]**

| | | | |
|---|---|---|---|
| **mothers** 27:19 | 79:10,11,13 | **oddly** 84:8 | 65:24 66:4,9 |
| **move** 58:9 | 81:25 | **offering** 9:20 | 66:11 78:4 |
| 59:12 75:21 | **needed** 25:19 | 9:22,22 26:18 | 79:22,22 83:19 |
| 77:21 | 57:12 | **office** 8:15,18 | 83:19,22,23 |
| **moves** 27:1 | **needs** 70:24 | 8:22 30:7 | **officials** 27:3 |
| **moving** 41:13 | **neighborhood** | **officer** 5:21 | **oh** 13:13,18 |
| 41:19 79:11 | 10:11 33:25 | 9:15 19:23 | 15:18 17:9 |
| **murder** 38:18 | **neither** 87:7 | 21:4,9,12 | 19:18 20:14 |
| **murdered** 5:19 | **never** 11:20 | 24:22 31:25 | 22:23 23:6 |
| 46:3 63:16 | 22:21 44:18 | 35:23 36:1,5 | 29:17,19 30:22 |
| **n** | 51:14 67:11 | 36:15,23 37:1 | 34:3,13,23 |
| **n** 1:5 2:1 81:10 | **new** 3:3 20:1 | 37:18,21,24 | 35:10 41:11 |
| **name** 2:16 | **news** 16:24 | 38:1,4,7 39:22 | 42:3 43:13 |
| 12:18 14:19 | 18:11 43:10 | 40:2,7,11,18 | 44:8 46:17 |
| 15:9 26:20 | **nice** 2:17 25:7,8 | 41:22 43:15,17 | 47:10 82:16 |
| 27:4 31:22 | 45:15,17,21 | 45:10,13,15,19 | 84:24 |
| 43:6 45:14 | 71:25 | 45:21,24 46:4 | **okay** 2:2 3:1 |
| 64:24 72:2 | **nobody's** 38:23 | 46:9,15,21,24 | 5:13 8:15,24 |
| 81:8,10,10 | **nonsense** 41:15 | 47:4,6,10,14,20 | 8:25 9:3 11:24 |
| 83:12 | **noon** 84:10 | 48:4,23 49:4,8 | 11:25 12:4,15 |
| **narcan** 56:24 | **nope** 35:3 | 49:12,13,17 | 12:23 13:5,17 |
| **nation** 32:5 | **number** 56:17 | 50:2,6,22 | 15:23 17:1,12 |
| **national** 48:10 | 56:19 57:5,20 | 51:14,17 52:7 | 17:19 19:4 |
| **nature** 60:13 | 81:8,11 | 56:2,5,9,13,17 | 23:13,20 24:5 |
| **nazis** 13:6 33:2 | **o** | 57:1,9,11,15,17 | 24:25 25:4,21 |
| 33:3 | **o** 2:1 81:11,11 | 57:20 58:10,14 | 26:5,23,25 |
| **necessarily** | **oath** 60:21 | 58:19,25 59:3 | 30:5 31:24 |
| 71:8 | **obligated** 43:18 | 59:6,15,24 | 32:1,17 35:2 |
| **need** 2:8 16:24 | **obstruct** 57:3 | 60:9,15,23 | 35:13 36:5 |
| 18:10 23:25 | 57:25 | 61:6,8,13,18,22 | 37:20,25 38:7 |
| 30:10 50:6 | **obviously** 46:5 | 62:1,4,10,14,19 | 40:1,11 41:19 |
| 69:16,17 73:3 | 61:18 75:19,22 | 63:23 64:2,4,8 | 41:20,23 43:22 |
| 77:19 78:2 | 80:21 81:21 | 64:11,15,24 | 44:8,25 46:24 |
| | | 65:1,4,7,12,21 | 47:7,10 49:19 |

[okay - pastor]

| | | | |
|---|---|---|---|
| 51:1,3 53:1 | **orders** 13:4,7,9 | 17:20 18:7,10 | **parties** 87:8,11 |
| 54:6,10 55:1,1 | **ordinance** 3:10 | 18:19,22 19:1 | **passed** 78:11 |
| 55:19 56:2,7 | 3:12,13 6:12 | 19:20 20:2,9 | **pastor** 19:2 |
| 57:2 58:8 60:9 | 8:1 25:23 | 20:14,16 26:25 | 21:16 23:14,16 |
| 60:13,14,23 | 28:14,15 29:4 | 28:3,12 29:2 | 23:20 24:1,9 |
| 61:14 63:16,19 | 29:10 30:14,16 | 29:17,21,24 | 24:15,17,24 |
| 63:20 64:3,15 | 32:20,23 36:8 | 30:1,2,5,13,20 | 25:1,5,7,9,10 |
| 64:18 65:23 | 36:10,24 37:9 | 76:4,10,13,16 | 26:11,16,23 |
| 66:13,15,18 | 38:3,5,6 39:6 | 76:20,24 77:8 | 27:2,21,25 |
| 69:4 70:3 71:3 | 40:10 43:22 | 85:6,10,22,25 | 28:25 29:5,10 |
| 72:10,11,15,23 | 44:19 46:23 | 86:4 | 30:9,16,23 |
| 73:18 74:11 | 52:20 53:17 | **own** 4:18 7:2 | 31:1 32:4,17 |
| 75:25 76:7,9 | 54:17 60:20,24 | 7:24 10:14 | 32:22 33:7,11 |
| 76:11,12,15 | 62:17 63:19,20 | 18:16 20:20 | 34:5,9,15 |
| 77:2,3,6,10 | 68:7,9,11 | 28:14 32:19,22 | 35:16,20 37:6 |
| 79:12 80:3,25 | 73:16 75:17 | 37:8 39:6 40:9 | 38:16,21 39:14 |
| 81:13,17 82:3 | 77:24 83:4 | 40:25 46:23 | 39:20 42:20,23 |
| 82:4,7,18 83:4 | **ordinances** | 47:25 56:24 | 43:8,12,16 |
| 83:6,25 84:3,5 | 37:9 40:12 | 69:25 | 44:1,5,8,11,14 |
| 84:8,10,12,13 | 60:22 63:22 | **p** | 44:16,21,23,25 |
| **old** 51:4 77:9 | **organization** | | 45:2,5,8,18,20 |
| **once** 17:3 28:9 | 48:11 65:25 | **paid** 52:16,19 | 46:17 48:8 |
| **open** 38:20 | **original** 11:14 | **paperwork** | 49:13,20 50:3 |
| **operation** | **outcome** 87:12 | 70:4 | 50:8,12,24 |
| 43:10 | **overdose** 56:23 | **pardon** 16:16 | 51:6 52:3,9,12 |
| **opinion** 8:17,21 | **owens** 6:18,22 | **parenthood** | 52:18,21 53:16 |
| 80:16 | 6:24 7:8 8:5,7 | 52:5 55:22,25 | 54:21 55:1,5 |
| **opinions** 52:8 | 8:16,19,24 9:1 | **park** 22:14 | 55:10 58:22 |
| 52:13 | 9:3 11:6,11 | **parked** 62:4 | 59:2,5,11,17,21 |
| **opportunity** | 13:21 14:1,5,8 | **part** 62:20 | 60:1,12 62:16 |
| 13:22 | 14:11,15,23 | **participating** | 62:25 63:5,8 |
| **option** 70:7 | 15:8,11,14 | 5:5 7:3 28:23 | 65:10,16,23 |
| **order** 47:25 | 16:7,15,17,20 | 36:20 37:13 | 66:8,10,12,15 |
| 76:21 | 16:24 17:2,17 | | 67:6,16,19,21 |

Page 14

**[pastor - probably]**

| | | | |
|---|---|---|---|
| 68:2,4,15,18,21 | 52:14,15 53:9 | 52:4 | **poor** 43:23 |
| 68:25 69:3,6 | 55:16 60:7,13 | **placing** 31:11 | **position** 29:15 |
| 69:13,16,21 | 63:4,11 65:24 | 36:24 | **posted** 47:13 |
| 70:9,14,22,25 | 65:25 72:17 | **plan** 35:19 | **potential** 85:23 |
| 71:3,15 72:7,9 | 84:1,1 | **planned** 52:4 | **practical** 67:23 |
| 72:11 73:12 | **percent** 22:21 | 55:21,25 | 67:25 |
| 75:25 76:9 | **perfect** 62:25 | **planted** 74:17 | **pray** 2:9,10,11 |
| 77:3,5,12 | **permission** | **planting** 61:23 | 2:13,15,16 |
| 82:21,23 83:5 | 62:15 | **playing** 86:7 | 11:1 32:12 |
| 83:11,13,14,17 | **person** 9:6 | **please** 15:6 | 42:24 |
| 83:22,24 84:4 | **personally** | 29:10 30:17 | **prayer** 22:5,7 |
| 84:16,20,23,25 | 71:15 | 32:11 33:6 | **prayers** 11:5 |
| 85:14 | **personnel** 54:2 | 43:2 47:5 | **praying** 10:24 |
| **pastor's** 22:13 | **persons** 5:5 7:3 | 66:11 79:1 | 11:1 50:10 |
| **pastoral** 71:12 | 28:17,23 36:19 | 81:8 | **precious** 5:25 |
| **pastors** 22:6 | 37:13 47:2 | **point** 16:13 | 11:11 |
| 50:4 72:9 | 73:19,24 74:1 | 77:18 | **prepared** 44:23 |
| **path** 65:18 | **ph** 77:4 78:19 | **pointed** 19:14 | 87:3 |
| **paying** 30:10 | **phone** 22:9 | **pointing** 31:10 | **pressure** 80:15 |
| **pedestrian** 57:4 | 24:12 44:5 | **pole** 23:4,5 | **pretty** 45:10 |
| 57:13,14 | 68:22 85:11 | **police** 5:21,23 | 67:7 |
| **people** 3:18 | **physically** | 10:18 19:22 | **prevent** 66:5 |
| 10:3 12:24 | 70:18 | 21:9,12 23:7 | **principle** 29:6 |
| 17:4,5 20:13 | **pick** 40:4 45:3 | 24:22 31:24 | 33:8 52:14 |
| 21:20,21 23:21 | **picture** 38:10 | 41:5 43:14,16 | **private** 33:17 |
| 25:12,16,24 | 47:12 56:7 | 54:2,4,5 | 62:7 |
| 26:16,17 27:22 | **pictures** 8:23 | **policeman** 41:8 | **privilege** 6:25 |
| 28:10 31:2 | **pill** 32:8 60:8 | **policemen** 41:6 | **pro** 84:18 |
| 38:5 39:1 | **place** 5:19 38:5 | **political** 5:5 7:4 | **probably** 22:13 |
| 40:11 41:17 | 38:19 48:7 | 7:25 10:15 | 22:25 30:6 |
| 43:1 46:2,17 | **placed** 36:3 | 25:25 28:23 | 38:25 59:15,18 |
| 46:18 47:17 | 56:20 78:1 | 37:14 47:19 | 66:25 69:24 |
| 48:12 50:18 | **places** 13:2 | 74:2 | 70:14 |
| 51:12,21 52:13 | 48:15 49:24 | | |

Page 15

**[problem - referring]**

| | | | |
|---|---|---|---|
| **problem**  40:8 | 36:20 37:6 | **pursue**  66:23 | **rally**  7:25 |
| 53:8 59:7 | 47:2,3,23 | 71:6,8,9,17 | 25:25 47:19 |
| 61:13 | 48:16,16 56:19 | **push**  16:13 | **random**  9:6 |
| **proceeding** | 57:8 58:18,24 | 17:8 20:20 | **rattling**  57:17 |
| 87:4 | 59:19,20 62:8 | 39:7 43:22,23 | **rd**  1:5 |
| **proceedings** | 63:16 73:9,9 | **pushing**  53:16 | **reaching**  10:16 |
| 87:6 | 73:19,20 78:13 | **put**  4:17 5:14 | **react**  20:10 |
| **process**  65:10 | **pull**  4:1,8,21,21 | 6:16 12:20,25 | **read**  41:20 47:4 |
| 66:23 79:6 | 5:20 9:11,16 | 14:14 19:7,10 | 57:5,6 |
| **produce**  36:11 | 9:21 10:17 | 22:2,7 23:24 | **ready**  26:3 |
| **professional** | 11:9,19 13:16 | 28:12 29:2,10 | **real**  46:14 |
| 81:7 | 13:18 14:9 | 30:13 36:22 | 50:11 76:4 |
| **prohibited**  4:24 | 15:3,4 24:13 | 48:25 58:22 | **reality**  67:23 |
| 28:16 46:25 | 38:25 53:1 | 59:8 60:5 | **realize**  46:2 |
| 73:17 | 54:15 55:15,17 | 62:21 64:20 | **really**  20:14 |
| **promise**  76:5 | 65:16 66:17,22 | 68:4,6 76:21 | 22:19 42:8 |
| **proper**  65:18 | 67:11,12,24 | **putting**  58:20 | 50:13,15,17 |
| **property**  9:17 | 68:15 69:8 | 66:24 | 59:19 69:16 |
| 47:23 58:11 | 70:4,15 71:18 | | 81:6 |
| 61:15,23 62:7 | **pulled**  2:8 6:15 | **q** | **realm**  68:1 |
| 62:8 63:23,25 | 13:13 14:11 | **question**  22:22 | **reason**  40:14 |
| 64:1,2 66:6 | 21:13,14 54:24 | 24:19 31:14 | 43:20 60:12 |
| 73:9 | 55:4,12 67:9 | 46:9 71:2 | 78:18 |
| **propose**  8:7 | **pulling**  8:3 | 73:12 | **reasonable** |
| **proposes**  13:22 | 22:13 44:5 | **quick**  46:14 | 49:16 |
| **protest**  18:14 | 82:22 84:11 | 50:11 76:4 | **record**  87:5 |
| 46:7 | **pulls**  65:17 | **quoting**  63:20 | **recorded**  10:25 |
| **protesting**  27:6 | **punishment** | **r** | 76:18 |
| **provided**  57:10 | 39:14 | **r**  2:1,1 81:11 | **recording** |
| **provision**  5:1 | **purple**  39:16 | **rabble**  23:14 | 11:19 44:7 |
| 28:19 37:10 | **purpose**  47:14 | **rallies**  5:6 7:4 | 76:17 87:4 |
| 62:19 73:21 | **purposes**  5:3 | 10:15 28:24 | **rectify**  63:22 |
| **public**  27:11,22 | 28:21 37:11 | 36:21 37:14 | **referring**  3:11 |
| 28:17,18 31:12 | 73:22 | 74:2 | |

Veritext Legal Solutions
346-293-7000

**[refuse - section]**

| | | | |
|---|---|---|---|
| **refuse** 66:17 | **responsible** | 71:18,21 72:24 | 50:18 53:7 |
| **refuses** 8:2 | 63:15 | 72:25 73:19,20 | 57:18 58:8,22 |
| 10:16 | **reversal** 60:8 | 75:11,14 77:5 | 59:7 61:8 |
| **regulated** 58:6 | **revise** 40:25 | 77:6 78:2,9,14 | 62:16,20 67:8 |
| **related** 87:7 | **right** 2:6,24 3:5 | 80:13 81:18 | 67:15 68:3,23 |
| **relative** 87:10 | 3:7,10 4:9 5:16 | 82:8 83:9 | 74:16 78:4 |
| **religion** 6:3 | 6:2,10,11 7:22 | 84:14,15 85:15 | 85:9 |
| 9:19 10:20 | 9:6 13:8,9 | **rights** 1:3 27:7 | **says** 3:1 4:18 |
| 11:4 61:1 | 18:19 19:8 | 27:13 28:18 | 6:9,10 7:2 |
| **remember** 48:2 | 20:18,19 22:10 | 32:6,18 39:13 | 10:23 12:14 |
| **remove** 10:13 | 22:12 26:23,25 | 65:19 71:7 | 14:25,25 18:20 |
| 36:2 80:4,4,9 | 27:7,14,17 | **road** 58:17 | 21:2 25:12,16 |
| 80:15 82:1 | 28:17 31:8,12 | **roll** 53:9 | 28:15 36:7,13 |
| **removed** 64:13 | 31:15,18 34:13 | **rolling** 53:11 | 36:18 37:10,17 |
| **removing** 78:8 | 35:4,9,10,14,18 | **rouser** 23:14 | 38:5,12 39:6 |
| **rent** 28:9 | 36:3 37:3 39:5 | **route** 65:23 | 39:12 40:10,16 |
| **reoccurring** | 39:11,23 41:14 | 66:4 | 41:18 42:9 |
| 80:10 | 41:18,19,24 | **ruled** 18:13 | 47:11 54:18 |
| **reported** 1:19 | 42:6,8,25 43:3 | **run** 20:13 86:8 | 56:17,24 57:2 |
| **represent** | 43:16 44:7 | 86:8 | 63:19,21 68:11 |
| 76:14 | 45:4,7,12 47:2 | **running** 86:7 | 70:4 73:4,6,16 |
| **reproductive** | 47:3,15,23 | | 74:3,5,5,7 |
| 1:4 | 48:1 52:11,23 | **s** | **scenario** 63:1 |
| **request** 50:22 | 53:5,9 55:8,13 | **s.d.** 1:7 | 65:11,17 |
| **required** 58:5 | 56:2,17,19 | **sad** 58:7,7 | **scott** 68:8 |
| **reschedule** | 57:3,8,9,11,22 | **safe** 57:13 58:9 | **screaming** 9:4 |
| 34:19 | 58:12 59:3,18 | **sale** 37:1 | **screen** 49:11 |
| **rescue** 43:10 | 59:20 60:5,24 | **save** 27:19 41:2 | **second** 56:11 |
| 46:1 66:2 | 61:7,11,14 | **saying** 6:24,25 | 66:8 72:13 |
| **resources** | 62:1,5,10,20 | 10:4,4 11:8,13 | 76:8 |
| 34:16 48:14 | 63:8 64:12,21 | 11:14 13:2 | **section** 4:18 6:5 |
| 50:9 80:22 | 66:12,19,22 | 19:15,16 37:19 | 7:2,5,24 8:2 |
| **respect** 60:18 | 67:16,19 68:25 | 39:11 41:3 | 10:14 13:1 |
| | 70:10 71:6,17 | 42:7 48:13,23 | 18:16,18 20:22 |

Page 17

**[section - sir]**

| | | | |
|---|---|---|---|
| 24:10,11 25:12 | **separate** 83:9 | 13:14 15:3 | 29:22 30:11,12 |
| 25:15,22,23 | **sergeant** 73:11 | 28:12,14 34:10 | 31:4,6,11 |
| 31:7,13 37:8 | **services** 10:11 | 36:7,9 37:1 | 33:21 34:1 |
| 40:25 48:1 | 33:25 | 38:10,22,24 | 36:3,14,19,24 |
| 49:7,22 56:6 | **set** 36:22 53:23 | 44:19,19 48:22 | 38:5 39:1 40:4 |
| 58:16 72:25 | 62:3 75:2 | 51:23 53:20,21 | 42:11,12,12,15 |
| 73:4,15 74:3 | **several** 48:9 | 54:15,23,23 | 46:10,20,25 |
| 75:16 | **shade** 49:12 | 55:3 56:18,20 | 47:1,12,21 |
| **sections** 3:14 | **shading** 56:14 | 57:6 58:4 | 48:11,14,21 |
| 47:25 48:5 | **share** 46:1 | 60:20 63:9,18 | 51:17 53:1,12 |
| 49:6 73:2,4 | 53:22 63:3,11 | 70:19 77:21 | 54:19,24 55:6 |
| 75:24 | 66:2 | 80:2 | 55:9,11,23,25 |
| **see** 7:15 9:6 | **show** 4:10,11 | **signage** 5:4 7:3 | 57:24 58:6 |
| 11:22 13:15 | 4:12 6:20 19:7 | 8:1,23 28:22 | 60:13 62:21,22 |
| 23:9,25 31:19 | 20:21 21:11 | 37:13 73:24 | 64:13 65:5,16 |
| 40:19 42:1 | 24:11 28:14 | 74:1 | 65:17 67:10,12 |
| 50:4 51:6 53:3 | 38:2 41:21,21 | **signature** 87:14 | 67:24 70:4,6 |
| 53:12,15 55:14 | 46:13,22 56:9 | **signs** 2:7 3:2,10 | 70:11,15 73:5 |
| 60:1,7 64:23 | 60:4 73:6,10 | 3:12,24 4:9,20 | 73:17,17 78:8 |
| 76:1 78:18 | **showed** 6:4,12 | 4:24,25 5:21 | 78:12 80:4,9 |
| 85:22 | 7:22,23 8:1 | 6:4,11,16 7:21 | 84:21,23 |
| **seek** 66:17 68:7 | 10:13 13:2 | 9:9,21 10:3,17 | **similar** 5:6 7:4 |
| 69:8 | 18:16,17 28:20 | 10:21 11:14 | 28:24 37:14 |
| **seems** 57:21 | 33:20 54:14 | 12:13,25 13:19 | 74:2 |
| 67:7 | 63:21 73:1,11 | 14:4,5,7,8,18 | **simone** 1:19 |
| **seen** 25:15 | **showing** 19:14 | 15:5,6 18:12 | 87:2,15 |
| 47:12 50:14 | 19:21 37:7 | 19:7,10,11 | **sir** 4:6,6,13 6:1 |
| 67:11 | **side** 39:12 | 20:3,19 21:13 | 9:9,17 10:7 |
| **selective** 39:14 | 42:25 67:9 | 21:14,22,23,25 | 12:1 14:19 |
| 39:15 | **sidewalk** 58:24 | 22:22 23:4,19 | 25:9,11 26:13 |
| **send** 9:15 11:25 | 59:4 | 23:22 24:5,7 | 27:9 31:19,20 |
| **sent** 38:9 56:6 | **sign** 5:15 6:6 | 24:13,14 25:16 | 38:8,14 39:5 |
| 79:8,9 84:11 | 7:9,10,12 9:10 | 25:23 26:1 | 45:9,11,20 |
| | 9:19 10:13 | 27:11 28:15,16 | 54:25 60:3 |

Veritext Legal Solutions
346-293-7000

[sir - supplies]

| | | | |
|---|---|---|---|
| 64:24 71:20 | **sparks** 23:14 | 70:9,14,22,25 | **state's** 15:8 |
| 73:11 78:23 | 23:16,20 24:1 | 71:3,15 72:7,9 | 30:20 |
| 83:1,5,10,11 | 24:9,15,17,24 | 72:11 73:12 | **statement** |
| **sirens** 19:23 | 25:1,5,7,9,10 | 75:25 76:9 | 76:17 |
| **sit** 40:15 | 26:11,16,23 | 77:3,5,12 | **stay** 82:1 |
| **sitting** 55:14 | 27:2,21,25 | 82:21,23 83:5 | **stayed** 85:2,4 |
| 74:23 | 28:25 29:5,10 | 83:11,14,17,22 | **steps** 80:8 |
| **situation** 69:19 | 30:9,16,23 | 83:24 84:4,16 | **stirred** 17:7 |
| 69:22 | 31:1 32:4,17 | 84:20,23,25 | **stop** 11:11 31:2 |
| **skills** 87:6 | 32:22 33:7,11 | 85:14 | 50:18 51:13 |
| **small** 18:5,5 | 34:5,9,15 | **speak** 27:17 | **street** 22:14 |
| **snyder** 12:18 | 35:16,20 37:6 | **speaker** 64:23 | 56:21 57:23 |
| 15:10,11,14 | 38:16,21 39:14 | **speakerphone** | 63:12,13 82:9 |
| **solution** 32:12 | 39:20 42:20,23 | 12:21 | **strength** 43:4 |
| 67:25 | 43:8,12,16 | **specific** 74:12 | **stride** 59:14 |
| **somebody** | 44:1,5,8,11,14 | **specifics** 75:23 | **stuck** 14:12 |
| 21:23 34:4 | 44:16,21,23,25 | **specify** 37:16 | 74:21 |
| 53:20 63:14 | 45:2,5,8,18,20 | **speech** 6:3 9:18 | **stuff** 21:25 22:1 |
| 69:18 | 46:17 48:8 | 10:20 11:4 | 23:22,24 24:7 |
| **somebody's** | 49:13,20 50:3 | 12:9,11 24:8 | 31:10 45:1 |
| 54:22 55:2 | 50:8,12,24 | 60:19 61:1 | 48:18 |
| **someone's** 39:7 | 51:6 52:3,9,12 | 72:23 | **suck** 41:24 |
| **son** 56:24 | 52:18,21 53:16 | **spilled** 35:17 | **sucks** 38:22 |
| **songs** 60:13 | 54:21 55:1,5 | **spot** 64:22 | **suggestion** |
| **soon** 39:9 44:4 | 55:10 58:22 | **stall** 77:11 | 85:16 |
| **sorry** 8:16 | 59:2,5,11,17,21 | **stand** 18:3,5 | **supervisor** 26:7 |
| 15:24 17:6 | 60:1,12 62:16 | 35:20 53:9 | 37:22 39:24 |
| 49:17 73:25 | 62:25 63:5,8 | **start** 11:21 | 41:4,9 42:21 |
| **sort** 65:21 66:5 | 65:10,16,23 | 30:9 | 43:8 |
| **sorts** 48:14 | 66:8,10,12,15 | **started** 17:10 | **supplies** 5:7,10 |
| **sound** 19:12 | 67:6,16,19,21 | **state** 18:25 | 9:21,23 10:5 |
| **sounds** 65:7 | 68:2,4,15,18,21 | 33:24 45:4,6 | 10:22 11:15 |
| **southern** 58:2 | 68:25 69:3,6 | 63:25 68:11 | 22:1,2 41:18 |
| | 69:13,16,21 | | 51:9 |

Page 19

**[supposed - ticket]**

| | | | |
|---|---|---|---|
| **supposed**  4:21 | **taken**  87:9 | 79:21 | **things**  2:3 7:25 |
| 13:25 84:9,9 | **talk**  8:13 10:9 | **temporary** | 10:21 18:5,6 |
| **suppression** | 11:23 12:17,21 | 56:20 61:24,25 | 20:3 32:4 |
| 52:24 | 13:15 25:22 | 62:5 | 48:10 61:15,16 |
| **sure**  7:6,6 | 32:11 50:11 | **text**  11:24 22:8 | 63:18 66:15 |
| 17:17,20 29:18 | 53:19 63:11 | **texted**  8:22 9:7 | 67:9 76:11,20 |
| 39:24 56:13 | 66:8 68:8 | **thank**  2:17,18 | 77:7,19 |
| 57:19 59:6 | 72:12 79:10,13 | 2:24 15:7 | **think**  7:18 18:7 |
| 61:17 62:13 | 86:2 | 24:19 35:7 | 19:13,13 25:10 |
| 65:24 70:21 | **talked**  3:20 | 42:25 43:3 | 30:24 33:20 |
| 75:5,5,8 77:16 | 4:19 6:14 49:2 | 49:13 61:7 | 40:4,7 41:19 |
| 84:25 | 56:2 | 79:15 80:1 | 43:24 57:20 |
| **surface**  56:21 | **talking**  18:24 | 81:13 82:5,7 | 62:24 66:16,18 |
| **suspect**  43:19 | 52:21 59:11 | 83:7,10,11,17 | 66:18,19 69:7 |
| **suspended** | 72:22 77:23 | 83:20,21,22 | 70:9,10,17 |
| 56:18 57:7 | 84:1 | 84:14,14 85:9 | 71:7,7 73:2,18 |
| **suspicion**  43:21 | **talks**  25:24 | 86:2 | 75:13 76:5 |
| **t** | **taxpayers** | **thankful**  17:15 | 81:6 85:22 |
| | 27:12,23 | 86:3 | **thinking**  18:10 |
| **t**  81:10,10,11 | **teddy**  71:23 | **thanks**  2:16 | 41:7 42:4 |
| **take**  3:2 6:17 | 72:8 | 22:12 | **thought**  17:12 |
| 6:18,19 14:2,3 | **telephone**  23:4 | **that'd**  44:22 | **threatened** |
| 14:24 16:7,9 | **tell**  8:19 9:8,14 | **theirs**  8:12 | 10:18 |
| 17:11,23,23 | 9:25 17:2 28:6 | **theodore**  81:11 | **three**  14:13 |
| 24:6,7 26:19 | 30:13 32:25 | **thing**  9:18 | 54:5,5 56:19 |
| 27:20,21 30:12 | 33:6,14 68:25 | 17:22 18:17 | 57:20 59:14,16 |
| 32:15 33:17,20 | 71:11 77:8 | 21:3 22:8,20 | 64:16 75:16 |
| 34:1 35:21 | 79:4 86:5 | 24:22 29:3 | **throw**  17:11 |
| 42:11 48:21 | **telling**  3:25 7:1 | 40:13,19 43:1 | **thrown**  30:18 |
| 49:8,10 56:7 | 10:3,6 11:6 | 49:20 52:5 | **ticket**  15:20 |
| 65:5 67:3 | 13:1 34:7 | 53:6,7,13,19,19 | 20:7,21 23:8 |
| 70:11,14,18 | 36:23 37:21 | 54:20 67:21 | 31:7 65:3,4,12 |
| 78:6 84:25 | 41:17 43:17 | 70:3 71:12 | 68:12 70:13 |
| 85:16 | 74:13 75:6,9 | 80:10 84:2 | 80:2 85:17 |

Page 20

[tied - unidentified]

**tied**  54:5 79:12
**time**  34:15 47:8
  50:8 51:15,23
  51:24,25 52:1
  55:14,15,18
  79:8,19
**times**  37:8
  40:11 51:20
  64:16
**today**  7:17 11:5
  32:8,10 50:11
  51:17 60:5
  67:24 68:13,16
  68:16 71:18
  79:11 80:24
**together**  34:21
**told**  3:23 4:20
  8:4 9:11 10:7
  10:13 11:19
  12:3 13:8 15:1
  15:5 17:10
  23:8 24:13,21
  28:5,5,10
  29:12 32:25
  33:1,4,10,15,15
  34:1 36:8
  41:16 42:5
  43:2 44:2
  51:22 73:15
  75:3,7 77:18
  82:3 83:3 86:6
**tomorrow**
  64:19 68:14,17
  84:12

**tonight**  84:11
**took**  32:7 60:20
**totally**  12:10
**touch**  5:15 9:8
  9:9,9,17 15:5
  24:7,14 30:11
  34:2
**touching**  47:22
**touchy**  66:7
**toward**  37:10
  73:21
**towards**  5:2
  28:19
**town**  52:4
**town's**  52:7
**track**  35:6
  53:22
**traffic**  57:4,13
  57:14 58:1
**transcriber**
  87:1
**transcript**  87:3
  87:5
**treating**  2:14
**tried**  15:4,4
  24:6,11 28:6
  34:1 35:12
  63:4,4 77:8
**trifold**  74:24
**trouble**  22:15
  22:19 33:9
  43:25
**true**  36:18 87:5

**trump**  54:23,24
  60:22
**truth**  7:6,7
**try**  13:22 27:20
  28:8 41:2 46:1
  53:20 54:19
  67:3 71:9
**trying**  4:14
  11:2,3,3 14:18
  17:6,22 21:21
  22:8,19 26:17
  27:21 31:2
  33:17 42:14,22
  42:22 43:9
  47:24 50:18,24
  51:5,9 54:2
  64:5,7 66:2
  67:17 69:12
  71:6 76:14
**tuesday**  22:24
  23:2,3,3
**twice**  29:1 37:7
  73:6
**two**  3:14 6:16
  8:23,23 13:2
  14:4,12 28:3
  37:7 46:10
  47:25 48:5
  49:6,24 59:15
  63:22 64:16
  70:16 73:1,3
  77:19 82:14
**tyner**  36:5,15
  36:23 37:1,18

  37:21,24 38:1
  38:4,7 39:22
  40:2,7,11,18
  51:14,17 52:7
  83:19,20,20

**u**

**uh**  15:15 20:23
  43:9 44:1 48:4
**ultrasound**
  6:21 23:23
**unable**  27:17
**unbelievable**
  28:1
**unborn**  27:18
  31:3
**uncomfortable**
  39:2
**understand**
  18:7,9 22:20
  26:14 29:15
  30:1 52:9,10
  52:12,14,18
  53:3 63:19
  65:6 73:1
  74:12 76:1
  79:18
**understands**
  34:19
**unfortunate**
  50:21
**unidentified**
  2:18 22:4,10
  25:14,18 26:2

Veritext Legal Solutions
346-293-7000

**[unidentified - work]**

26:5,7 34:23
35:2,4,7 64:23
**unjust**  61:5
**upset**  4:12,13
**used**  23:3 75:14
**using**  18:12
**usually**  23:24

**v**

**v**  1:6
**vehicle**  57:4,13
58:1
**verbal**  71:16
**verbalize**  71:16
**verbiage**  48:3
**versed**  75:23
**versus**  62:8
**video**  26:19
60:5
**videos**  84:11
**violate**  39:13
60:25
**violated**  27:7
27:14 71:7
**violating**  9:13
30:14 57:14
**violation**  4:20
12:13,15,15
20:25 29:11
30:17 32:18,19
32:22 36:7
38:13 56:6
61:4 65:19
71:5 73:15

75:15 80:20
**visible**  28:18
47:3 73:20
**visual**  57:12,25
**voluntary**
77:19 78:8,18
80:9 81:20

**w**

**waiting**  8:17,21
15:20
**walk**  33:11
40:5 46:11
53:1 58:15
62:23 64:16
66:21 80:11,24
**walked**  61:19
**walking**  4:15
**want**  4:10,11
4:12 12:15
14:2 15:6,25
16:7,12,21,21
16:22 17:17,23
17:25 20:10,20
22:15 26:9
29:2 30:13
32:8 39:19
41:10 43:23
46:4,22 54:16
56:7,9,13
62:22 63:13,13
65:4 66:13,20
69:9 70:23
76:18 80:14

84:21
**wanted**  27:3
34:14 38:2
85:17
**wanting**  78:7
**wants**  9:16
16:9
**warrant**  19:22
**washington**
1:13 76:13
**waste**  5:24
**watch**  29:8,12
35:14
**waved**  4:25
28:16 40:19,22
47:1 73:18
**waving**  47:17
**way**  2:6,7,7 3:7
3:19 6:11 17:7
22:6 23:4
28:17 31:12
36:3 37:3 47:2
47:3,23 48:2
54:17 55:8,13
56:19 57:3,8
58:13,15,23
59:3,18 60:2
61:11 62:21
63:15 66:5,16
67:22 68:12
69:7,8 71:3
73:20 76:10
77:1 78:14
84:18 85:13,17

85:18,25
**ways**  18:8 83:9
**we've**  14:11
30:9 50:19
52:1 67:9 79:3
79:7,19
**wear**  82:1,25
**wearing**  78:10
78:12
**wednesday**  1:8
7:18
**week**  22:25
28:6
**weeks**  13:19
**weird**  52:5
**welcome**  10:19
**went**  19:6
21:13
**wife**  27:24
30:24
**wiffle**  86:7
**willing**  60:16
64:12 69:3
**wisdom**  2:13
42:24 43:3
**woman**  51:4
**wonderful**
19:19
**wooh**  84:20
85:3
**woop**  86:4
**word**  75:14
**work**  50:13,17
50:20 56:15

Page 22

**[work - zoning]**

69:19 81:22,24
84:6,11
**works**  40:13
**worn**  77:22
**worried**  17:21
  43:24 44:3
**worries**  47:8
**wow**  28:25
**wrapped**  26:10
**wrapping**
  79:20,21
**wreck**  63:14
**wrestle**  73:3
**write**  9:15 14:4
  14:6,10,18
  15:21 20:21
  21:22 23:8
  27:15 47:24
  64:21 68:12,16
  68:16
**writing**  27:8,10
**written**  65:5
**wrong**  11:3
  12:2,12 41:24
  52:23 66:19
  69:10
**wrote**  65:3 75:4

**y**

**y'all**  24:2 76:7
  78:3 82:14
**yank**  7:10,11
**yard**  37:1

**yeah**  4:14 6:22
  16:19,20 18:22
  19:15,20 20:5
  20:15,23 21:1
  21:6,6,7,11,18
  22:10,17,21
  23:1,6,11,18
  24:1,9 26:2
  27:2 28:13
  29:19,23 30:9
  31:16,16 34:20
  37:23 38:16
  40:18 41:11,23
  42:3,3,4,13,13
  42:13,16,19
  44:11,14,21,24
  45:2,8,24 46:8
  46:16,17,21
  47:20 49:17
  51:2,16 52:12
  54:7 55:12
  57:16,17 58:20
  59:13 60:1,19
  62:10 63:22
  64:14 66:9,14
  67:16 68:24
  69:2,5,20 70:4
  71:14 72:14
  74:15 75:18
  76:25 77:5,12
  77:12 78:4
  79:22 81:1,23
  82:19 84:25

**year**  51:4
**years**  28:1 48:9
  51:16
**yelling**  9:4
**yep**  7:18 8:6
  14:18 42:6
  58:15 72:16
  74:22 76:19
  78:15 79:13,24
  80:6 81:20
  82:17,18

**z**

**zoning**  21:20
  21:21

Veritext Legal Solutions
346-293-7000