**In the United States District Court
for the Southern District of Illinois**

| | |
|---|---|
| BRANDON HAMMAN,<br>    *Plaintiff,*<br><br>  v.<br><br>The CITY OF CARBONDALE, an Illinois municipal corporation, JOHN LENZINI, in his individual and official capacities, and LEONARD JAMIE SNYDER, in his individual and official capacities,<br><br>    *Defendants.* | **Case No. 3:25-cv-00736-NJR**<br><br>**Chief Judge Nancy J. Rosenstengel** |

**Motion to Withdraw as Counsel**

  Counsel Kelsey McGee respectfully submits this motion to withdraw as counsel for Plaintiff, Brandon Hamman. Undersigned counsel will be leaving employment at the American Center for Law and Justice. Plaintiff will not be prejudiced and will continue to be represented by other counsel already entered.

  WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel for Plaintiff.

Dated: February 13, 2026

              Respectfully Submitted,

              **/s/ Kelsey E. McGee**
              Kelsey E. McGee
              AMERICAN CENTER FOR LAW & JUSTICE
              201 Maryland Ave., NE
              Washington, DC 20002
              Tel: (202) 641-9169
              Fax: (202) 546-9309
              kmcgee@aclj.org

              *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2026, the foregoing was filed electronically with the Clerk of the Court, and was served upon all counsel of record via PACER.

*/s/ Kelsey E. McGee*